J.P.A

CASO 26-CV-948-JDP

| |
|---|
| Jamilette Pérez Albino |
| vs. |
| Todas la Banka's de la nacion |
| Marcos Rubio |
| Ejecucion de investigacion |
| Dunald Trump |
| DHS, USCIS |
| White House |
| Jeniffer Gonzalez |
| Janne M Perez |
| Escuela de derecho de Puerto Rico |
| Javier Santiago |
| Greater Nations |
| y |
| todos en mención en demanda |
| A todos implicados en Ley |

Regarding: identity theft investigation S.S t2, Biological Damages Ruling,, fraud, Administrative and Constitutional Rulings, Constitutional Ruling, Civil Rights, Human Rights, Citizenship Rights, Labor Adjudicative Rights, Professional Rights, Anti-Corruption Law, White Collar Criminal Action Law. Action to uphold constitutional and federal principles. General Damages from Adjudicative Promotion of Bills. National and Universal Security Population Rights. Presidential Act Action. General National Collection to Investigative Action. Action to establish the status of Puerto Rico as a National and Universal State (ENUPR). Investigative action on weapons and their global registry

Á todos en mención

International Mandamus, urgent Category A (Code Red, Code White, Code Orange)

To the Honorable Court

Jamilette Pérez Albino appears in her own right and respectfully presents and argues before the world my great requests and wishes for a better world.

1. Information is obtained through technology, including political map data on the countries and the people summoned. Information regarding locations is also provided. The people and citizens understand that a President has the team and control of personnel in delicate situations and expedites the communication process.

2. Immediate action: the courts of Puerto Rico had no knowledge of what constitutes a Category A essential emergency codes.

Africa

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Zimbabwe | Presidential Republic | President Emmerson Mnangagwa | |
| Zambia | Presidential Republic | President Hakainde Hichilema | |
| Yemen | Presidential republic under aprovisional government | President Rashad al-Alimi | Prime Minister Shaea al-Zindani |
| Vietnam | Socialist republic | President Tô Lâm | Prime Minister Lê Minh Hưng |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Venezuela | presidential federal republic | Acting President Delcy Rodriguez | |
| Vatican City | Elective and absolute monarchy | Pope Leo XIV | Sister Governor Raffaella Petrini |
| Vanuatu | Parliamentary republic | President Nikenike Vurobaravu | Prime Minister Jotham Napat |
| Uzbekistan | Presidential Republic | President Shavkat Mirziyayev | Prime Minister Abdulla Aripov |
| USA | presidential federal republic | President Donald Trump | |
| Uruguay | Presidential Republic | President Yamando Orsi | |
| United Kingdom | Constitutional Monarchy | King Charles III | Prime Minister Keir Starmer |
| UAE | Semi-constitutional monarchy | President Sheikh Mohamed bin Zayed Al Nahyan | Prime Minister Sheikh Mohammed bin Rashid Al Maktoum |
| Ukraine | semi-presidential republic | President Volodymyr Zelensky | Prime Minister Yulia Svyrydenko |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Uganda | Presidential Republic | President Yoweri Museveni | Prime Minister Robinah Nabbanja |
| Tuvalu | Constitutional Monarchy | King Charles III (represented by Governor-General *Sir* Tofiga Vaevalu Falani ) | Prime Minister Feleti Teo |
| Turkmenistan | Presidential Republic | President Serdar Berdimuhamedow | |
| Türkiye | Presidential Republic | President Recep Tayyip Erdoğan | |
| Tunisia | Parliamentary republic | President Kaïs Saied | Prime Minister Sara Zaafarani |
| Trinidad and Tobago | Parliamentary republic | President Christine Kangaloo | Prime Minister Kamla Persad-Bissessar |
| Tonga | Constitutional Monarchy | King Tupou VI | Prime Minister Fatafehi Fakafānua |
| Togo | Parliamentary republic | President Jean-Lucien Savi of Tové | Prime Minister Faure Gnassingbé |
| Thailand | Constitutional Monarchy | King Maha Vajiralongkorn | Prime Minister Anutin Charnvirakul |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Taste | Absolute monarchy | Emir Sheikh Tamim bin Hamad Al Thani | Prime Minister Mohammed bin Abdulrahman Al Thani |
| Tanzania | Presidential Republic | President Samia Suluhu | Prime Minister Mwigulu Nchemba |
| Tajikistan | semi-presidential republic | President Emomali Rahmon | Prime Minister Kokhir Rasulzoda |
| Syria | Presidential republic under a provisional government | President Ahmed al-Charaa | |
| Swiss | parliamentary federal republic | Federal Council : Guy Parmelin ( president 2026), Ignazio Cassis ( vice president 2026), Karin Keller-Sutter , Albert Rösti , Élisabeth Baume-Schneider , Beat Jans , Martin Pfister | |
| Sweden | Parliamentary monarchy | King Charles XVI Gustav | Prime Minister Ulf Kristersson |
| Swaziland | Absolute monarchy | King Mswati III | Prime Minister Russell Dlamini |
| Swaziland | Absolute monarchy | Indlovukasi Ntombi | Prime Minister Russell Dlamini |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Surinam | Parliamentary republic | President Jennifer Simons | |
| Sudan | Federal presidential republic under a military junta | President of the Sovereignty Council Abdel Fattah Abdelrahman Burhan | Prime Minister Kamil Idris |
| Sri Lanka | Presidential Republic | President Anura Kumara Dissanayaka | Prime Minister Harini Amarasuriya |
| Spain | Parliamentary monarchy | King Felipe VI | Prime Minister Pedro Sánchez |
| South Sudan | presidential federal republic | President Salva Kiir Mayardit | |
| South Korea | Presidential Republic | President Lee Jae-myung | Prime Minister Kim Min-seok |
| South Africa | Parliamentary republic | President Cyril Ramaphosa | |
| Somalia | parliamentary federal republic | President Hassan Sheikh Mohamud | Prime Minister Hamza Abdi Barre |
| Solomon Islands | Constitutional Monarchy | King Charles III (represented by Governor-General David Tiva Kapu ) | Prime Minister Jeremiah Manele |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Slovenia | Parliamentary republic | President Nataša Pirc Musar | Prime Minister Robert Golob |
| Slovakia | Parliamentary republic | President Peter Pellegrini | Prime Minister Robert Fico |
| Singapore | Parliamentary republic | President Tharman Shanmugaratnam | Prime Minister Lawrence Wong |
| Sierra Leone | Presidential Republic | President Julius Maada Bio | |
| Seychelles | Presidential Republic | President Patrick Herminie | |
| Serbia | Parliamentary republic | President Aleksandar Vučić | Prime Minister Đuro Macut |
| Senegal | Presidential Republic | President Bassirou Diomaye Faye | Prime Minister Ousmane Sonko |
| Saudi Arabia | Absolute monarchy | King Salman bin Abdulaziz | Prime Minister Mohammed bin Salman |
| São Tomé and Príncipe | semi-presidential republic | President Carlos Vila Nova | Prime Minister Américo Ramos |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| San Marino | Parliamentary republic | Captains Regent Alice Mina and Vladimiro Selva | |
| Samoa | Elective Monarchy | O le Ao o le Malo Vaaletoa Sualauvi II | Prime Minister La'auli Leuatea Schmidt |
| Saint Vincent and the Grenadines | Constitutional Monarchy | King Charles III (represented by Governor General Stanley John ) | Prime Minister Godwin Friday |
| Saint Lucia | Constitutional Monarchy | King Charles III (represented by Governor-General Errol Charles ) | Prime Minister Philip J. Pierre |
| Saint Kitts and Nevis | Constitutional Monarchy | King Charles III (represented by Governor General *Dame* Marcella Liburd ) | Prime Minister Terrance Drew |
| Rwanda | Presidential Republic | President Paul Kagame | Prime Minister Justin Nsengiyumva |
| Russia | semi-presidential federal republic | President Vladimir Putin | Prime Minister Mikhail Mishustin |
| Romania | semi-presidential republic | President Nicușor Dan | Prime Minister Ilie Bolojan |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Republic of the Congo | semi-presidential republic | President Denis Sassou-Nguesso | Prime Minister Anatole Collinet Makosso |
| Portugal | semi-presidential republic | President António José Seguro | Prime Minister Luis Montenegro |
| Poland | Parliamentary republic | President Karol Nawrocki | Prime Minister Donald Tusk |
| Philippines | Presidential Republic | President Ferdinand Marcos and Romualdez | |
| Peru | Presidential Republic | President José María Balcázar | President of the Council of Ministers Luis Arroyo Sánchez |
| Paraguay | Presidential Republic | President Santiago Peña | |
| Papua New Guinea | Constitutional Monarchy | King Charles III (represented by Governor-General *Sir* Bob Dadae ) | Prime Minister James Marape |
| Panama | Presidential Republic | President José Raúl Mulino | |
| Palau | Presidential Republic | President Surangel Whipps Jr. | |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Pakistan | parliamentary federal republic | President Asif Ali Zardari | Prime Minister Shehbaz Sharif |
| Oman | Absolute monarchy | Sultan and Prime Minister Haitham bin Tariq Al Said | |
| Norway | Constitutional Monarchy | King Harald V | Prime Minister Jonas Gahr Støre |
| North Macedonia | Parliamentary republic | President Gordana Silianovska-Davkova | Prime Minister Hristijan Mickoski |
| North Korea | Socialist republic | Supreme Leader Kim Jong-un | Prime Minister Pak Thae-song |
| Niger | Semi-presidential republic under a military junta | President of the National Council for the Safeguarding of the Homeland Abdourahamane Tchiani | Prime Minister Ali Lamine Zeine |
| Nigeria | presidential federal republic | President Bola Tinubu | |
| Nicaragua | Presidential Republic | Co-presidents Daniel Ortega and Rosario Murillo | |
| New Zealand | Constitutional Monarchy | King Charles III (represented by Governor- | Prime Minister Christopher Luxon |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| | | General *Dame* Cindy Kiro ) | |
| Netherlands | Constitutional Monarchy | King William Alexander | Prime Minister Rob Jetten |
| Nepal | parliamentary federal republic | President Ram Chandra Poudel | Prime Minister Balendra Shah |
| Nauru | Parliamentary republic | President David Adeang | |
| Namibia | Presidential Republic | President Netumbo Nandi-Ndaitwah | Prime Minister Elijah Ngurare |
| Mozambique | Presidential Republic | President Daniel Chapo | Prime Minister Maria Benvinda Levy |
| Morocco | Semi-constitutional monarchy | King Mohammed VI | Prime Minister Aziz Akhannouch |
| Montenegro | Parliamentary republic | President Jakov Milatović | Prime Minister Milojko Spajić |
| Mongolia | Parliamentary republic | President Ukhnaagiin Khürelsükh | Prime Minister Nyam-Osoryn Uchral |
| Monaco | Parliamentary monarchy | Prince Albert II | Minister of State Christophe Mirmand |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Moldova | Parliamentary republic | President Maia Sandu | Prime Minister Alexandru Munteanu |
| Micronesia | presidential federal republic | President Wesly Simina | |
| Mexico | presidential federal republic | President Claudia Sheinbaum | |
| Mauritania | semi-presidential republic | President Mohamed Ould Ghazouani | Prime Minister Moctar Ould Diay |
| Mauricio | Parliamentary republic | President Dharam Gokhool | Chief Minister Navinchandra Ramgoolam |
| Marshall Islands | Presidential Republic | President Hilda Heine | |
| Malta | Parliamentary republic | President Myriam Spiteri Debono | Prime Minister Robert Abela |
| Mali | Semi-presidential republic under a military junta | Interim President Assimi Goita | Prime Minister Abdoulaye Maïga |
| Maldives | Presidential Republic | President Mohamed Muizzu | |
| Malaysia | Constitutional and elective monarchy | King Ibrahim Ismail of Johor | Prime Minister Anwar Ibrahim |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Malawi | Presidential Republic | President Peter Mutharika | |
| Madagascar | Semi-presidential republic under a military junta | President of the Council for the Refounding of the Republic Michael Randrianirina | Prime Minister Mamitiana Rajaonarison |
| Luxembourg | Constitutional Monarchy | Grand Duke William V | Prime Minister Luc Frieden |
| Lithuania | Parliamentary republic | President Gitanas Nausėda | Prime Minister Inga Ruginienė |
| Liechtenstein | Semi-constitutional monarchy | Prince John Adam II (Prince Regent Louis of Liechtenstein ) | Prime Minister Brigitte Haas |
| Libya | Parliamentary republic under a provisional government | President of the Presidential Council Mohamed al-Menfi | Prime Minister Abdul Hamid Dbeibah |
| Liberia | Presidential Republic | President Joseph Boakai | |
| Lesotho | Parliamentary monarchy | King Letsie III | Prime Minister Sam Matekane |
| Lebanon | Parliamentary republic | President Joseph Aoun | Prime Minister Nawaf Salam |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Latvia | Parliamentary republic | President Edgars Rinkēvičs | Prime Minister Evika Siliņa |
| Laos | Socialist republic | President Thongloun Sisoulith | Prime Minister Sonexay Siphandone |
| Kyrgyzstan | semi-presidential republic | President Sadyr Zhaparov | Chairman of the Cabinet of Ministers Adylbek Kasymaliev |
| Kuwait | Semi-constitutional monarchy | Emir Sheikh Mishal Al-Ahmad Al-Jaber Al-Sabah | Prime Minister Ahmad Al-Abdullah Al-Sabah |
| Kiribati | Parliamentary republic | President Taneti Mamau | |
| Kenya | Presidential Republic | President William Ruto | |
| Kazakhstan | Presidential Republic | President Kassym-Jomart Tokayev | Prime Minister Olzhas Bektenov |
| Jordan | Semi-constitutional monarchy | King Abdullah II | Prime Minister Jafar Hassan |
| Japan | Parliamentary monarchy | Emperor Naruhito | Prime Minister Sanae Takaichi |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Jamaica | Constitutional Monarchy | King Charles III (represented by Governor-General *Sir* Patrick Allen ) | Prime Minister Andrew Holness |
| Ivory Coast | Presidential Republic | President Alassane Ouattara | Prime Minister Robert Beugré Mambé |
| Italy | Parliamentary republic | President Sergio Mattarella | President of the Council of Ministers Giorgia Meloni |
| Israel | Parliamentary republic | President Isaac Herzog | Prime Minister Benjamin Netanyahu |
| Ireland | Parliamentary republic | President Catherine Connolly | Taoiseach Micheál Martin |
| Iraq | parliamentary federal republic | President Nizar Amidi | Prime Minister Mohammed Shia' Al Sudani |
| Iran | Presidential Islamic Republic | Supreme Leader Mokhtaba Khamenei | President Masoud Pezeshkian |
| Indonesia | Presidential Republic | President Prabowo Subianto | |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| India | parliamentary federal republic | President Draupadi Murmu | Prime Minister Narendra Modi |
| Iceland | Parliamentary republic | President Halla Tómasdóttir | Prime Minister Kristrún Frostadóttir |
| Hungary | Parliamentary republic | President Tamás Sulyok | Prime Minister Viktor Orbán |
| Honduras | Presidential Republic | President Nasry Asfura | |
| Haiti | semi-presidential republic | President of the Presidential Transition Council Laurent Saint-Cyr | Acting Prime Minister Alix Didier Fils-Aimé |
| Guyana | Presidential Republic | President Irfaan Ali | Prime Minister Mark Phillips |
| Guinea | Presidential republic under a military junta | President of the National Committee for Reconciliation and Development Mamady Doumbouya | Prime Minister Bah Oury |
| Guinea-Bissau | Semi-presidential republic under a military junta | Transitional President of the High Military Command for the Restoration of National Security and Public | Prime Minister Ilídio Vieira Tea |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| | | Order Horta Inta-A Na Man | |
| Guatemala | Presidential Republic | President Bernardo Arévalo | |
| Grenade | Constitutional Monarchy | King Charles III (represented by Governor General *Dame* Cécile La Grenade ) | Prime Minister Dickon Mitchell |
| Greece | Parliamentary republic | President Konstantinos Tasoúlas | Prime Minister Kyriakos Mitsotakis |
| Ghana | Presidential Republic | President John Mahama | |
| Germany | Parliamentary republic | President Frank-Walter Steinmeier | Chancellor Friedrich Merz |
| Georgia | Parliamentary republic | President Mikheil Kavelashvili | Prime Minister Irakli Kobajidze |
| Gambia | Presidential Republic | President Adama Barrow | |
| Gabon | Presidential Republic | President Brice Clotaire Oligui Nguema | |
| France | semi-presidential republic | President Emmanuel Macron | Prime Minister Sébastien Lecornu |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Palestine | semi-presidential republic | President Mahmoud Abbas | Prime Minister Mohammad Mustafa |
| Finland | Parliamentary republic | President Alexander Stubb | Prime Minister Petteri Orpo |
| Fiji | Parliamentary republic | President Naiqama Lalabalavu | Prime Minister Sitiveni Rabuka |
| Ethiopia | parliamentary federal republic | President Taye Atske Selassie | Prime Minister Abiy Ahmed |
| Estonia | Parliamentary republic | President Alar Karis | Prime Minister Kristen Michal |
| Eritrea | one-party presidential republic | President Isaias Afwerki | |
| Equatorial Guinea | Presidential Republic | President Teodoro Obiang Nguema | Prime Minister Manuel Osa Nsue Nsua |
| El Salvador | Presidential Republic | President Nayib Bukele | |
| Egypt | semi-presidential republic | President Abdel Fattah el-Sisi | Prime Minister Mostafa Madbouly |
| Ecuador | Presidential Republic | President Daniel Noboa | |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| East Timor | semi-presidential republic | President José Ramos-Horta | Prime Minister Xanana Gusmão |
| Dominican Republic | Presidential Republic | President Luis Abinader | |
| Dominica | Parliamentary republic | President Sylvanie Burton | Prime Minister Roosevelt Skerrit |
| Djibouti | Presidential Republic | President Ismail Omar Guelleh | Prime Minister Abdoulkader Kamil Mohamed |
| Denmark | Constitutional Monarchy | King Frederick X | Prime Minister Mette Frederiksen |
| Democratic Republic of the Congo | semi-presidential republic | President Felix Tshisekedi | Prime Minister Judith Suminwa |
| Czech Republic | Parliamentary republic | President Peter Pavel | Prime Minister Andrej Babiš |
| Cyprus | Presidential Republic | President Níkos Christodoulídis | |
| Cuba | Socialist republic | President Miguel Díaz-Canel | Prime Minister Manuel Marrero |
| Croatia | Parliamentary republic | President Zoran Milanović | Prime Minister Andrej Plenković |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Costa Rica | Presidential Republic | President Rodrigo Chaves | |
| Comoros | presidential federal republic | President Azali Assoumani | |
| Colombia | Presidential Republic | President Gustavo Petro | |
| China | Socialist republic | President Xi Jinping | Premier Li Qiang |
| Chili | Presidential Republic | President José Antonio Kast | |
| Chad | Presidential Republic | President Mahamat Déby | Prime Minister Allamaye Halina |
| Central African Republic | semi-presidential republic | President Faustin-Archange Touadéra | Prime Minister Felix Moloua |
| Cape Verde | semi-presidential republic | President José María Neves | Prime Minister Ulisses Correia e Silva |
| Canada | Constitutional Monarchy | King Charles III (represented by Governor-General Mary Simon ) | Prime Minister Mark Carney |
| Cameroon | semi-presidential republic | President Paul Biya | Prime Minister Joseph Dion Ngute |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Cambodia | Parliamentary monarchy | King Norodom Sihamoni | Prime Minister Hun Manet |
| Burundi | Presidential Republic | President Évariste Ndayishimiye | Prime Minister Nestor Ntahontuye |
| Burma | Parliamentary republic under a military junta | President Min Aung Hlaing | Prime Minister Nyo Saw |
| Burkina Faso | Semi-presidential republic under a military junta | President of the Patriotic Safeguarding and Restoration Movement Ibrahim Traore | Interim Prime Minister Jean Emmanuel Ouédraogo |
| Bulgaria | Parliamentary republic | President Iliana Yotova | Prime Minister Andrei Gyurov |
| Brunei | Absolute monarchy | Sultan and Prime Minister Hassanal Bolkiah | |
| Brazil | presidential federal republic | President Luiz Inácio Lula da Silva | |
| Botswana | Parliamentary republic | President Duma Boko | |
| Bosnia and Herzegovina | parliamentary federal republic | High Representative – Christian Schmidt | |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Bosnia and Herzegovina | parliamentary federal republic | Tripartite presidency : Željka Cvijanović (head/Serbian) Denis Bećirović (member/Bosnian) Željko Komšić (member/Croatian) | President of the Council of Ministers Borjana Krišto |
| Bolivia | Presidential Republic | President Rodrigo Paz | |
| Bhutan | Parliamentary monarchy | King Jigme Khesar Namgyel Wangchuck | Prime Minister Tshering Tobgay |
| Benin | Presidential Republic | President Patrice Talon | |
| Belize | Constitutional Monarchy | King Charles III (represented by Governor General *Dame* Froyla Tzalam ) | Prime Minister Johnny Briceño |
| Belgium | Constitutional Monarchy | King Philip I | Prime Minister Bart De Wever |
| Belarus | Presidential Republic | President Aleksandr Lukashenko | Prime Minister Aleksandr Turchin |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Barbados | Parliamentary republic | President Jeffrey Bostic | Prime Minister Mia Mottley |
| Bangladesh | Parliamentary republic | President Shahabuddin Chuppu | Prime Minister Tarique Rahman |
| Bahrain | Semi-constitutional monarchy | King Sheikh Hamad bin Isa Al Khalifa | Prime Minister Sheikh Salman bin Hamad al Khalifa |
| Bahamas | Constitutional Monarchy | King Charles III (represented by Governor-General Cynthia Pratt) | Prime Minister Philip Davis |
| Azerbaijan | semi-presidential republic | President Ilham Aliyev | Prime Minister Ali Asadov |
| Austria | parliamentary federal republic | President Alexander Van der Bellen | Chancellor Christian Stocker |
| Australia | Constitutional Monarchy | King Charles III (represented by Governor-General Samantha Mostyn ) | Prime Minister Anthony Albanese |
| Armenia | Parliamentary republic | President Vahagn Jachaturyan | Prime Minister Nikol Pashinyan |
| Argentina | presidential federal republic | President Javier Milei | |

| State | Form of government | Head of state | Head of Government |
|---|---|---|---|
| Antigua and Barbuda | Constitutional Monarchy | King Charles III (represented by Governor-General *Sir* Rodney Williams ) | Prime Minister Gaston Browne |
| Angola | Presidential republic | President João Lourenço | |
| Andorra | Parliamentary monarchy | Episcopal Co-Prince Josep-Lluís Serrano Pentinat (represented by the Co-Prince's representative Eduard Ibáñez ) <br><br> French Co-Prince Emmanuel Macron (represented by Co-Prince Representative Patrice Faure ) | President of the Government Xavier Espot Zamora |
| Algeria | Semi-presidential republic | President Abdelmadjid Tebboune | Prime Minister Sifi Ghrieb |
| Albania | Parliamentary republic | President Bajram Begaj | Prime Minister Edi Rama |
| Afghanistan | Absolutist Islamic Emirate | Supreme leader Haibatulá Ajundzadá | Acting Prime Minister Mohammad Hasan Akhund |

States associated with a member state of the United Nations

States recognized by at least one member state of the United Nation

| State | Head of state | Head of Government |
|---|---|---|

| | | |
|---|---|---|
| Abkhazia | President Badra Gunba | Prime Minister Alexander Ankvab |
| Northern Cyprus | President Tufan Ehrman | Prime Minister Ünal Üstel |
| Kosovo | Acting President Albulena Haxhiu | Prime Minister Albin Kurti |
| South Ossetia | President Alan Gagloev | Prime Minister Konstantin Dzhussoev |
| Sahrawi Republic | President Brahim Gali | Prime Minister Bucharaya Hamudi Beyun |
| Somaliland | President Abdirahman Mohamed Abdullahi | |
| Republic of China ( Taiwan ) | President Lai Ching-te | Prime Minister Cho Jung-tai |

States not recognized by any member state of the United Nations
edit

| Region or territory | Name of the Legislative Body | Name of the Chamber | Level | Creation | Term of office (years) | Voting system | Seats | Population per seat |
|---|---|---|---|---|---|---|---|---|
| Andalusia | Parliament | | Unicameral | 1982 | 4 | | 109 | 77,768 |

| Region or territory | Name of the Legislative Body | Name of the Chamber | Level | Creation | Term of office (years) | Voting system | Seats | Population per seat |
|---|---|---|---|---|---|---|---|---|
| Eel | House of Assembly | | Unicameral | 1976 | 5 | | 11 | 1 222 |
| Aruba | Parliament ( *Staten* ) | | Unicameral | 1986 | 4 | | 21 | 4832 |
| California | State Legislature | State Assembly | Low | 1850 | 2 | | 80 | 494 227 |
| | | State *Senate* | High | 1850 | 4 | | 40 | 988 455 |
| Catalonia | Parliament | | Unicameral | 1980 | 4 | | 135 | 57,633 |
| Community of Madrid | Assembly | | Unicameral | 1983 | 4 | | 136 | 49,852 |
| Valencian Community | Courteous | | Unicameral | 1982 | 4 | | 99 | 51,084 |
| Estremadura | Assembly | | Unicameral | 1983 | 4 | | 65 | 16 227 |

| Region or territory | Name of the Legislative Body | Name of the Chamber | Level | Creation | Term of office (years) | Voting system | Seats | Population per seat |
|---|---|---|---|---|---|---|---|---|
| Galicia | Parliament | | Unicameral | 1981 | 4 | | 75 | 36 024 |
| Hawaii | State Legislature | House of Representatives | Low | 1959 | 2 | | 51 | 26,706 |
| | | Senate | High | 1959 | 4 | | 25 | 54,480 |
| Northern Ireland | Assembly | | Unicameral | 1998 | 5 | Single transferable vote | 90 | 16,767 |
| Faroe Islands | Legal Assembly ( *Løgtingið* ) | | Unicameral | 1948 | 4 | | 33 | 1,467 |
| Melilla | Assembly | | Unicameral | 1995 | 4 | | 25 | 3483 |
| New Mexico | Legislature | House of Representatives | Low | 1912 | 2 | | 70 | 29,935 |
| | | Senate | High | 1912 | 4 | | 42 | 49,891 |

| Region or territory | Name of the Legislative Body | Name of the Chamber | Level | Creation | Term of office (years) | Voting system | Seats | Population per seat |
|---|---|---|---|---|---|---|---|---|
| French Polynesia | Assembly ( *Assemblée* ) | | Unicameral | 1996 | 5 | | 57 | 4859 |

Legislative bodies of states that are not members of the United Nations (including disputed and unrecognized territories)

| Non-member State | Name of the Legislative Body | Name of the Chamber | Level | Creation | Term of office (years) | Voting system | Seats | Population per seat |
|---|---|---|---|---|---|---|---|---|
| Abkhazia | People's Assembly ( *Zhelar Reizara* ) | | Unicameral | 1991 | 5 | | 35 | 6,877 |
| Kosovo | Assembly ( *Kuvendi i Kosovës* / ***Скупштина Косова*** ) | | Unicameral | 2001 | 4 | | 120 | 15,493 |

See also

- List of current heads of state and government
- List of supreme courts by country

References

1. Larry Diamond, Marc F. Plattner, ed. (2006). "Electoral Systems and Democracy" (in English) .
2. Samuel Vaknin, ed. (2000). "After the Rain: How the West Lost the East" (in English) .
3. Miloud Zaater, ed. (2004). "L'Algérie de la Guerre à la Guerre (1962-2003)" (in French) .
4. Third World Institute, ed. (2008). «World Guide 2008» .
5. The Head of State is also a member of Parliament.
6. Celso Ramón Lorenzo, ed. (1997). «Manual of Argentine Constitutional History, Volume 2» .
7. Gerard Libaridian, ed. (2011). "Modern Armenia: People, Nation, State" (in English) .
8. Shaun Bowler, Bernard Grofman, ed. (2000). "Elections in Australia, Ireland, and Malta under the single transferable vote" (in English) .
9. Jan Erk, ed. (2008). "Explaining Federalism" (in English) .
10. Gerhard Robbers, ed. (2006). "Encyclopedia of World Constitutions" (in English) .
11. But Maldini, ed. (2007). "Transition in Central and Eastern European Countries" (in English) .
12. Jubilee Jenna Mandl, ed. (2008). «Property Investment in Bulgaria» (in English) .
13. "The British North America Act 1867" (in English) . 1867.
14. Robert Stallaerts, ed. (2009). «Historical Dictionary of Croatia» (in English) .
15. Fred Singleton, ed. (1998). «A Short History of Finland» (in English) .
16. Bálint Hóman, Gyula Szekfű, ed. (1936). "Magyar történet" (in Hungarian) .
17. Robert L. Hardgrave, Jr., Stanley A. Kochanek, ed. (2008). "India: government and politics in a developing nation" (in English) .
18. Sean Duffy, ed. (2004). «Medieval Ireland: An Encyclopedia» (in English) .
19. Walter S.G. Kohn, ed. (1980). «Governments and politics of the German-speaking countries» (in English) .
20. Barbara Jelavich, ed. (1983). «History of the Balkans: Twentieth Century. Volume 2» (in English) .
21. Julio Gil Pecharromán, ed. (2010). «Contemporary Central Eastern Europe» .
22. Carlos Guilherme Mota, Adriana López, ed. (2009). «History of Brazil: An Interpretation» .

23. Mircea Păcurariu, ed. (2005). «Studii de istorie a Bisericii Ortodoxe Române» (in Romanian) .
24. Jean-Jacques Marie, ed. (2003). "Stalin" .
25. Catherine J. Danks, ed. (2001). «Russian politics and society» (in English) .
26. Ivan Zoltán Dénes, ed. (2006). «Liberty and the search for identity» (in English) .
27. Lakota, Igor (2006). *Sistem nepopolne dvodomnosti v slovenskem parlamentu (diplomska naloga)* [ *The Incomplete System of Bicameralism in Slovenian Parliamentarism (diploma thesis)* ] (in Slovenian) . Faculty of Social Sciences. University of Ljubljana. p. 62. Retrieved December 16, 2010. "Opinions differ. However, most national experts agree that the National Council can be considered as one. But bicameralism is clearly incomplete."
28. Franklin Daniel Scott, ed. (1988). "Sweden: The Nation's History" (in English) .
29. Shmoop, ed. (2010). «Legislative Branch (Congress)» (in English) .


Grades

1. The First National Congress of Chile was created in 1811, but it was in 1828 that the current bicameral congress was established.
2. Advisory functions only.

- Data: Q1676242
- Multimedia: National legislatures / Q1676242

| • State | Court(s) |
|---|---|
| Afghanistan | Supreme Court of Afghanistan |
| Albania | Constitutional Court of Albania , Supreme Court of Albania |
| Algeria | Constitutional Court of Algeria , Supreme Court of Algeria |
| Andorra | Constitutional Court of Andorra , High Council of Justice of Andorra |

| • State | Court(s) |
|---|---|
| Angola | Supreme Court of Angola , Constitutional Court of Angola |
| Antigua and Barbuda | Supreme Court of the Eastern Caribbean , Judicial Committee of the Privy Council ( see below ) |
| Argentina | Supreme Court of Justice of the Argentine Nation |
| Armenia | Constitutional Court of Armenia , Court of Cassation |
| Australia | Supreme Court of Australia |
| Austria | Constitutional Court of Austria , Supreme Court of Justice , Administrative Court of Austria |
| Azerbaijan | Constitutional Court of Azerbaijan , Supreme Court of Azerbaijan |
| Bahamas | Supreme Court of the Bahamas , Judicial Committee of the Privy Council ( see below ) |
| Bahrain | Constitutional Court , Court of Cassation , Supreme Court of Appeals , High Sharia Court of Appeals |
| Bangladesh | Supreme Court of Bangladesh |
| Barbados | Supreme Court of the Judiciary , Caribbean Court of Justice |
| Belarus | Constitutional Court of Belarus , [1] Supreme Court of Belarus [2] |

| • State | Court(s) |
|---|---|
| Belgium | Constitutional Court , Court of Cassation |
| Belize | Supreme Court of Belize , Caribbean Court of Justice |
| Benin | Constitutional Court of Benin , Supreme Court of Benin |
| Bhutan | Supreme Court of Bhutan |
| Bolivia | Plurinational Constitutional Court , Supreme Court of Justice of Bolivia |
| Bosnia and Herzegovina | Constitutional Court of Bosnia and Herzegovina , Court of Bosnia and Herzegovina |
| Botswana | Court of Appeals |
| Brazil | Supreme Federal Court of Brazil , Superior Court of Justice |
| Brunei | Supreme Court of Brunei , Judicial Committee of the Privy Council ( see below ) |
| Bulgaria | Supreme Court of Cassation of Bulgaria , Supreme Administrative Court of Bulgaria |
| Burkina Faso | Supreme Court of Burkina Faso |
| Burundi | Supreme Court of Burundi |

| • State | Court(s) |
|---|---|
| Cambodia | Constitutional Council of Cambodia , Supreme Court of Cambodia |
| Cameroon | Supreme Court of Cameroon [2] |
| Canada | Supreme Court of Canada |
| Cape Verde | Supreme Court of Justice |
| Central African Republic | Constitutional Court of the Central African Republic , Supreme Court of the Central African Republic |
| Chad | Constitutional Council of Chad , Supreme Court of Chad |
| Chili | Constitutional Court of Chile , Supreme Court of Chile |
| China | Supreme People's Court [2] , Standing Committee of the National People's Congress ( *de facto* , Hong Kong and Macau), Court of Last Resort ( *de jure* , Macau ), Court of Last Resort ( *de jure* , Hong Kong ) |
| Colombia | Constitutional Court of Colombia , Supreme Court of Justice of Colombia , Council of State of Colombia |
| Comoros | Supreme Court of the Comoros |
| Costa Rica | Supreme Court of Justice of Costa Rica |
| Croatia | Supreme Court of Croatia |

| • State | Court(s) |
|---|---|
| Cuba | Supreme People's Court of Cuba [2] |
| Cyprus | Supreme Court of Cyprus |
| Czech Republic | Constitutional Court of the Czech Republic , Supreme Court of the Czech Republic , Supreme Administrative Court of the Czech Republic |
| Denmark | Supreme Court of Denmark |
| Djibouti | Supreme Court of Djibouti |
| Dominica | Supreme Court of the Eastern Caribbean , Caribbean Court of Justice ( see below ) |
| Dominican Republic | Supreme Court of Justice of the Dominican Republic |
| East Timor | Supreme Court of Justice |
| Ecuador | Constitutional Court of Ecuador , National Court of Justice of Ecuador [2] |
| Egypt | Supreme Constitutional Court of Egypt , Court of Cassation |
| El Salvador | Supreme Court of Justice of El Salvador |
| Equatorial Guinea | Constitutional Court of Equatorial Guinea , Supreme Court of Equatorial Guinea |

| • State | Court(s) |
|---|---|
| Eritrea | Supreme Court of Eritrea |
| Estonia | Supreme Court of Estonia |
| Ethiopia | Federal Supreme Court |
| Fiji | Corte Suprema de Fiyi |
| Finlandia | Corte Suprema de Finlandia, Corte Suprema Administrativa de Finlandia |
| Congo-Kinshasa | Constitutional Court , Court of Cassation , Council of State |
| Congo-Brazzaville | Supreme Court of the Republic of the Congo |
| Francia | Consejo Constitucional, Corte de Casación, Consejo de Estado |
| Gabón | Corte Suprema de Gabón |
| Gambia | Corte Suprema de the Gambia |
| Georgia | Corte Constitucional de Georgia, Corte Suprema de Georgia |
| Alemania | Tribunal Constitucional Federal, Tribunal Federal de Justicia, Tribunal Administrativo Federal, Tribunal Financiero Federal, Tribunal Laboral Federal, Tribunal Social Federal |
| Ghana | Corte Suprema de Ghana |

| • State | Court(s) |
|---|---|
| Grecia | Corte Suprema Especial, Corte Suprema Civil y Penal de Grecia, Consejo de Estado, Corte de Auditoría |
| Granada | Suprema Corte del Caribe Oriental, Comité Judicial del Consejo Privado (ver abajo) |
| Guatemala | Corte de Constitucionalidad de Guatemala, Corte Suprema de Justicia de Guatemala |
| Guinea-Bisáu | Corte Suprema de Guinea-Bisáu |
| Guinea | Corte Suprema de Guinea |
| Guyana | Corte Suprema de la Judicatura, Corte de Justicia del Caribe[3] |
| Haití | Corte Suprema de Haití |
| Honduras | Corte Suprema de Justicia de Honduras |
| Hungría | Corte Constitucional de Hungría, Corte Suprema de Hungría |
| Islandia | Corte Suprema de Islandia |
| India | Corte Suprema de la India, cortes supremas estatales y territoriales |
| Indonesia | Corte Constitucional de Indonesia, Corte Suprema de Indonesia |
| Irán | Corte Suprema de Irán |

| • State | Court(s) |
|---|---|
| Irak | Corte Suprema de Irak |
| Irlanda | Corte Suprema de Irlanda |
| Israel | Corte Suprema de Israel |
| Italia | Corte Constitucional de Italia, Corte Suprema de Casación |
| Costa de Marfil | Corte Suprema de Costa de Marfil |
| Jamaica | Corte de Apelaciones, Comité Judicial del Consejo Privado (ver abajo) |
| Japón | Corte Suprema de Justicia de Japón |
| Jordania | Corte de Casación |
| Kazajistán | Consejo Constitucional de Kazajistán, Corte Suprema de Kazajistán |
| Kenia | Corte Suprema de Kenia |
| Kiribati | Corte de Apelaciones de Kiribati, Comité Judicial del Consejo Privado (ver abajo) |
| Kuwait | Corte Suprema de Apelaciones de Kuwait |
| Kirguistán | Corte Suprema de Kirguistán[2] |

| • State | Court(s) |
|---|---|
| Laos | Corte Suprema Popular de Laos |
| Letonia | Corte Constitucional de Letonia, Corte Suprema de Letonia |
| Líbano | Consejo Constitucional, Corte de Casación |
| Lesoto | Corte Suprema de Lesoto |
| Liberia | Corte Suprema de Liberia |
| Libia | Corte Suprema de Libia |
| Liechtenstein | Corte Suprema de Liechtenstein |
| Lituania | Corte Constitucional de Lituania, Corte Suprema de Lituania |
| Luxemburgo | Corte Constitucional, Corte Suprema de Justicia, Corte Administrativa |
| Madagascar | Corte Suprema de Madagascar |
| Malaui | Corte Constitucional de Malaui, Corte Suprema de Apelaciones de Malaui |
| Malasia | Federal Court of Malasia[2] |
| Maldivas | Corte Suprema de las Maldivas |

| • State | Court(s) |
|---|---|
| Mali | Corte Suprema de Malí |
| Malta | Corte Constitucional de Malta, Corte de Apelaciones Civiles de Malta, Corte de Apelaciones Penales de Malta |
| Islas Marshall | Corte Suprema de las Islas Marshall |
| Mauritania | Corte Suprema de Mauritania |
| Mauricio | Corte Suprema de Mauricio, Comité Judicial del Consejo Privado (ver abajo) |
| México | Suprema Corte de Justicia de la Nación |
| Estados Federados de Micronesia | Corte Suprema de Micronesia |
| Moldavia | Corte Constitucional de Moldavia, Corte Suprema de Justicia of Moldavia |
| Mónaco | Tribunal Supremo de Mónaco |
| Mongolia | Corte Constitucional de Mongolia, Corte Suprema de Mongolia |
| Montenegro | Corte Constitucional de Montenegro, Corte Suprema de Montenegro |
| Marruecos | Corte Suprema de Marruecos |

| • State | Court(s) |
|---|---|
| Mozambique | Corte Suprema de Mozambique |
| Birmania | Tribunal Constitutional de Birmania, Corte Suprema de Birmania, |
| Namibia | Corte Suprema de Namibia |
| Nauru | Corte Suprema de Nauru |
| Nepal | Corte Suprema de Nepal |
| Países Bajos | Corte Suprema de los Países Bajos, Consejo de Estado de los Países Bajos |
| Nueva Zelanda | Corte Suprema de Nueva Zelandia |
| Nicaragua | Corte Suprema de Justicia de Nicaragua |
| Níger | Corte Constitucional de Níger, Corte Suprema de Níger |
| Nigeria | Corte Suprema de Nigeria |
| Corea del Norte | Corte Suprema de la República Democrática Popular de Corea[2][4] |
| Macedonia del Norte | Corte Constitucional de Macedonia del Norte, Corte Suprema de Macedonia del Norte |
| Noruega | Corte Suprema de Noruega |

| • State | Court(s) |
|---|---|
| Omán | Corte Suprema de Omán[2] |
| Pakistán | Corte Suprema de Pakistán, Corte Shariat Federal |
| Palaos | Corte Suprema de Palaos |
| Panamá | Corte Suprema de Justicia de Panamá |
| Papúa Nueva Guinea | Corte Suprema de Papúa Nueva Guinea |
| Paraguay | Corte Suprema de Justicia de Paraguay |
| Perú | Tribunal Constitucional del Perú, Corte Suprema del Perú |
| Filipinas | Corte Suprema de las Filipinas |
| Polonia | Constitutional Court , [1][2] , Supreme Court of Poland [2] , Supreme Administrative Court [5][2] |
| Portugal | Constitutional Court of Portugal , Supreme Court of Justice of Portugal |
| Romania | Constitutional Court of Romania , Supreme Court of Cassation and Justice |
| Russia | Constitutional Court of Russia , Supreme Court of Russia |
| Rwanda | Supreme Court of Rwanda |

| • State | Court(s) |
|---|---|
| Saint Kitts and Nevis | Supreme Court of the Eastern Caribbean , Judicial Committee of the Privy Council ( see below ) |
| Saint Lucia | Supreme Court of the Eastern Caribbean , Judicial Committee of the Privy Council ( see below ) |
| Saint Vincent and the Grenadines | Supreme Court of the Eastern Caribbean , Judicial Committee of the Privy Council ( see below ) |
| Samoa | Samoan Court of Appeals , Samoan Supreme Court |
| San Marino | Council of the Twelve |
| São Tomé and Príncipe | Supreme Court of São Tomé and Príncipe |
| Saudi Arabia | Supreme Judicial Council |
| Senegal | Constitutional Council , Court of Cassation |
| Serbia | Constitutional Court of Serbia , Supreme Court of Cassation |
| Seychelles | Supreme Court of Seychelles |
| Sierra Leone | Supreme Court of Sierra Leone |
| Singapore | Supreme Court of Singapore [2] |

| • State | Court(s) |
|---|---|
| Slovakia | Constitutional Court of Slovakia , Supreme Court of Slovakia , Supreme Administrative Court of Slovakia |
| Slovenia | Constitutional Court of Slovenia , Supreme Court of Slovenia |
| Solomon Islands | Solomon Islands Court of Appeal , Judicial Committee of the Privy Council |
| Somalia | Constitutional Court , Federal Supreme Court |
| South Africa | Constitutional Court of South Africa , Supreme Court of Appeal of South Africa |
| South Korea | Constitutional Court of South Korea , Supreme Court of South Korea |
| South Sudan | Supreme Court of South Sudan |
| Spain | Constitutional Court of Spain , Supreme Court of Spain |
| Sri Lanka | Supreme Court of Sri Lanka |
| Sudan | Supreme Court of Sudan [2] |
| Surinam | Supreme Court of Justice of Suriname |
| Swaziland | Supreme Court of Swaziland |

| • State | Court(s) |
|---|---|
| Sweden | Supreme Court of Sweden , Supreme Administrative Court of Sweden |
| Swiss | Swiss Federal Supreme Court |
| Syria | Supreme Constitutional Court of Syria , Court of Cassation |
| Tajikistan | Supreme Court of Tajikistan [2] |
| Tanzania | Tanzania Court of Appeals |
| Taste | Qatar Court of Cassation [2] |
| Thailand | Constitutional Court of Thailand , Supreme Court of Thailand |
| Togo | Supreme Court of Togo |
| Tonga | Tonga Court of Appeal , Tonga Privy Council (for property and inheritance titles) |
| Trinidad and Tobago | Supreme Court of Trinidad and Tobago , [6] Judicial Committee of the Privy Council ( see below ) |
| Tunisia | Constitutional Court , Court of Cassation [2] |
| Türkiye | Constitutional Court of Turkey , Court of Cassation , Council of State , Court of Jurisdictional Disputes |
| Turkmenistan | Supreme Court of Turkmenistan |

| • State | Court(s) |
|---|---|
| Tuvalu | Tuvalu Court of Appeal , Privy Council Judicial Committee ( see below ) |
| Uganda | Constitutional Court of Uganda , Supreme Court of Uganda |
| Ukraine | Constitutional Court of Ukraine , Supreme Court of Ukraine |
| United Arab Emirates | Federal Supreme Court |
| United Kingdom | Supreme Court of the United Kingdom , High Court of Scotland (criminal appeals relating to violations of the Human Rights Act 1998 may be heard in the Supreme Court of the United Kingdom alongside civil cases), Privy Council Judicial Committee |
| Uruguay | Supreme Court of Justice of Uruguay |
| USA | Supreme Court of the United States , state supreme courts [7] |
| Uzbekistan | Constitutional Court of Uzbekistan , Supreme Court of Uzbekistan |
| Vanuatu | Supreme Court of Vanuatu |
| Vatican City | Supreme Court of Vatican City |
| Venezuela | Supreme Court of Justice of Venezuela (pro-government) / Supreme Court of Justice of Venezuela (in exile) |

| • State | Court(s) |
|---|---|
| Vietnam | Supreme People's Court of Vietnam [2] |
| Yemen | Supreme Court of Yemen [2] |
| Zambia | Constitutional Court of Zambia , Supreme Court of Zambia |
| Zimbabwe | Constitutional Court of Zimbabwe , Supreme Court of Zimbabwe |

States recognized by at least one member of the United Nations

| State | Court(s) |
|---|---|
| Palestine | Supreme Constitutional Court , Supreme Court of Palestine |
| Abkhazia | Supreme Court of Abkhazia |
| Cook Islands | Judicial Committee of the Privy Council ( see below ) |
| Kosovo | Supreme Court of Kosovo |
| Niue | Judicial Committee of the Privy Council ( see below ) |
| Northern Cyprus | Supreme Court of Northern Cyprus |
| Taiwan | Constitutional Court , Supreme Court of the Republic of China |
| South Ossetia | Supreme Court of South Ossetia |

| State | Court(s) |
|---|---|
| Western Sahara | Supreme Court of the Sahrawi Arab Democratic Republic |

States not recognized by any member of the United Nations

| State | Court(s) |
|---|---|
| European Union | Court of Justice of the European Union |
| Order of Malta | Magistrate's Court of the Order of Malta |

International tribunals

Several international tribunals operate as courts of last resort for members of the Organization of Eastern Caribbean States (OECS) and some Commonwealth countries , respectively. However, members of these organizations sometimes have their own higher courts, and their jurisdiction may be limited.

| Organization | Court(s) |
|---|---|
| Benelux Union | Benelux Court of Justice |
| Caribbean Community | Caribbean Court of Justice |
| Commonwealth of Nations | Judicial Committee of the Privy Council |
| Council of Europe | European Court of Human Rights |
| European Free Trade Association | EFTA Court |
| Organization of Eastern Caribbean States | Eastern Caribbean Supreme Court |

See also

- Judicial branch
- List of Congresses and Parliaments by country
- List of current heads of state and government

References


1. "International Alliance of Constitutional Courts" (in English, Italian) . Retrieved June 16, 2018 .
2. This court is not independent of either the legislative or executive branch of that country.
3. "Guyana" . *The World Factbook* . CIA . Retrieved December 4, 2009 .
4. "Korea, North" . *The World Factbook* . Retrieved February 11, 2017 .
5. ✎«Konstytucja Rzeczypospolitej Polskiej» . *www.sejm.gov.pl.*
6. "Trinidad and Tobago" . *The World Factbook* . CIA . Retrieved December 6, 2009 .
7. In matters of state law, the decisions of a state supreme court are considered final and binding on state and even federal courts in the United States.


- Data: Q4432928

The **United States Federal Judiciary** [1] is one of the three branches of the United States federal government organized under the Constitution and federal laws.



0.3 Supreme Court of the United States

Article III of the Constitution confers judicial power on all courts and requires the establishment of a Supreme Court . It also allows Congress to create other federal courts and define their jurisdiction. Article III federal judges are appointed by the president with the advice and consent of the Senate . The Constitution requires

judges to remain in office for good behavior and prohibits the reduction of their salaries. [2]

> The judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may hereafter institute and establish. The judges of the Supreme and inferior courts shall remain in office during good conduct and shall receive at fixed periods of remuneration for their services, which shall not be diminished during their term of office.

Article III of the United States Constitution

Organization of the judicial system

Article III Courts




0.4 Map of the boundaries of the United States district courts and courts of appeals .

The federal judicial system is composed of three levels of courts:

1. The United States district courts (one in each of the 94 federal judicial districts and three territorial courts) are federal trial courts, although in certain cases Congress has diverted the original jurisdiction to specialized courts, such as the Court of International Commerce , the Foreign Intelligence Surveillance Court , the Foreign Terrorist Extraction Court , or the Article I or Article IV courts. The district courts generally have jurisdiction to hear appeals from such

courts (unless, for example, the appeals are to the Federal Circuit Court of Appeals ).

2. The United States Courts of Appeals are the intermediate federal courts of appeal. They operate under a system of compulsory review, meaning *they must* hear all appeals from lower courts. In some cases, Congress has transferred appellate jurisdiction to specialized courts, such as the Foreign Intelligence Surveillance Review Court .

3. The Supreme Court of the United States is the court of last resort . Generally, it hears appeals from the courts of appeals and, sometimes, the state courts , which operate under *discretionary review* , meaning the Supreme Court can choose which cases to hear by granting writs of certiorari . Therefore, there is generally no basic right of appeal that automatically extends to the Supreme Court. In some situations (such as lawsuits between state governments or some cases between the federal government and a state), it sits as a court of original jurisdiction.

0.5 Courts of Articles I and IV

1. In addition to these federal courts, described as Article III Courts, there are other adjudicating bodies described as Article I or Article IV Courts, referring to the article of the Constitution from which the court's authority is derived.

2. There are several Article I courts with appellate jurisdiction over a specific subject matter, including the Veterans' Claims Court of Appeals and the Armed Forces Court of Appeals , as well as Article I courts with appellate jurisdiction

over specific geographic areas, such as the District of Columbia Court of Appeals . Article I courts with original jurisdiction over a specific subject matter include the Bankruptcy Courts (for each district court), the Immigration Courts , the Federal Claims Court , and the Tax Court.

3. Article IV courts include the Superior Court of American Samoa and territorial courts, such as the District Court of the Northern Mariana Islands, the District Court of Guam, and the District Court of the Virgin Islands.

Judges

Federal judges, like Supreme Court justices, are appointed by the president, with the advice and consent of the Senate , to serve as long as they maintain "exemplary conduct" until they resign, are impeached and convicted, or die. They are often lawyers, law professors, judges of lower federal or state courts, all of whom are well-known. Once appointed, these judges' salaries cannot be reduced. Federal judges can only be removed from office when the U.S. House of Representatives files charges ( *impeachment* ) and the Senate subsequently holds a trial ( *trial of impeachment* ), which requires a two-thirds majority for removal. In U.S. history , only a few judges have been impeached, and those removed have committed serious misconduct. These

protections allow federal judges to exercise independent judgment without interference or influence from political powers.

In April 2013, about 10 percent of federal seats were vacant, with 85 of 856 positions open and 4 vacancies on the prestigious Court of Appeals for the District of Columbia Circuit . [3] The high vacancy rate has been attributed to politics, particularly senators filtering the Senate of potential candidates. In many cases, there is no nominee for the position; however, the Senate has a tradition of senatorial courtesy whereby nominees are only considered if approved by local senators. [4] In May 2013, the Congressional Research Service published a document analyzing the vacancies and the appointment process. [5]

According to Article I of the U.S. Constitution, Congress also has the power to establish other, generally highly specialized, courts within the executive branch to assist the president in carrying out his powers. The judges who staff these courts typically serve fixed terms, as do the magistrate judges who assist the Article III judges. Judges in Article I courts attached to executive branch agencies are known as administrative law judges (ALJs) and are generally considered part of the executive branch, even though they exercise quasi-judicial powers. With limited exceptions, they cannot issue final judgments in cases involving life, liberty, and private property rights, but they can subject preliminary decisions to review by an Article III judge.

Administration

- The Judicial Conference of the United States is the national policy-making body for the federal courts. The conference is responsible for creating and revising federal rules of procedure pursuant to the Rules Enabling Act.
- The United States Courts Administrative Office is the primary judicial administrative agency supporting the federal courts. Its director is appointed by the Chief Justice of the Supreme Court and reports directly to the Judicial Conference . The agency enforces laws affecting the judiciary, prepares the judiciary budget, provides and operates secure court facilities, and provides the administrative and clerical staff essential for the efficient operation of the courts.
- Judicial councils are panels within each circuit responsible for issuing "the necessary and appropriate orders for the effective and prompt administration of justice."

- The Federal Judicial Center is the primary research and education agency of the U.S. federal courts.
- The Multidistrict Litigation Judicial Panel transfers and consolidates cases across multiple judicial districts that share common factual issues.
- The United States Marshals Service is an agency of the Executive Branch responsible for providing protection to the federal judiciary and transporting federal prisoners.

The Supreme Court Police provide security to the Supreme Court building

PETICION : The presentation has called everyone

África (54 países)

Angola, Argelia, Benín, Botsuana, Burkina Faso, Burundi, Cabo Verde, Camerún, Chad, Comoras, Costa de Marfil, Egipto, Eritrea, Esuatini (Suazilandia), Etiopía, Gabón, Gambia, Ghana, Guinea, Guinea-Bisáu, Guinea Ecuatorial, Kenia, Lesoto, Liberia, Libia, Madagascar, Malaui, Malí, Marruecos, Mauricio, Mauritania, Mozambique, Namibia, Níger, Nigeria, República Centroafricana, República del Congo, República Democrática del Congo, Ruanda, Santo Tomé y Príncipe, Senegal, Seychelles, Sierra Leona, Somalia, Sudáfrica, Sudán, Sudán del Sur, Tanzania, Togo, Túnez, Uganda, Yibuti, Zambia, Zimbabue.

Asia (48 países) [1, 2, 3]

Afganistán, Arabia Saudí, Armenia, Azerbaiyán, Bangladés, Baréin, Birmania (Myanmar), Brunéi, Bután, Camboya, Catar, China, Corea del Norte, Corea del Sur, Emiratos Árabes Unidos, Filipinas, Georgia, India, Indonesia, Irak, Irán, Israel, Japón, Jordania, Kazajistán, Kirguistán, Kuwait, Laos, Líbano, Malasia, Maldivas, Mongolia, Nepal, Omán, Pakistán, Singapur, Siria, Sri Lanka, Tailandia, Tayikistán, Timor Oriental, Turkmenistán, Turquía, Uzbekistán, Vietnam, Yemen.
*(Nota: Algunos países como Rusia, Georgia o Turquía son transcontinentales).* [1, 2, 3]

Europa (44 países)

Albania, Alemania, Andorra, Austria, Bélgica, Bielorrusia, Bosnia y Herzegovina, Bulgaria, Chipre, Croacia, Dinamarca, Eslovaquia, Eslovenia, España, Estonia, Finlandia, Francia, Grecia, Hungría, Irlanda, Islandia, Italia, Letonia, Liechtenstein, Lituania, Luxemburgo, Malta, Moldavia, Mónaco, Montenegro, Macedonia del Norte, Noruega, Países Bajos, Polonia, Portugal, Reino Unido, República Checa, Rumanía, Rusia, San Marino, Serbia, Suecia, Suiza, Ucrania. [1]

América (35 países)

- América del Norte (3): Canadá, Estados Unidos, México.
- América Central y Caribe (20): Antigua y Barbuda, Bahamas, Barbados, Belice, Costa Rica, Cuba, Dominica, El Salvador, Granada, Guatemala, Haití, Honduras, Jamaica, Nicaragua, Panamá, República Dominicana, San Cristóbal y Nieves, San Vicente y las Granadinas, Santa Lucía, Trinidad y Tobago.

- América del Sur (12): Argentina, Bolivia, Brasil, Chile, Colombia, Ecuador, Guyana, Paraguay, Perú, Surinam, Uruguay, Venezuela. [1, 2, 3, 4]

Oceanía (14 países) [1]

Australia, Fiyi, Islas Marshall, Islas Salomón, Kiribati, Micronesia, Nauru, Nueva Zelanda, Palaos, Papúa Nueva Guinea, Samoa, Tonga, Tuvalu, Vanuatu. [1]




.

- Political map with the sovereign states of the world

- This table of countries includes the 193 member states and two observer states of the United Nations (UN) that meet the requirements of being sovereign states and are internationally recognized . Other tables include an additional 26 countries recognized under international law , nine of which are associated with other sovereign states, 17 are non-self-governing countries recognized as colonies, and seven are countries with limited recognition , as their sovereignty is disputed and they are not recognized by the UN. Other countries and territories with special status are added to other tables, such as the constituent nations of the United Kingdom and the British Crown Dependencies, as well as Special Administrative Regions , which are considered "countries."

- In addition, a notes section is included to provide information about the country, including territorial claims , dependent territories with different levels of autonomy, and autonomous territories integrated into sovereign states.
- Finally, noteworthy sections address claims of sovereignty over Antarctica and the Sovereign Order of Malta , micronations , and *terra nullius* territorie

Fallo I : administrative ruling fraud, identity thrft

- I request a United States team investigation under Secretary of Homeland Security Marco Rubio. I request that teams and personnel be assigned to investigate all my cases, starting with identity theft. I have reported that all my situations reflect a policy of persecution because they involve government agencies and fraud. Furthermore, I request that the situations unfold with substantiated evidence and proper case management and investigations. Regarding the identity theft case, I worked in Wisconsin from September 2022 to August 10, 2023. I traveled to Puerto Rico in 2024 and began looking for work. Despite having university degrees, I started having difficulties finding employment and didn't understand why I couldn't get a job. My Social Security number was stolen at the airport using a form of assistance that was not a driver's license. As an investigator, I'm starting to create a timeline of events that happened to me:
- 1. My sister, Janne M. Pérez Albino, inadvertently filed a 408 form against me on August 9, 2024.
- 2. I lost my Social Security card in April 2026 at the airport.
- 3. I applied for a new Social Security card on April 13, 2026.

- 4. They made me miss my scheduled appointment on April 10, 2026, and rescheduled it for April 13, 2026.
- 5. Due to the carelessness of changing the appointment, I requested a letter of appointment confirmation and realized that someone else applied for Social Security on March 7, 2024. T
- On October 17, 2025, I had a trip scheduled for October 18, 2025, and there is a scheduled appointment with code T2CHNG.
- 6. On March 31, 2026, they requested an appointment with code APPSCH, which I did not attend, nor did I register or provide any evidence.
- 7. On more than two occasions, I had to claim unemployment benefits that had been approved for me, which was understood to be due to an active Social Security account.
- 8. I have never received Social Security money.
- I urgently need financial compensation because this is preventing me from finding a job, and I have been fighting this system for three years.

1. If you see the dates, they speak for themselves before the action of the 408

•

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE PONCE
SALA MUNICIPAL DE PONCE

| | |
|---|---|
| ***JANNE MARY PEREZ ALBINO*** **Peticionario** <br> ***EX PARTE*** **JAMILETTE PEREZ ALBINO (Persona a quien se solicita el ingreso involuntario)** | **CIVIL NÚM.: JACI202402784** <br> **Sobre:** <br> **ADMISION INVOLUNTARIA Ley Núm. 408 de 2 de octubre de 2000 Ley de Salud Mental de Puerto Rico** |

**SENTENCIA**

Luego de examinar la Notificación de Alta y Plan de Egreso del Hospital Pavía de Yauco y la Moción presentada por la parte peticionaria de epígrafe, donde indica que la paciente fue dada de alta, se dispone el **CIERRE Y ARCHIVO** de la presente causa de acción.

***REGISTRESE Y NOTIFÍQUESE.***

Dada en Ponce, Puerto Rico, **a 9 de agosto de 2024.**

**HON. ADRIA M. CRUZ CRUZ**
*JUEZA MUNICIPAL DEL TRIBUNAL DE PRIMERA INSTANCIA*

Identificador Núm. SEN2024__________

J.P.A

CASO 26-CV-948-JDP

Page 1 of 1

## Contacts Report Results

Number of Visitors: 5 Number of Interviews: 6

| Interview Date | Start time | End Time | Claimant SSN | Claimant Name | Contact Name | Alerts | Disposition | Group | Topic | Alternative Interview Type (AIT) | Actual Interviewer | Visitor Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/2024 | 10:53 | 11:19 | 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 | JAMILETTE PEREZ ALBINO | JAMILETTE PEREZ ALBINO | | Completed | SR Group | INQSTAT | NONE | MITCHELL ANDUJAR RIVERA | 00730 |
| 10/17/2025 | 10:30 | 11:01 | 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 | JAMILETTE PEREZ ALBINO | JAMILETTE PEREZ ALBINO | | Completed | SR Group | T2CHNG | NONE | CARLOS J ACHA-LOPEZ | 00728 |
| 03/31/2026 | 2:36 | 2:41 | 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 | JAMILETTE PEREZ ALBINO | JAMILETTE PEREZ ALBINO | | Completed | SR Group | APPSCH | NONE | ALEXIS TORRES | 00730 |
| 04/06/2026 | 9:25 | 9:36 | | | JAMILETTE PEREZ ALBINO | | Completed | Appointments | SCREEN | NONE | JAMES CALDERARO | 00000 |
| 04/10/2026 | 10:09 | 10:27 | 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 | JAMILETTE PEREZ ALBINO | JAMILETTE PEREZ ALBINO | | Completed | Appointments | SCREEN | NONE | MIGUEL TARAFA | 00730 |
| 04/10/2026 | 11:00 | | 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 | JAMILETTE PEREZ ALBINO | JAMILETTE PEREZ ALBINO | | Interview | SS5 Group | SS5REP | NONE | ORLANDO HERNANDEZ ROSA | 00730 |

https://sso.ba.ssa.gov/VIPRWeb/SpringVIPr/ReportsPost

4/10/2026

•

J.P.A

CASO 26-CV-948-JDP

SALA MUNICI[illegible]

## Social Security Administration
### Important Information

Social Security Administration
SOCIAL SECURITY
STE 201
2723 AVE MARUCA
PONCE, PR 00728-4105
Date:April 13, 2026

JAMILETTE PEREZ ALBINO
HC 1 BOX 7525
GUAYANILLA, PR 00656-9408

This is a receipt to show that you applied for a Social Security card on April 13, 2026. You should have your card in about 2 weeks. Any document(s) you have submitted are being returned to you with this receipt.

If you do not receive your Social Security card within 2 weeks, please contact us and have this receipt available. To protect your privacy, we will not disclose a Social Security number over the telephone.

The Social Security Administration is required by law to limit replacement Social Security cards to three per year and ten per lifetime. Do not carry your Social Security card with you. Keep it in a safe location, not in your wallet.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 866-328-1254.

SOCIAL SECURITY
STE 201
2723 AVE MARUCA
PONCE, PR 00728-4105

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

Field Office Manager

J.P.A

CASO 26-CV-948-JDP

•

Appointment Details

Reschedule Appointment

Cancel Appointment

Appointment Information

Office Address
SOCIAL SECURITY
STE 201 CARIBBEAN CINEMAS BLDG
PONCE TOWNE CENTER
PONCE, PR, 00728

Appointment Date
April 13, 2026

Appointment Time
10:00 AM

Contact Type
In Office

Consent to Messaging

Update

Your Name
Jamilette Perez Albino

Do you consent to receive electronic messages from SSA?
No, I do not consent

Language Preference

Update

Spoken language preference?
English

Written language preference?
English

Remarks

Update

| Date/Time | SSA Employee | Remarks |
| --- | --- | --- |
| No information found. | | |

Ruling II

My health insurance plan classifies me as having code 100 coverage with zero co-payment, but they are limiting my medications from 20 to only 10, charging me through the pharmacy and forcing me to visit my primary care physician.

I am providing official government health plan documentation dated December 19, 2025, and a prescription with the guidelines. The document states that my family consists of two people: my daughter and myself. My initial claim is for her, which is an insult to me since I no longer have my daughter, and I have not received a response to my claim (PO2025CV02762).

As you can see, the documentation is classified as a magic plan and that per month they are providing $378 dollars per month, this is provided to people who are disabled, which I do not have any card that pays me that money. It's the perfect way for a government to steal federal funds by registering young people without them realizing it and collecting money and understanding why I can't get a job. I request an investigation immediate.

DEPARTAMENTO DE SALUD
GOBIERNO DE PUERTO RICO
PROGRAMA MEDICAID

You can get this notice in English, or in another way that's best for you. Call us at **787-641-4224**. If you use a teletypewriter (TTY), dial **787-625-6955**.
Usted puede obtener esta notificación en inglés o en otro formato que sea mejor para usted. Llámenos al **787-641-4224**. Si utiliza un teletipo (TTY), marque **787-625-6955**.

Número de caso: 3304251
Fecha de la carta: 19 de diciembre de 2025

TRAY 35 SQ 7395************AUTO**SCH 5-DIGIT 00653 J2752 2 AV 0.593
JAMILETTE PEREZ ALBINO
HC 8 BOX 807
PONCE PR 00731-9457

**Notificación de Decisión - Renovación Automática de Beneficios**

Hemos completado el proceso de recertificación con la información provista por usted anteriormente. Con el propósito de confirmar los ingresos, la composición del hogar y el estatus migratorio de los miembros de su hogar, esta información ha sido validada con las agencias públicas, estatales, federales y entidades privadas.

Determinamos que la elegibilidad para los beneficiarios que se muestran a continuación en la sección Resumen de Decisiones de Elegibilidad fueron renovados exitosamente. Luego del Resumen de Decisiones de Elegibilidad encontrará los detalles de los resultados en las páginas adjuntas.

Resumen de Decisiones de Elegibilidad

| Nombre | MPI | Elegibilidad | Fecha de Efectividad | Fecha de Vencimiento |
|---|---|---|---|---|
| PEREZ ALBINO, JAMILETTE | 80025496024 | Medicaid | 1 de febrero de 2026 | 31 de enero de 2027 |

| Nombre | MPI | Código Cubierta | Tope de Copagos | MCO/ MAO |
|---|---|---|---|---|
| PEREZ ALBINO, JAMILETTE | 80025496024 | 100 | 56.70 | TSS |

| | |
|---|---|
| MCO | FMH = First Medical Health Plan, MEN = Plan de Salud Menonita, MMH = MMM Multi Health,<br>TSS = Triple-S Salud |

1

Llámenos al **787-641-4224**. Personas con dificultades auditivas pueden comunicarse a través del número TTY: **787-625-6955**
Puede llamar de lunes a viernes, de 8:00am a 5:00pm. Puede acceder a www.medicaid.pr.gov.
Si necesita asistencia adicional, favor de acudir a la oficina de Medicaid de su preferencia.

Rev-0220
*060102* / 7395 / 00001001

J.P.A

CASO 26-CV-948-JDP

| | |
|---|---|
| MAO | HUM = Humana Health Plans, MCS = MCS Advantage, MMM = Medicare y Mucho Mas, TSA = Triple-S Advantage, PMC = PMC Medicare Choice |

## Cómo Tomamos Nuestras Decisiones de Elegibilidad

El Programa Medicaid de Puerto Rico ha verificado su información con el Departamento de Hacienda, el Departamento de la Familia, el Servicio Interno de Ganancias (IRS), el Departamento de Seguridad Nacional y la Administración del Seguro Social.

Este proceso se llevó a cabo comparando la información provista por usted anteriormente con la información obtenida de las agencias públicas, estatales, federales y entidades privadas. Si la información incluida en este documento no es correcta, favor de actualizaria llamándonos al 787-641-4224.
Personas con dificultades auditivas pueden utilizar el número TTY: 787-625-6955.
Nuestro horario de servicio es de lunes a viernes, de 8:00am a 5:00pm

También puede visitar cualquiera de las oficinas locales del Programa Medicaid o acceder en línea a través del Portal del Ciudadano ingresando a su cuenta en PSPMPR.

Para acceder al portal del ciudadano, visite www.medicaid.pr.gov y seleccione la opción Solicita MEDICAID. También puede ingresar directamente mediante el siguiente enlace: https://prod-ua.preeservices.com o enviandola vía correo postal a:

Programa Medicaid de Puerto Rico
Departamento de Salud de PR
P.O. Box 70184
San Juan, PR 00936-8184

PEREZ ALBINO, JAMILETTE: determinamos que el tamaño de su núcleo familiar "Medicaid" es 2 y su ingreso "Medicaid" es $378.00 por mes. El límite de ingresos "Medicaid" para este tamaño del núcleo familiar es $1,800.00 por mes, por lo tanto, JAMILETTE es elegible para la cubierta "Medicaid" desde 1 de febrero de 2026 a 31 de enero de 2027. Para copagos, contamos el tamaño de su núcleo familiar MAGI de 1 y un ingreso MAGI de $378.00 por mes, lo que resulta en un código de cubierta de 100. Determinamos esta decisión basado en las siguientes reglas: 42 CFR §435.119, §435.603, §§436.403, 406, 601, 602.

2

J.P.A

CASO 26-CV-948-JDP

y Mucho

## Uso de Su Cubierta de Beneficios Médicos

El/Los individuo(s) mostrado(s) anteriormente como elegible(s) puede(n) recibir servicios de salud de los proveedores de servicios médicos que acepten el plan de la compañía de seguros (MCO o MAO) bajo el cual está cubierto. La aseguradora le proveerá un Manual de Beneficiario donde explica en detalle cómo acceder a los servicios médicos.

El/Los nuevo(s) beneficiario(s) recibirá(n) de su compañía aseguradora una tarjeta de identificación para cada beneficiario. Mientras espera su tarjeta de identificación, cada persona puede acceder a servicios de salud utilizando su MPI, como se muestra arriba en el Resumen de Decisiones de Elegibilidad, o mostrándole al proveedor de servicios médicos una copia de esta notificación.

Si esta notificación es el resultado de una reevaluación debido a un cambio notificado que afecte su cubierta de beneficios, el/los beneficiario(s) recibirá(n) una nueva tarjeta de identificación.

## Servicios y Costos de Salud

Los beneficiarios elegibles pueden obtener servicios de salud a través de sus compañías de seguros, como visitas al médico, atención hospitalaria y recetas médicas. No se deben pagar primas (costos mensuales) por esta cobertura de salud. Usted puede tener copagos para algunos servicios. Pero hay un límite a los posibles costos cada trimestre para aquellas personas elegibles bajo Medicaid o CHIP. La cantidad que cada persona puede pagar por copagos y el límite de costos trimestrales dependen del tamaño del núcleo familiar y de los ingresos calculados para determinar la elegibilidad de la persona. Hay más detalles sobre copagos y los topes de copago al final de esta sección. La compañía de seguros enviará para cada persona información más detallada sobre los servicios de salud y copagos.

Si no está de acuerdo con las decisiones reportadas en esta notificación, como el cálculo del tamaño del núcleo familiar o los ingresos de cualquier persona en esta notificación y cree que afecta la elegibilidad o el nivel de copagos, puede apelar. Consulte la sección al final de esta notificación para obtener más información sobre el proceso y los plazos para las apelaciones.

Copagos: Los copagos que se pueden cobrar por los servicios se basan en el ingreso MAGI y el tamaño del núcleo familiar MAGI para cualquier persona elegible como Medicaid o CHIP. Para cualquier persona elegible bajo el Programa Estatal, los cálculos se basan en los cálculos del Programa Estatal de ingreso y tamaño del núcleo familiar.

Tope de Copagos: (1) las regulaciones federales establecen que las personas elegibles para Medicaid o CHIP tienen un tope en los copagos totales que están obligados a hacer. (2) El límite es del 5% por trimestre, basado en el Ingreso MAGI tamaño del núcleo familiar MAGI del Individuo y para alcanzar el tope, los copagos pagados durante un trimestre por cada beneficiario en el núcleo familiar del Individuo que es Medicaid o CHIP se suman. Los trimestres se determinan a partir de la fecha de elegibilidad inicial del individuo. (3) Si, en el transcurso de un período de elegibilidad para Medicaid o CHIP, un beneficiario de Medicaid o CHIP cree que los copagos en un trimestre se han pagado por encima del tope, puede presentar una Solicitud de Reembolso de Copagos, que será evaluada por la

3

Llámenos al **787-641-4224**. Personas con dificultades auditivas pueden comunicarse a través del número TTY: **787-625-6955**
Puede llamar de lunes a viernes, de 8:00am a 5:00pm. Puede acceder a www.medicaid.pr.gov.
Si necesita asistencia adicional, favor de acudir a la oficina de Medicaid de su preferencia.

Rev-0220
*060202* / 7395 / 00001101

J.P.A

CASO 26-CV-948-JDP

Administración de Seguros de Salud de Puerto Rico (ASES). (4) La información sobre el Proceso de Reembolso y sobre la Solicitud está disponible en las oficinas locales del Programa Medicaid, en el sitio web del Programa de Medicaid (https://www.medicaid.pr.gov/) y en el sitio web de ASES (http://www.ases.pr.gov/). (5) La regla federal que exige límites máximos en copagos no se aplica a nadie que sea elegible bajo el Programa Estatal.

## Debe Reportar Cambios

Debe informar cualquier cambio socioeconómico que pueda impactar su cubierta de salud dentro de un período de 30 días desde que ocurre el mismo. Esto aplica tanto a usted como a los miembros de su núcleo familiar. Algunos ejemplos incluyen:

- Si alguien se muda.
- Si los ingresos de alguien cambian.
- Si la composición de su hogar cambia.

Por ejemplo, alguien en su núcleo familiar se casa o se divorcia, queda embarazada, tiene o adopta un hijo.

Para reportar los cambios, llámenos al 787-641-4224.
Las personas con discapacidades auditivas pueden comunicarse a través del TTY al 787-625-6955.
Puede llamar de lunes a viernes, de 8:00am a 5:00pm o en línea a través del Portal del Ciudadano ingresando a su cuenta en PSPMPR. Si aún no tiene una cuenta, puede crear una y enviar una solicitud para vincular sus beneficios médicos.

Para acceder al portal del ciudadano, visite www.medicaid.pr.gov y seleccione la opción Solicita MEDICAID. También puede ingresar directamente mediante el siguiente enlace: https://prod-ua.preeservices.com

## Renovación de Cubierta de Beneficios Médicos

Para cada persona que fue encontrada elegible a la cubierta de salud en esta notificación, la elegibilidad debe renovarse cada año. Le enviaremos una carta con anticipación cuando llegue el momento de renovar (esto puede variar para cada persona involucrada).

2:17

codigo de cubierta 100

+5

El **Código de Cubierta 100** en el Plan de Salud del Gobierno de Puerto Rico (Plan Vital) generalmente representa el nivel de beneficios más alto con **$0 copago** (sin costo de bolsillo) para una amplia gama de servicios, incluyendo admisiones hospitalarias, servicios neonatales, y emergencias. Esta cubierta aplica a ciertos grupos elegibles bajo el "Wrap around" de Platino o Medicaid.

**Detalles Clave del Código de Cubierta 100:**

- **Servicios Hospitalarios:** $0 de copago por admisiones.
- **Servicios de Emergencia:** $0 de copago en sala de emergencias.
- **Neonatal:** $0 de copago para servicios neonatales.
- **Medicamentos/Cesación de Tabaco:** $0 de copago para servicios de cesación de tabaco cubiertos.
- **Vacunas Preventivas:** Generalmente cubiertas al 100% de la tarifa contratada.

Este código aparece en la tarjeta de identificación del beneficiario y define los costos compartidos según la tabla de beneficios vigente del plan.

Las respuestas de la IA pueden incluir errores. Para obtener asesoramiento financiero, consulta a un profesional. Más información

Haz una pregunta

Principal Buscar Notificaciones Actividad

. Falled III Constitucional Ruling P02025CV02762

1. I respectfully address the President of the United States. to request the resumption of one of the most sensitive investigative actions and decisions in the world. This case, P02020RF00768, concerns custody and family relations. It involves administrative mismanagement, improper use of regulations governing custody procedures, violations of civil codes and laws repealed by the Government of Puerto Rico due to constitutional rulings of legality, and the enactment of unvalidated bills. According to my research, I am filing a lawsuit P02025CV02762, registered in the Court of First Instance of Ponce, room 604. My lawsuit alleges violations of the ethical standards of the teaching profession, including violations of laws and criminal offenses committed by union representatives. During the process, they modified legal documents such as a health certificate and Law 300 during the custody process, violating national and international security. This is considered an organized crime process in which the government, legislators, and governors themselves repeal laws to protect themselves from persecution. In this case, I underscore the political persecution and oppression suffered by Puerto Rican citizens. I have requested that the law school be informed of the actions of the prosecuting magistrate so that all those who act on the basis of repealed laws can be investigated, as the code of ethics dictates that they must promote action and prevent illegal activities. A Doctor of Law degree is essentially subject to the same regulations as the legality of a doctor and the non-exercise of its practice, since the life, liberty and protection of citizens are at stake. The licensing requirements should be the same, and there is negligence and legal malpractice involved. I kept that in I sought legal representation, no attorney wanted to represent me to get my daughter back and address the charges against me. I even use programs that work with federal funds, such as legal aid and pro bono work. By filing this lawsuit on September 30, 2025, I left the country to visit Florida, which, according to my statements already mentioned in the lawsuit, involves extortion. I left on October 2, 2025, traveling with the case mentioned above. I stayed at the Rosen Hotel & Resort, paying for the first night's rest. Due to a failure in payment—the Banco Popular system refused to process it—I had problems withdrawing money, of which I have proof of appraisal. They They invented a case against me for trespassing and they imprisoned me

without a court order. Despite this, they violated my habeas corpus, my constitutional right to a subpoena, and the Eighth Amendment, which prohibits punishment in situations [of unlawful conduct].

1. Unusual, another point regarding this negligent action by the State of Florida in case 482025MM407964AO towards its citizens is that every law must be passed and legislated, signed by the corresponding number of personnel, but if it is still in draft, it cannot be executed, and if the law goes against the rules established by the Constitution or violates any of them, it cannot proceed in court. After I was told that they allege that requesting lodging services is illegal, the attorney assigned to my defense keeps wanting to press charges and damage my case by giving me a document showing that I am responsible for being intoxicated, which is false. I am a professional in criminology, with a bachelor's degree in Criminal Justice with a minor in Penology. Based on my knowledge and on the constitutional execution of the United States, the Articles of Confederation, backed by one of the main frameworks, President George Washington, violated basic constitutional rights, and I contend that the Articles of Confederation have a serious flaw in the legality of the legislative and congressional codes. This is the main problem throughout the country and internationally, and it is a matter of presidential execution. Based on voter registration processes for personnel selected by the States, where instruction is given in the confederation and constitution manuals. These manuals have been violated daily in laws and decisions that endanger the security of the population and the armies of war.

1. Revisión de procesos (1) articulo v de la constitucion

1. The President also influences by proposing legislation, but he does not have the power to change the Constitution himself.

2. The U.S. Congress (House of Representatives and Senate) amends the Constitution and removes or modifies federal laws. To amend the Constitution, a two-thirds majority in both houses and ratification by three-quarters of the states are required. Federal courts, with the Supreme Court at the helm, interpret and can strike down laws if they violate the Constitution.

3. Amendment to the U.S. Constitution:

4. • Proposition: Requires a two-thirds vote in both houses of Congress or a convention called by two-thirds of the state legislatures.

5. • Ratification: Requires the approval of three-quarters of the states (38 out of 50). Amendment or elimination of federal laws:

Interestingly, another point regarding this negligent action of the State of Florida towards its citizens is that every law must be passed and legislated, signed by the corresponding number of personnel, but if it is still in draft form, it cannot be executed, and if the law goes against the norms established by the Constitution or violates any of them, it cannot proceed in court. After I was told that, according to them, requesting lodging services is illegal, the attorney assigned to my defense wants to present and damage my case by giving me a document stating that I take responsibility for being intoxicated, which is false. I am a

professional in criminology, with a bachelor's degree in Criminal Justice with a specialization in Penología. To the best of my knowledge and the constitutional execution of the United States, the Articles of Confederation, respaldados por One of President George Washington's main frameworks, have violated basic constitutional rights, and I contend that the Articles of Confederation have a serious flaw in the legality of legislative and congressional codes. This is the main problem throughout the country and internationally, and it is related to presidential execution. Based on the voter registration processes of state-selected personnel, where instruction is provided in the confederation and constitution manuals. Where, day after day, laws and decisions have been violated that endanger the security of the population and the armies of war.

1. Process Review (1)
2. The President also influences by proposing legislation, but he does not have the power to change the Constitution himself.
3. The U.S. Congress (House of Representatives and Senate) amends the Constitution and removes or modifies federal laws. To amend the Constitution, a two-thirds majority in both houses and ratification by three-quarters of the states are required. Federal courts, with the Supreme Court at the helm, interpret and can strike down laws if they violate the Constitution.

1. Amendment to the U.S. Constitution:
2. • Proposition: Requires a two-thirds vote in both houses of Congress or a convention called by two-thirds of the state legislatures.
3.

4. • Ratification: Requires the approval of three-quarters of the states (38 out of 50).

5. Modification or elimination of federal laws:

6. • Congress passes new laws that can repeal or amend previous ones.

7.

8. The Judicial Branch (Federal Courts) can interpret and declare laws unconstitutional, invalidating them.

9. Eighth Amendment (Excessive Fines): The Supreme Court ruled in Timbs v. Indiana (2019) that the "excessive fines" clause applies to states, limiting how much the government can seize relative to the severity of the offense.

10.

11. The Eighth Amendment has its ultimate execution by right, whereby I alone should be given the presidency to resume constitutional action where, under oath, laws relating to human rights prevail over the execution of war, an action that violates constitutional law.

12.

1. Reading comprehension of the regulations that have been established in our past has been the work of good faith. And if it is to obtain economic benefits to protect countries, safeguard the world for a dignified life and cover the essentials in the life cycle.

1. There is no single, definitive total number of repealed laws, as repeal is an ongoing process in which new laws eliminate or replace previous ones.

However, in the context of Puerto Rico, multiple repealed laws have been identified from 2020 to the present.

| | |
|---|---|
| Puerto Rico<br><br>Departamento Policía de Puerto Rico<br><br>Departamento de Salud de Puerto Rico<br><br>Javier Santiago Ortiz | Sobre: Custodia y violación a los ... reglamentos y leyes establecidos. Mal manejo en casos dentro de la corte. |

Demanda

Al honorable tribunal:

Comparece Jamilette Perez Albino por propio derecho y muy respetuosamente expone, alega y solicita.

Por este medio solicito respetuosamente por el cual a tomar acción en moción dando conocimiento que en ningún momento estuve con el acuerdo y decisión tomadas en resolución la cual la Forista en mi representación me dijo no era necesario estar presente por cual estuve ajena a la negociación o decisión tomada. Acudo respetuosamente al Tribunal y agencias correspondiente Mostrando Prueba de las vacunas donde dice fecha con su respectivos custodios y irregularidad sobre el cambio anticipado antes de la resolución donde se enmarca la gravedad del Fallo ante la Toma de la Resolución. Esto provoco desconfianza ante el sistema causando daños económicos, laborales, emocionales. Según la ley número 223 del 2011 y la ley 57 del 2023 de la unidad de protección de menores siempre deja saber y garantizar el bienestar del menor, pero en ningún escrito dice sobre penalizar por alguna condición de salud mental de modo psicológico y de separación de la madre, retirándome la custodia absoluta desde el primer instante sin Toma de resolución. Por cual denuncio y reclamo la custodia y sobre el daño costo efectivo Honorarios por rebasar los parámetros de leyes que establecen y aplican

Sello

1U25-00434880

costo efectivo Honorarios por rebasar los parámetros de leyes que establecen y aplican

Dada a la Resolución estipulada por la Juez el Caballero Javier Santiago Ortiz ha incumplido en lo establecido de tal modo que el día del cumpleaños de mi hija Abigail Santiago el caballero quedo en encontrarnos en el punto de encuentros del salón de juegos de Dynamic Parck en Ponce Town a las 4 pm así estableció por cual me presente y nunca llego al lugar la cual me comunico con mi niña y padre cerca porque así escuche le pregunte que iba hacer por si era sorpresa y me dijo que ir a buscar a su hermana mayor a la universidad la que estudia la cual solo me quede sola esperando el momento de ver a mi hija. Al día siguiente se comunicó con mi persona y quedo en la tarde en celebrar su día la cual estuvo 4: 44 pm hasta las 6:38pm por cual solo ese día la vi y corresponda verla el día de su cumpleaños y otro más en la semana la cual no se realizó.

Por todo lo cual, solicito de este Honorable Tribunal que:

1. Custodia de la menor
2. Honorarios
3. Aplicación de la leyes establecidas y Tomos jurídicos

Certifico haber enviado copia Fiel y exacta de esta moción a la moción a la parte

(X) Demandante () Demandada a la siguiente dirección:

Jamilette Perez Albino
Jamilettepererzalbino@gmail.com
787-322-7612
[illegible]

() por correo regular
() Por correo certificado con acuses de recibo
() Personalmente
() Otro

En Ponce, Puerto Rico a 30 de septiembre 2025

Firma

Dirección Postal: ____________________

Demandados

Abogada de Javier Santiago Ortiz

**Lic.sheilatorres@gmail.com**

J.P.A Jamilette Perez Albino

Vs

Departamento de la Policía
Departamento de la Salud
Departamento de Justicia
Javier Santiago Ortiz

CASO 26-CV-948-JDP

**Casa: PO2025CV02762**

**Salón 604**

**Sobre: custodia y violación cánones de derechos y reglamentos leyes establecidas, daños y prejuicios**

Moción

Al Honorable Court:

Jamilette Pérez Albino appears in her own right and very respectfully exposes, alleges, requests.

In response to the petition they present, I maintain that there is proactive negligence and that the agencies have ignored their responsibility for the facts and damages they incurred. The agencies and the people mentioned have been warned since October 1, 2025 that the terms were modified so that they submit their presentation and the time of the terms runs for both them and me. I request the Honorable Court to file an action of default for not complying in giving an explanation of its actions, which have not given evidence or an innate investigation of its facts, which its time goes back to negligence before the premises of the court. I request the immediate action of my compensation which I request for damages and custody of the minor which exceeds by law the 120 days in order to answer a lawsuit which every agency representation attorney has not provided presence so far, to request a dismissal. So litigation must be addressed in an emergent way by supporting evidence that highlights the national security of the country by making changes in official documentation. The Honorable Tribunal has been informed of all the proceedings. Which there is no justification or way that the damages they have caused have been without reparation which each agency must pay the sum of 300 million and the delivery of the minor for their negligence before me and the premises of the Court. Incompetence is highlighted to the faults before the ruling and the technicality must proceed under the regulations and laws that are established. So far they have not paid for the damages they incur. For economic, moral and psychological damages.

The remedies are provided in the lawsuit of September 30, 2025 and the motion filed of November 14, 2025 where all the negligence and the petitions for damages are presented to him plus more regulations are added herein. If we look in the processes of Puerto Rico's Rules of Civil Procedure the merits impute negligence on the part of the agencies

and personnel involved. Jurisdiction cannot be The remedies are provided in the lawsuit of September 30, 2025 and the motion filed of November 14, 2025 where all the negligence and the petitions for damages are presented to him plus more regulations are added herein. If we look in the processes of Puerto Rico's Rules of Civil Procedure, the merits impute negligence on the part of the agencies and personnel involved. Jurisdiction cannot be changed based on a code removal amendment which due to the rights already established it is unlikely to take code removal action because the Government of Puerto Rico. It does not have the power to eliminate or amend constitutional codes since it requires part of the United States Congress.

1

Process Review (1)

The President also influences by proposing legislation, but he does not have the power to change the Constitution himself

The U.S. Congress (House of Representatives and Senate) amends the Constitution and eliminates/modifies federal laws. Amending the Constitution requires a two-thirds majority in both houses and ratification by three-quarters of the states. Federal courts, with the Supreme Court at the helm, interpret and can strike down laws if they violate the Constitution.

U.S. Department of State (.gov):

1. Proposal: A two-thirds vote is required in both houses of Congress or a convention called by two-thirds of the state legislatures.
2. U.S. Department of State (.gov)

Modification or Elimination of Federal Laws:

1. Congress passes new laws that can repeal or amend previous ones.
2. The Judicial Branch (Federal Courts) can interpret and declare laws unconstitutional, invalidating them.

2019 Laws of Puerto RicoTitle 32 - AppendicesAppendix V - 2009 Rules of Civil ProcedureV. PRETRIAL PROCEDURES
Regla 23 - Disposiciones Generales Respecto al Descubrimiento de Prueba
Regla 23.1. Alcance del descubrimiento
Universal Citation:

PR Laws tit. 1, § 23.1 (2019)

Learn moreThis media-neutral citation is based on the American Association of Law Libraries Univesal Citation Guide and is not necessarily the official citation.

The scope of discovery, unless otherwise limited by the court, in accordance with the provisions of these rules, shall be as follows:

1. (a) In general.—The parties may make discovery on any matter, not privileged, that is pertinent to the matter in dispute in the pending lawsuit, whether it relates to the claim or defense of any other party, including the existence, description, nature, custody, condition, and location of any books, electronically stored information, documents, or other tangible objects and the identity and address of persons who know facts relevant. It shall not constitute
2. objection that the information requested is inadmissible at trial, provided that there is a reasonable probability that such information will lead to the discovery of admissible evidence.
3. (b) Documents, objects, and other evidence obtained in preparation for trial.—Subject to the provisions of subsection (c) of this rule, a party may make discovery of documents and objects which, prior to the suit or for trial, have been prepared by or for another party, or by or for such party's representative, including your attorney, consultant, guarantor, insurer, or agent. Mental impressions, conclusions, opinions, or legal theories about the case of the attorney or any other representative of a party shall be beyond the scope of discovery. One party may request from the other a list of the witnesses that the requested party intends to use in the trial, as well as a brief summary of what each party intends to testify. Likewise, any party may require any other party to produce copies of all witness statements in the possession of that party. Likewise, both the parties and the witnesses can obtain a copy of any statement given by them previously. For purposes of this rule, a statement given prior to trial includes any statement written, signed, or approved by the person who gave it, or any type of recording of a statement or the transcript thereof.
4. (c) Expert Person.— The discovery of expert evidence may be carried out as follows:

   1. (1) A party may, through interrogatories, require any other party to furnish the name and address of the experts you have consulted and of those you intend to present at trial. With respect to the latter, the party may be required to express the matter on which the expert intends to testify, as well as a summary of his or her opinions and a brief expression of the theories, facts or arguments that support the opinions. At the request of a party, the court may

order the discovery of expert evidence by any other means, subject to such conditions or limitations as it deems reasonable.

Note. 1. By the date of February 2025, they made the change of custody in an official document before a resolution issued

2. Violation of administrative custody procedure

3. Law 300 was altered in the social security number within the dates that the case was going through.

Where do I ask myself? Where does the investigative work of the prosecutor go?

1. (2) A party may make use of discovery methods in relation to known facts or opinions of an expert who has been hired by another party prior to the lawsuit or in preparation for trial and who is not to be called to testify only if exceptional circumstances are shown that make it impractical for the party seeking discovery to obtain facts or opinions on the same matter, by other means or as provided in Rule 32.2 of this Appendix.
2. (3) The court shall order the party seeking discovery to pay the expert reasonable fee for the time spent during discovery. If the party seeking expert discovery proves to the court that he or she does not have the financial means to pay such fees, the court may order discovery on such terms and conditions as it deems fair and reasonable.
3. (4) The court shall have the power to summon expert witnesses other than those of the parties subject to such conditions as it deems appropriate in its discretion, including the provision for compensation by one or both of the parties to the dispute.

2. (d) Obligation to preserve evidence subject to discovery.—A person who is advised of a possible claim against him or her has an obligation to preserve evidence. He also has such an obligation if there is a legal or ethical duty that requires him to preserve evidence, if he voluntarily assumed the obligation or if it arises from the particular circumstances of the case. Likewise, a party has an obligation to preserve evidence that could be subject to discovery, even if it has not been required. The obligation to preserve electronically stored information shall be subject to the provisions of Rule 34.3 of this Appendix.
3. (e) Continuing Obligation to Update, Correct, or Amend Evidence That Has Been Discovered and to Notify It.—A party that has responded to a discovery request has an ongoing duty to update, correct, or amend its responses and to notify the opposing party of any additional information it obtains subsequent to such discovery that relates to such discovery, provided that the court orders you to do so or that the following occurs:

1. (1) The party has knowledge that the material delivered is incorrect or incomplete and that additional or corrective information has not been disclosed to the other party.

1. (2) The party is aware that the information provided in the answer to the interrogation, the request for the production of documents, or the request for admissions is incompleta o incorrect and that additional or corrective information has not been disclosed.

1. A party's failure to preserve evidence shall be subject to financial or other penalties that the court may deem in its discretion, including contempt, as provided in Rule 34.3 of this Appendix. The failure of the party to comply with its obligation to update, correct or amend entails the exclusion of the outdated evidence from the trial if it appears that, before the trial, the party had knowledge or should have known of the additional or corrective information and did not update, correct or amend it. However, if it is so interested, the party who requested such discovery may make use of evidence of such evidence. If discovery of evidence arises during the trial, appropriate remedy shall be provided.

1. (a) The court, on its own initiative or at the request of a party, may limit the scope of discovery methods if it determines the following:
   1. (1) That the evidence sought to be discovered is a duplicate of other evidence or is unreasonably cumulative;
   2. (2) that the evidence can be obtained by another more convenient way, less onerous and costly for the party from whom it is requested;
   3. (3) that the party requesting the evidence has had an opportunity to obtain it, or
   4. (4) that the costs of obtaining the evidence exceed the benefit that it may bring to the case.

1. (b) On the application of a party or the person in respect of whom discovery is used, made by motion accompanied by a certification that the party or person has made a good faith attempt to settle the dispute over discovery as provided in Rule 34.1 of this Appendix, and for good cause, the court may make any order as may be required in justice to protect such party or person from harassment, disturbance or oppression, as well as any undue annoyance or expense. The court's order may include one or more of the following:
   1. (1) Discovery is made in accordance with the terms and conditions provided, including the designation of date and place.
2. (2) That the discovery is carried out by a method different from that selected by the party concerned.
   1. (3) That the discovery of certain matters is not carried out, that their scope is limited, or that they are irrelevant and do not lead to the discovery of admissible evidence.
   2. (4) That the discovery is made in the presence of those persons authorized to do so by the court.

3. (5) That a deposition, once sealed, be opened only by order of the court.
4. (6) A trade secret or other confidential information is not disclosed or is disclosed only under certain conditions.

1. (7) That the parties simultaneously submit, in a sealed envelope, certain documents or reports to be opened in accordance with the instructions of the court.

1. If the motion for a protective order is denied in whole or in part, the court may, under such terms and conditions as are fair, ordenar que la parte solicitante provides or permits the discovery thus interested. The provisions of Rule 34 of this Appendix shall apply with respect to the award of expenses and fees in connection with such motion.
2. (a) Withheld Information.—When a party withholds requested information, claiming that it is privileged or protected material in contemplation of the preparation for trial, it must make its claim in an express and substantiated manner, specifying the nature of the documents, communications or objects not produced or disclosed, so that, without disclosing privileged information, the other parties may assess the applicability of the privilege or protection, and express themselves on them.
3. (b) Information Produced by Inadvertence.—When a party inadvertently produces information during discovery that is the subject of a claim of privilege or protection, the prominent party to the claim shall notify the party who received it of its claim and the grounds. Upon notice, the party must immediately return, withhold, or destroy the information, and any copies it has, and may not use or disclose it until the complaint is resolved. The party may immediately submit the information to the court in a sealed envelope for adjudication of the claim. If the Promoted Party disclosed the information prior to receiving the claim, it must take reasonable steps to recover the information. The party that produced the information must preserve it until the claim is adjudicated.

When more than one law is violated simultaneously, remedies propose a comprehensive approach including the accumulation of criminal charges (fines or jail), protective order, and civil lawsuits for damages. It seeks to hold the aggressor responsible for each crime, allowing parallel legal actions before the court and the police.

The main remedies include

1. Criminal actions,

2. protective order,

3. Civil Lawsuit

4. Contempt of Court

5.Support measures

I therefore stand by my statements rendered in the complaint and motion filed and referred to

Who should be liable for damages caused?

1. Article 1536 of the Civil Code of Puerto Rico, which came into force on November 28, 2020, establishes that the person who through fault or negligence causes harm to another, is obliged to repair it. Article 1802 del Código Civil anterior establecía que la persona que por su acción u omisión causes harm to another, whether through fault or negligence, will be obliged to repair the damage caused.
2. Non-contractual liability is determined by the law in force at the time the act or omission occurred.
3. If some acts or omissions occurred before the entry into force of the new Civil Code and others occurred after, the previous Civil Code applies.
4. In addition, the recklessness or carelessness of the injured person does not release the person who caused the damage from liability, but this entails the reduction of compensation for the damage caused in proportion to the degree of recklessness.

Generally based on civil codes (such as Article 1902 of the Spanish Civil Code or the Civil Code of 2020 in Puerto Rico), obliging the reparation of the damage.

What are punitive damages?

The Civil Code of 2020 incorporated the figure of punitive damages. These refer to the fact that the Court may authorize that in a case to demand non-contractual liability or damages, the defendant be ordered to pay, in addition to compensatory damages, a sum of money as punishment, if one of the following circumstances occurs:

1. the defendant's actions constitute a crime,
2. the plaintiff's action constitutes malice, or
3. The plaintiff's actions are carried out with serious disregard for the life, safety and property of others.

This occurs as an exception, if any of these are met and subject to judicial discretion. In these cases, the punitive damages should not be more than the amount of compensatory damages.

"Civil Code of Puerto Rico" of 2020 [Act 55-2020, as amended]

Rev. Aug 20, 2024 www.ogp.pr.gov Page 4 of 386

laws; the rules of interpretation; the observance of the law; waiver of rights; The rejection of fraud against the law; and the requirement of good faith in the exercise of rights.

This Preliminary Title is divided into six (6) chapters, namely: Chapter I. Sources of the

Legal Order; Chapter II. The Law; Chapter III. Effectiveness of the Law; Chapter IV.

Interpretation and Application of the Law; Chapter V. Calculation of Time Limits; Chapter VI. Norms .

On Conflicts of Laws.

Chapter I, called "Sources of the Legal System", begins, as does the

hace el Código Civil español, enumerando las fuentes del ordenamiento jurídico Puerto Rican, namely: the Constitution, the law, custom, and the general principles of law. In the system

The Constitution as the supreme law and the written law that emanates from the legislative power democratically elected by the citizenry, occupy the first ranks of the formal sources of Law.

Chapter II is entitled "The Law". This concept is broad and includes any rule, regulation, ordinance, order or decree issued by a competent authority of the State in the exercise of its functions. It includes not only laws passed by the Legislative Assembly, but also rules, regulations, ordinances, orders, and decrees issued by those bodies to which the Constitution or laws confer competence.

Chapter III deals with the "Effectiveness of the Law". Among the provisions of this Chapter,

It is worth noting that the imperative law, that is, the one that commands or prohibits, cannot be breached or modified by the will of individuals and the interested parties cannot evade its compliance.

As for the dispositive law, individuals are recognized as having the possibility of excluding its application within the limits of the autonomy of the will, but this cannot contravene morality or public order.

Chapter IV is called "Interpretation and Application of the Law". This Chapter incorporates rules of hermeneutics that are deeply rooted in our legal tradition. It is worth noting that the words used in this Code and used in the present tense also include the future; those used in the male sex include the female, unless by the nature of the provision they are manifestly limited to only one; the singular number includes the plural, and the plural includes the singular.

Following the modern trend of legislative drafting, this Code prefers the use of the verb in the present indicative and discards the traditional use of the future subjunctive ("hubiere", tuviere", etc.). Exceptions are those cases in which the use of the present tense does not fully reflect the meaning of the rule or makes it difficult to understand.

Chapter V is entitled "Calculation of Time Limits". This Chapter regulates the time in which any act prescribed by law must be carried out, provided that the law does not provide otherwise or that the parties do not agree otherwise.

The Preliminary Title culminates with an extensive Chapter VI, entitled "Rules on Conflicts of Laws", aimed at providing solutions to international or interstate disputes between persons or public or private entities. For these purposes, a dispute is considered international or inter-State, if one or more of its constituent elements is connected with more than one State. These elements can be related to the facts that gave rise to the controversy, to the location of the object of the dispute. controversia, con la nacionalidad, con la ciudadanía, con el domicilio, con la residencia o con algún otro point of connection between the parties.

The current conflict-of-laws rules are concise and are found in articles 9,

10 and 11 of the Civil Code, and in a supplementary manner, in other laws. Chapter VI replaces these provisions with a much more comprehensive regulation. These rules differ from those contained in the drafts that preceded this Code, which were abstract. The rules finally adopted seek, on the one hand, to provide the courts with manageable guides to determine which law is applicable to a dispute; and in addition, they are intended to give the interested parties a reasonable degree of security with respect to the law that governs their rights and obligations in specific situations.

The rules on conflicts of laws in this Code include, among many other areas, the following: marriage; its validity and effects; filiation; rights in rem; obligations; contracts in general and consumer contracts; succession and validity of wills; and non-contractual liability.

According to Law 223 of 2011, the regulated administrative procedure is to provide the option of joint custody and not complete, which the court resorts to in violation of law and administrative procedures.

223-2011, known as the "Law Protecting the Rights of Minors in Juvenile Proceedings"

Adjudication of Custody", which establishes as a first option to auscultate the joint custody of both parents. The principles incorporated in these two laws do not have the effect of repealing them, so that the particular procedures and provisions of these laws remain in force and will take precedence over the Code, if there is any inconsistency. Likewise, this Book provides the process for modifications of the name and sex in the original birth certificate. Nothing herein undermines the process currently established in cases of an application for a change of gender on the birth certificate. Depending on the current state of law, these applications will be accompanied by a passport, driver's license, or a certification issued by a health care professional who has a doctor-patient relationship with the applicant attesting to gender. In these cases, the Registry must issue the certification, safeguarding the rights to privacy.

"Civil Code of Puerto Rico" of 2020 [Act 55-2020, as amended]

Rev. August 20, 2024 www.ogp.pr.gov Page 11 of 386

Book Four – Obligations

In this Code, the Fourth Book on Obligations has seven titles that deal with the issues that make up this matter, in a somewhat different way from the current Code:

1) Las Obligaciones en General;

(2) Sus Efectos en el Cumplimiento;

(3) Its Effects on Non-Compliance;

(4) its termination;

(5) Prescription and Expiration;

(6) Transmission of

Obligations; y

(7) Credit Protection.

Book Four begins with a definition of "obligation" elaborated by scientific doctrine: it is the legal bond of a patrimonial nature, by virtue of which the debtor has the duty to perform a service that consists of giving, doing or not doing something for the benefit of the creditor, who, in turn, has a right of credit to demand performance. This in itself represents a step forward with respect to the current Code, which is limited to describing its purpose. The enumeration of the sources of obligations in accordance with modern doctrine is extended and includes the

following:

(1) the law; (2) contracts; (3) typified quasi-contracts; (4) unlawful acts; (5) acts or omissions involving fault or negligence; and (6) any other act suitable to produce them in accordance with the legal system.

In addition, it respects the traditional scheme regarding joint and several obligations. The category of optional obligations is incorporated as a distinct category from alternative obligations.

Regarding the effects of obligations on compliance and, particularly, the figure of payment by a third party, the rights of the third party who pays without the consent of the debtor are qualified. Until now, the third-party payer had a right to reimbursement to the extent that the payment would have been useful to the debtor. The new Code makes the right to reimbursement, in addition to the utility for the debtor, conditional on the third party having made the payment in good faith. The institution of novation has been

reviewed from the conceptual point of view. The approach of a modern doctrinal current that discards the traditional dichotomy between extinguishing novation and the so-called modifying novation is accepted. This doctrine holds that novation properly speaking can only be extinguishing; that the modification can occur in any obligation; and that adding the word "modifying" to novation causes confusion. This doctrine has been adopted in many other jurisdictions. Consequently, novation is only recognized as one that has the effect of extinguishing an obligation and constituting a completely new one. With respect to Title III (Effects of Obligations in Non-Compliance), the rule is maintained that in principle the debtor is liable for his obligations with all his present and future assets. However, a list of movable property not subject to attachment is incorporated into the Code, and the exempt amounts have been revised. Title V of Book Four regulates prescription and expiration. In the Matter de la prescripción, la normativa actual se In the Matter of the statute of limitations, the current regulations are Artículo 30. — Principio general. (31 L.P.R.A. § 5371)

The law applicable to disputes in which one party is domiciled in Puerto Rico and the other is governed by the provisions of international treaties, federal law, and the following articles.

Article 31. — Criminal and public security laws. (31 L.P.R.A. § 5372)

Criminal laws and those of public order relating to public safety, social and economic organization are binding on those who are, permanently or temporarily, in Puerto Rico. Puerto Rico's procedural judicial rules are considered to be of public order.

Article 32. — Coexistence of legislative systems. (31 L.P.R.A. § 5373)

Where a conflict-of-law rule refers to the law of a State in which different legislative systems coexist, the determination of the applicable law is made in accordance with the law of that State.

Article 33. — Statute of limitations. (31 L.P.R.A. § 5374)

The statutes of limitation and limitation rules applicable to a dispute are those of the State whose rules govern the main dispute.

Article 35. — Characterization. (31 L.P.R.A. § 5376)

The characterization for the purpose of selecting the applicable rule is made in accordance with the Law of Puerto Rico. The content of the law of another State, when this is applicable to the settlement of a conflict, is made in accordance with the law that was determined to be applicable.

In my defense action and shortly to apply my rights, I maintain that the law "Civil Code of Puerto Rico" of 2020 [Law 55-2020, as amended, applies mostly the liability of the duty of law, which is composed of 386 pages.

Under the Child Safety and Welfare and Protection Act, Law 246 has been repealed while the legal process of the case PO2025CV02762 by the Office of Management and Budget.

If the laws are repealed due to a process of mismanagement, the pertinent action before the annuity is to return the initial custody application to the return of the minor to the main custodian, who is the Mother, who due to negligence of the staff adjudicated a misinterpretation and violation of rights. At the time the action is repealed. The family services in the courts carry out the absolute evaluation of all cases of minors and prolong the delivery to their appropriate guardians, which by law of life belongs to the mother.

This action of misadministration applies to any servant who by oath has made cases of custody as a means of adjudicative business, which by law this practice is an illegal action. In the above motion, I requested that an investigation be made of all attorneys and staff who by advertisements and promotion avenge security of possession of custody if reason relating to negligent action by any of the parties where no investigative initiation has been provided.

At the beginning of the case P02025CV02762 carried out on September 30, 2025, the law was in action for which I requested a clarifying investigation since it violated and was not specific the administrative execution, the document was extremely altered since the revocation is included with a date after the case where the right to postponement of time continues to be violated. Indicating that it was on April 24, 2024 his Repeal. By force, the Government, like the legislation of laws, endangers all children who could or are in a real chain of violence or what in my case the action shows is that it is considered a criminal organization that postpones even the laws and alters documents. The repeal of the law is an action contradictory to the cases referred to in the Department of Justice and the Department of Family, which are in check before any American citizen and the Government of Puerto Rico who, for their safety, sees or requests an investigation of the repeal of the law opposing their case. More specifically, anyone who was and is in judicial premises for custody is a decline of misappropriation of rights.

Ejemplo de escenario a base de una derogación de ley: si un niño que haya sido violado por alguno de sus progenitores ,por acción de la derogación de Ley. Ellos estan en right of review and that the minor be handed over to him. Because the law is null and void. And therefore the action of violence or prostitution or nefarious acts occur by null and void laws. And lack of protection for the minor.

The legislative negligence of the Government of Puerto Rico according to the dates they impose is from April 15, 2024 to April 6, 2026. By this time, minors in the Government of Puerto Rico have been at risk of returning to their bullies. Being in absolute lack of protection. I request the Honorable Tribune and the assigned judge to take these negligent acts to the corresponding Forums in my case since it requires significant evidence of removing the legislative area as the Governor from their positions for protective negligence before the laws of the Government and the United States. And National Security for irregularities of law. Under the investigations and irregularities that I already maintain that the properties did not go to the same for which I notify that any

person who disobeyed the aforementioned order of law and who imposed the safety of minors apply to my defense towards all the children of Puerto Rico.

The Child Protection Act is one of the main safety laws

But if we look closely, the year of the draft on the front page does not concur with the annulment of the law by which it presents an alteration of prolonged time since it says November 2023.

Process Review (1)

All the more reason in my favor where a government is putting our children in national danger and that the lawsuit is granted in my favor. The new law that is in draft and in effect is not legal since it is not signed. Our children are not covered by a law that is signed competitively, as already explained, to sustain a law must be established with part of the legislative congress of the United States, which by statutory law must be signed and legal.

In Puerto Rico, the repeal of laws is an exclusive faculty of the Legislative Assembly (Senate and House of Representatives), who approve a new law to annul a previous one. The Governor can participate by signing or vetoing such measures, and the Supreme Court can invalidate laws if it declares them unconstitutional.

LexJuris of Puerto Rico

1. Legislative Assembly: It is the bicameral body that creates, modifies or repeals the laws of the Commonwealth of Puerto Rico.
2. Repeal Process: According to case law, laws are only repealed by other subsequent laws, either totally or partially.
3. Role of the Governor: Once the Legislative Assembly approves the repeal, the bill goes to the Governor for his signature, making it law.
1. Supreme Court: It has the power to declare a law unconstitutional, which is equivalent to its invalidation or repeal by court order.

LexJuris of Puerto Rico

Based on my research of regulations and legal processes of constitutional, civil, federal laws, L.P.R.A. The process of legislating a law is not affirmative which the Government does not comply with the Orders by failing to protect minors by repealing the law.

Which provided evidence of the repeal document and the updated

The fundamental legal principle in the U.S. that prohibits new laws from retroactively modifying or affecting established legal situations is the prohibition of retroactive laws/ex post facto, which is rooted in the Constitution. Article 14 of the Constitution guarantees that laws operate towards the future, protecting acquired rights and avoiding sanctions for acts that were lawful at the time they were committed.
Utrecht Law Review

Key Aspects of Changing Laws in the U.S.

1. Principle of Non-Retroactivity: Laws cannot have effects towards the past that harm a person.

U.S. Constitution: It is the supreme law. Article VI (Supremacy Clause) states that federal laws prevail over state laws.

"Ex Post Facto" Laws: The Constitution specifically prohibits the application of retroactive criminal laws that stiffen the penalty for an offence after it has been committed.

Legislative Changes: A new law (Act of Congress) may modify or repeal previous laws, but generally cannot annul previously signed contracts or disregard rights acquired before its entry into force.

U.S. Department of State (.gov)

Although laws may change, the U.S. legal system, based on the Constitution and case law, limits the government's ability to retroactively alter the legal consequences of past acts.

> In the point indicated according to the legal principles of the United States. The U.S. law is clearly affecting all victims and people who are in a custody lawsuit.
>
> "Puerto Rico Department of Public Safety Act" cannot go unpunished under applicable regulations. And the same public servants violated Puerto Rico's security by altering documents and the law 300. But I add the legislative and Governor's Office this incurs civil disobedience on the part of the government of Puerto Rico.

If we go to the new regulation according to the draft regulation on the prevention of child abuse and abuse on page 81 subsection (A) section XVIII emergency custody of the initial section it is incongruous and is an action of systematic kidnapping. And it would not be a protective action in the eyes of both parents

SECTION XVIII: Emergency Custody

A. Any member of the Puerto Rico Police Bureau, of a police force municipal police, specially designated case manager by the Department, school principal, teacher, school social worker, conduct, any doctor, official of the State Bureau for the Management of Emergency and other health care professionals, including a health care professional, mental health care that has a minor under treatment, will exercise emergency custody

without the consent of the child's parent or person responsible for the child when has knowledge or suspicion that the victim has been a victim of abuse or that there is an imminent risk to this minor, as defined by this Regulation and, when
At least one of the following circumstances occurs:
1. The father, mother or person responsible for the minor is not accessible, despite the efforts made to locate them or do not consent to the remove them from the minor.
2. When notifying the father, mother or person responsible for the minor it would increase the imminent risk of serious harm to the child or another person.
3. The risk is of such a nature that there is no time to request custody from the court.

To assume custody, a mother has to see a pattern of abuse, which at no time was such a pattern, which requests the evaluation of the regulations since they do not comply with the procedure for enforcement of custody. Therefore, if there is no violence or abuse, which would not be within the regulatory processes of child abuse, the only way to obtain the minor is by altering documentation, such as if the father of birth would obtain the parental authority of the minor, which provides evidence of the actions of alteration of documents.

I exempt myself from any law that could be repealed and I denounce the Government of Puerto Rico that for the merits that oblige me to proceed a civil proceeding when it should be for federal property under the laws approved and legislated by law by the United States since the civil code of Puerto Rico and many of the laws of Puerto Rico fail to comply with their validity I request the honorable Court to assert my rights and that the Government pay for structured negligence of laws that do not protect the citizen for their validity since every amendment must be approved and signed by the legislative servants and Congress of the United States. To be published to all citizens with the validity executed.

The civil code of 1930 was repealed, therefore the amendments cannot be affirmative based on the code of 1930 and the code 2020 must be signed and approved with signatures of the legislation and congress, these investigations give me in favor that the processes of removal of the minor and the resolution they issued is null and void by meritorious action of law.

I request an investigation of laws approved and that comply with a government structure that protects the citizen

I request the honorable court to apply the full weight of the law to all those who in any way sustain criminal actions against the bar associations for legal malpractice since they operate with repealed laws and without affirmation, constitutional approval where security in the face of the claim of any person who has passed trial can claim their release. That I be paid compensation and apply rule 60 of seizure and that the rights of the citizen be enforced, and more so to minors who by negligent actions even in processes of unadjudicated amendment are harmed, the minors of our country are not covered by law. I ask the system to exercise maximum caution in the face of the actions

I have mentioned and that its decision to sentence is as soon as possible since in view of what has already been mentioned, they come into force of insecurity and danger of many minors. I request the Honorable Tribunal a Lugar my petition in view of the facts and investigations on my part.

Respectfully submitted in Ponce, Puerto Rico, Sabana Grande, on _Abril _de 8, 2026

Jamilette Pérez Albino

787-322-7612

Jamiletteperezalbino@gmail.com

Hc 01 7612 Guayanilla P.R 00656

DEMANDADO

Abogada de Javier Santiago Ortiz

Lic.Sheilatorre@gmail.com]

- f/Rafaet Pérez Cedeño RAFEL PÉREZ CEDEÑO Director de Asuntos Legales
- oficinamayaguez@iusticia.pr.gov
- f/ Lorelei García Trabal LCDA. LORELEI GARCÍA TRABAL
- RIJA 17573
- Departamento de Justicia
- Secretaria Auxiliar de lo Civil
- Oficina Regional de Mayaguez
- Ave. Hiram D. Cabassa #87,
- Suite 101
- Mayagüez, PR 00680
- (787) 721-2900, ext. 4477, 4465 logarcia@iusticia.pr.eov

J.P.A

CASO 26-CV-948-JDP

7:11

246-2011.pdf - Solo lectura

<english>

Advertencia: Esta Ley ha sido **DEROGADA** y sustituida por la **Ley 57-2023**.
Véase la Certificación Negativa emitida por el Depto. de la Familia (19 de mayo de 2023)
Véase la Certificación Positiva emitida por el Depto. de la Familia (23 de junio de 2023)
Se mantiene en esta **Biblioteca Virtual de OGP** únicamente para propósitos de archivo.

## *"Ley para la Seguridad, Bienestar y Protección de Menores"*

Ley Núm. 246 de 16 de Diciembre 2011, según enmendada

{Ir a Tabla de Contenido}

(Contiene enmiendas incorporadas por las siguientes leyes:
Ley Núm. 85 de 9 de Julio de 2014
Ley Núm. 162 de 19 de Septiembre de 2014
Ley Núm. 225 de 16 de Diciembre de 2014
Ley Núm. 153 de 9 de Agosto de 2016
Ley Núm. 61 de 27 de Enero de 2018
Ley Núm. 80 de 1 de Marzo de 2018
Ley Núm. 181 de 5 de Agosto de 2018
Ley Núm. 89 de 1 de Agosto de 2019
Ley Núm. 29 de 24 de Agosto de 2021)

DEROGADA

Para adoptar la "Ley para la Seguridad, Bienestar y Protección de Menores" con el propósito de garantizar el bienestar de nuestros niños y niñas, y asegurar que los procedimientos en los casos de maltrato de menores se atiendan con diligencia; derogar la Ley 177-2003, conocida como "Ley para el Bienestar y la Protección Integral de la Niñez"; y para enmendar el Artículo 2.006 de la Ley 201-2003, según enmendada, conocida como "Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003", a los fines de requerir que sea parte inherente del sistema de educación judicial, ofrecer adiestramientos en los temas de maltrato y protección de menores, y de los cambios en políticas y procedimientos relacionados a la "Ley para la Seguridad, Bienestar y Protección de Menores"; y para otros fines relacionados.

### EXPOSICIÓN DE MOTIVOS

En los niños está la base de nuestra sociedad, por tal razón, tenemos el deber de cuidarlos, protegerlos y garantizarles su seguridad en todo momento. Nuestros niños se merecen vivir en un hogar libre de maltrato, donde sean protegidos. Es política pública de esta Administración el proteger a los menores de edad de cualquier forma de maltrato o negligencia que provenga de sus padres o de personas que lo tengan bajo su cuido, o de instituciones responsables de proveerles servicios. El hecho de que nuestros menores se encuentren desprotegidos cuando se enfrentan a





personas adultas que pretenden lastimarlas, justifica que el Estado lleve a cabo las gestiones

J.P.A

CASO 26-CV-948-JDP

7:11

246-2011.pdf - Solo lectura



personas adultas que pretenden lastimarlas, justifica que el Estado lleve a cabo las gestiones necesarias a fin de protegerlos de estas personas.

La Ley 177-2003, según enmendada, se creó con el propósito de garantizar el bienestar de los menores, desde la perspectiva de la reunificación familiar como primera alternativa. En su implementación, el Estado se ha percatado que la misma ofrece garantías demasiado amplias y aspectos técnicos que favorecen a los padres y madres maltratantes, las cuales en muchas ocasiones, han ido por encima del mejor bienestar del menor. El Estado reconoce la importancia de no abandonar el enfoque de hacer esfuerzos razonables para mantener la familia unida por el rol que dicha institución tiene para el desarrollo articulado de la sociedad. Pero ese esfuerzo tiene que darse en la perspectiva de la validación de los derechos de los menores frente al de los padres, partiendo de que son una figura vulnerable por no poseer la capacidad física y legal para protegerse y procurar su bienestar por sí solo.

Esta Administración reconoce como primera alternativa la reunificación familiar, sin embargo, no favorece que el mejor interés del menor sea postergado por los intereses de los padres, madres o custodios maltratantes. El Estado no puede permitir que nuestros hijos e hijas sigan siendo maltratados por los padres o madres, que anteponen sus intereses a los de sus hijos. Debemos aceptar como sociedad que la reunificación familiar no siempre es lo más saludable.

El Departamento de la Familia realiza a diario varios intentos para obtener el relevo de esfuerzos en casos donde los padres y madres maltratan de forma cruel a sus hijos. No obstante, por disposiciones de la Ley 177, supra, los mecanismos que se deben utilizar requieren realizar una serie de esfuerzos que atrasan que el Estado pueda asumir la custodia de los menores, tal situación le ha costado la vida a más de un menor. Esta Ley tiene el firme propósito de asegurar que los procedimientos en los casos de maltrato de menores se atiendan con diligencia, dejando a un lado la interpretación liberal a favor de la reunificación familiar y enfocándose en lograr la seguridad y protección, asimismo el bienestar físico, emocional y psicológico del menor, por encima de cualquier otro interés.

En los casos donde la reunificación familiar no es en el mejor bienestar del menor, establecemos que el Departamento de la Familia tendrá la obligación de comenzar el proceso de privación de patria potestad lo antes posible y promoverá la adopción de los menores, según lo dispuesto en la Ley 186-2009, conocida como "Ley de Reforma Integral de Procedimientos de Adopción de 2009".

Será política pública que en los casos donde surja un conflicto de intereses entre el custodio del menor y el mejor bienestar del menor, debe priorizarse el bienestar del menor. Esto aplicará en todos los procesos Administrativos y Judiciales que se lleven a cabo como consecuencia de esta Ley.

Nuestros niños son la raíz de nuestra sociedad, por lo que a su vez son el futuro, es deber de todos los ciudadanos el protegerlos y velar por el bienestar de ellos.

*Decrétase por la Asamblea Legislativa de Puerto Rico:*

DEROGADA



2 de 54

"Ley para la Seguridad, Bienestar y Protección de Menores" [Ley 246-2011, según enmendada] DEROGADA

J.P.A

CASO 26-CV-948-JDP

7:11

48-1930.pdf - Solo lectura

Advertencia: Este Código ha sido **DEROGADO** y sustituido por la Ley 55-2020, "Código Civil de Puerto Rico".
Se mantiene en esta **Biblioteca Virtual de OGP** únicamente para propósitos de archivo.

***"Código Civil de Puerto Rico" Edición de 1930***

[Ir a Tabla de Contenido]

(Contiene enmiendas incorporadas por las siguientes leyes:
Ley Núm. 48 de 28 de Abril de 1930
Ley Núm. 95 de 15 de Mayo de 1931
Ley Núm. 46 de 9 de Mayo de 1933
Ley Núm. 5 de 17 de Agosto de 1933
Ley Núm. 11 de 29 de Marzo de 1937
Ley Núm. 12 de 29 de Marzo de 1937
Ley Núm. 140 de 15 de Mayo de 1937
Ley Núm. 78 de 6 de Mayo de 1938
Ley Núm.14 de 30 de Marzo de 1939
Ley Núm. 42 de 22 de Abril de 1942
Ley Núm. 62 de 29 de Abril de 1942
Ley Núm. 118 de 7 de Mayo de 1942
Ley Núm. 220 de 12 de Mayo de 1942
Ley Núm. 120 de 12 de Mayo de 1943
Ley Núm. 15 de 7 de Abril de 1945
Ley Núm. 300 de 12 de Abril de 1946
Ley Núm. 3 de 21 de Marzo de 1947
Ley Núm. 354 de 13 de Mayo de 1947
Ley Núm. 446 de 14 de Mayo de 1947
Ley Núm. 447 de 14 de Mayo de 1947
Ley Núm. 448 de 14 de Mayo de 1947
Ley Núm. 449 de 14 de Mayo de 1947
Ley Núm. 90 de 5 de Mayo de 1948
Ley Núm. 171 de 4 de Mayo de 1949
Ley Núm. 112 de 25 de Abril de 1950
Ley Núm. 417 de 13 de Mayo de 1951
Ley Núm. 421 de 13 de Mayo de 1951
Ley Núm. 144 de 30 de Abril de 1952
Ley Núm. 86 de 15 de Junio de 1953
Ley Núm. 90 de 16 de Junio de 1953
Ley Núm. 104 de 29 de Junio de 1955
Ley Núm. 92 de 24 de Junio de 1958
Ley Núm. 56 de 16 de Junio de 1964
Ley Núm. 11 de 2 de Abril de 1971
Ley Núm. 56 de 31 de Mayo de 1972
Ley Núm. 58 de 31 de Mayo de 1972
Ley Núm. 76 de 31 de Mayo de 1972

DEROGADO





Ley Núm. 125 de 23 de Julio de 1974

J.P.A

CASO 26-CV-948-JDP

7:12

48-1930.pdf - Solo lectura

se incluye aquí para la facilidad de los usuarios de este documento.

Rev. 25 de abril de 2024 www.ogp.pr.gov Página **349** de **350**

"Código Civil de Puerto Rico", Edición de 1930 según enmendado. DEROGADO

Nota. Este documento fue compilado por personal de la **Oficina de Gerencia y Presupuesto** del Gobierno de Puerto Rico, como un medio de alertar a los usuarios de nuestra Biblioteca de las últimas enmiendas aprobadas para esta Ley. Aunque hemos puesto todo nuestro esfuerzo en la preparación del mismo, este no es una compilación oficial y podría no estar completamente libre de errores inadvertidos; los cuales al ser tomados en conocimiento son corregidos de inmediato (email: biblioteca OGP). En el mismo se han incorporado todas las enmiendas hechas a la Ley a fin de facilitar su consulta. Para exactitud y precisión, refiérase a los textos originales de dicha ley y a la colección de Leyes de Puerto Rico Anotadas L.P.R.A.. Las anotaciones en letra cursiva y entre corchetes añadidas al texto, no forman parte de la Ley; las mismas solo se incluyen para el caso en que alguna ley fue derogada y ha sido sustituida por otra que está vigente. Los enlaces al Internet solo se dirigen a fuentes gubernamentales. Los enlaces a las leyes enmendatorias pertenecen a la página web de la **Oficina de Servicios Legislativos** de la Asamblea Legislativa de Puerto Rico. Los enlaces a las leyes federales pertenecen a la página web de la **US Government Publishing Office GPO** de los Estados Unidos de Norteamérica. Los enlaces a los Reglamentos y Ordenes Ejecutivas del Gobernador, pertenecen a la página web del **Departamento de Estado** del Gobierno de Puerto Rico. Compilado por la Biblioteca de la Oficina de Gerencia y Presupuesto.

⇒⇒⇒ Verifique en la Biblioteca Virtual de OGP la **Última Copia Revisada** (Rev.) para esta compilación.

Ir a: www.ogp.pr.gov ⇒ Biblioteca Virtual ⇒ Leyes de Referencia—Z-DEROGADAS.

DEROGADO

Rev. 25 de abril de 2024 www.ogp.pr.gov Página **350** de **350**

350 de 350

7:12

170-1988.pdf - Solo lectura

Advertencia: Esta Ley ha sido **DEROGADA** y sustituida por la Ley 38-2017.
Se mantiene en esta **Biblioteca Virtual de OGP** únicamente para propósitos de archivo.

***"Ley de Procedimiento Administrativo del Estado Libre Asociado de Puerto Rico"***

Ley Núm. 170 de 12 de agosto de 1988, según enmendada

{Ir a Tabla de Contenido}

(Contiene enmiendas incorporadas por las siguientes leyes:
Ley Núm. 43 de 5 de agosto de 1989
Ley Núm. 21 de 30 de julio de 1990
Ley Núm. 18 de 30 de noviembre de 1990
Ley Núm. 247 de 25 de diciembre de 1995
Ley Núm. 60 de 8 de agosto de 1997
Ley Núm. 186 de 26 de diciembre de 1997
Ley Núm. 135 de 11 de julio de 1998
Ley Núm. 295 de 8 de diciembre de 1998
Ley Núm. 204 de 31 de julio de 1999
Ley Núm. 310 de 5 de octubre de 1999
Ley Núm. 323 de 6 de noviembre de 1999
Ley Núm. 205 de 25 de agosto de 2000
Ley Núm. 293 de 1 de septiembre de 2000
Ley Núm. 133 de 22 de septiembre de 2001
Ley Núm. 130 de 8 de agosto de 2002
Ley Núm. 190 de 17 de agosto de 2002
Ley Núm. 149 de 12 de diciembre de 2005
Ley Núm. 61 de 17 de febrero de 2006
Ley Núm. 277 de 22 de diciembre de 2006
Ley Núm. 299 de 26 de diciembre de 2006
Ley Núm. 4 de 11 de febrero de 2008
Ley Núm. 112 de 16 de julio de 2008
Ley Núm. 207 de 29 de diciembre de 2009
Ley Núm. 132 de 15 de noviembre de 2013
Ley Núm. 46 de 31 de marzo de 2015
Ley Núm. 47 de 31 de marzo de 2015
Ley Núm. 68 de 18 de mayo de 2015
Ley Núm. 153 de 18 de septiembre de 2015
Ley Núm. 210 de 30 de diciembre de 2016)

DEROGADA

J.P.A

CASO 26-CV-948-JDP

7:12

170-1988.pdf - Solo lectura





Nota. Este documento fue compilado por personal de la Oficina de Gerencia y Presupuesto del Gobierno de Puerto Rico, como un medio de alertar a los usuarios de nuestra Biblioteca de las últimas enmiendas aprobadas para esta Ley. Aunque hemos puesto todo nuestro esfuerzo en la preparación del mismo, este no es una compilación oficial y podría no estar completamente libre de errores inadvertidos; los cuales al ser tomados en conocimiento son corregidos de inmediato (mail: biblioteca OGP). En el mismo se han incorporado todas las enmiendas hechas a la Ley a fin de facilitar su consulta. Para exactitud y precisión, refiérase a los textos originales de dicha ley y a la colección de Leyes de Puerto Rico Anotadas L.P.R.A.. Las anotaciones en letra cursiva y entre corchetes añadidas al texto, no forman parte de la Ley; las mismas solo se incluyen para el caso en que alguna ley fue derogada y ha sido sustituida por otra que está vigente. Los enlaces al Internet solo se dirigen a fuentes gubernamentales. Los enlaces a las leyes enmendatorias pertenecen a la página web de la Oficina de Servicios Legislativos de la Asamblea Legislativa de Puerto Rico. Los enlaces a las leyes federales pertenecen a la página web de la US Government Publishing Office GPO de los Estados Unidos de Norteamérica. Los enlaces a los Reglamentos y Ordenes Ejecutivas del Gobernador, pertenecen a la página web del Departamento de Estado del Gobierno de Puerto Rico. Compilado por la Biblioteca de la Oficina de Gerencia y Presupuesto.

Véase además la Versión Original de esta Ley, tal como fue aprobada por la Legislatura de Puerto Rico.

Véase además la Versión anterior sin las enmiendas de la Ley 210-2016

⇒⇒⇒ Verifique en la Biblioteca Virtual de OGP la **Última Copia Revisada** (Rev.) para esta compilación.

Ir a: www.ogp.pr.gov ⇒ Biblioteca Virtual ⇒ Leyes de Referencia—Z-DEROGADAS.

DEROGADA



45 de 45

J.P.A

CASO 26-CV-948-JDP

PPR-205
6-2003

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO
REGISTRO LEY 266

**HOJA DE CERTIFICACION DEL REGISTRO**
**REGISTRY CERTIFICATION FORM**

☐ DELITO SEXUAL / SEXUAL OFFENSE ☐ ABUSO CONTRA MENORES / CHILD ABUSE ☐ VIOLENCIA DOMESTICA / DOMESTIC VIOLENCE

**AVISO:**

La información del Registro de Personas convictas por Delitos Sexuales y Abuso contra Menores no será utilizada para cometer delito, discrimen o acoso ilegal hacia un ofensor sexual. La persona que utilice la información del registro para cometer un acto criminal en contra de otra persona, estará sujeta a arresto y procesada de acuerdo a las leyes vigentes

**WARNING:**

Sex Offender and Child Abuse Registry information shall not be used to commit a crime or to engage in illegal discrimination or harassment of an offender. A Person who uses registry information to commit a criminal act against another person is subject to arrest and prosecution under current laws.

| 1. NOMBRE COMPLETO (Apellido Paterno, Materno, Nombre, Inicial) COMPLETE NAME (First, Middle, Last) | 2. FECHA DE NACIMIENTO DATE OF BIRTH | 3. CONOCIDO POR ALIAS | |
|---|---|---|---|
| PEREZ ALBINO JAMILETTE | 10/10/1991 | | |
| 4. DIRECCION RESIDENCIAL ADDRESS | 5. PUEBLO CITY/ | 6. PAIS STATE | 7. ZIP CODE |
| BARRIO QUEBRADAS CALLE DEL RIO #237 | GUAYANILLA | PR | 00656 |
| 8. LUGAR O EMPRESA QUE SOLICITA | 9. PROPOSITO/ OCUPACION | 10. SEGURO SOCIAL SOCIAL SECURITY | |
| PRIME JANITORIAL | MANTENIMIENTO | XXX-XX-8377 | |
| 11. DELITO(S) OFFENSE(S) CONVICTED OF | | 12. FECHA DE RADICACION / DATE | |
| AL MOMENTO DE LA BUSQUEDA ESTE SOLICITANTE NO FIGURA EN EL REGISTRO DE OFENSORES SEXUALES Y MALTRATO A MENORES DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, NI EN EL REGISTRO NACIONAL DE OFENSORES SEXUALES EN ESTADOS UNIDOS | | 26-MARZO-2025 | |

| 13. SEXO SEX | 14. ESTATURA HEIGHT | 15. PESO WEIGHT | 16. COLOR DE PIEL SKIN TONE | 17. COLOR DE CABELLO HAIR COLOR | 18. COLOR DE OJOS EYE COLOR |
|---|---|---|---|---|---|
| F | 5'07" | 160 | MARRON | NEGRO | MARRON |



**NUMERO DE CONTROL** 2025-3-03-L300-954

USO OFICIAL SOLAMENTE (OFICIAL USE ONLY)

29527

INSP. DANIEL JUSTINIANO MERCADO
20. FIRMA DEL SUPERINTENDENTE AUXILAR EN INVESTIGACIONES CRIMINALES O REPRESENTANTE

ASSISTANT SUPERINTENDENT IN CRIMINAL INVESTIGATION OR REPRESENTATIVE

4-27238
21. NUMERO DE PLACA
BADGE NUMBER

Área PONCE

22. FECHA DATE 26 DE MARZO DE 2025

Pági de 1
(Page) (of)

J.P.A

CASO 26-CV-948-JDP

DEPARTAMENTO DE SALUD

DIVISIÓN DE VACUNACIÓN

CERTIFICADO DE VACUNACIÓN PARA INGRESO A UN CENTRO PRE-ESCOLAR O INSTITUCIÓN EDUCATIVA

Nombre: SANTIAGO PEREZ, ABIGAIL

Fecha de Nacimiento: 09 / 22 / 2015
Mes / Día / Año

Nombre del Tutor Legal: SANTIAGO, JAVIER

Nombre de Facilidad: 97260-VACU VIDA

FECHAS DE LAS DOSIS DE VACUNAS ADMINISTRADAS

| VACUNAS | DOSIS 1 | DOSIS 2 | DOSIS 3 | DOSIS 4 | DOSIS 5 | DOSIS 6 |
|---|---|---|---|---|---|---|
| COVID-19 | 03/17/2022 | | | | | |
| DTP/aP/DT | 12/09/2015 | 02/25/2016 | 05/05/2016 | 03/21/2017 | 01/29/2021 | |
| HPV | | | | | | |
| HEP A | 12/08/2016 | 08/14/2017 | | | | |
| HEP B | 09/22/2015 | 12/09/2015 | 05/05/2016 | | | |
| Hib | 12/09/2015 | 02/25/2016 | 03/21/2017 | | | |
| Influenza | 12/08/2016 | | | | | |
| MMR | 12/08/2016 | 01/29/2021 | | | | |
| Measles | | | | | | |
| Meningo | | | | | | |
| Meningo B | | | | | | |
| Mumps | | | | | | |
| Pneumococcal | 12/09/2015 | 02/25/2016 | 05/05/2016 | 03/21/2017 | | |
| Pneumococcal Poly | | | | | | |
| Polio | 12/09/2015 | 02/25/2016 | 05/05/2016 | 01/29/2021 | | |
| Rota | 12/09/2015 | 02/25/2016 | | | | |
| Rubella | | | | | | |
| Td | | | | | | |
| Tdap | | | | | | |
| Varicella | 12/08/2016 | 01/29/2021 | | | | |

( ) Historial de Varicela diagnosticado por un médico o títulos de anticuerpos positivo.

( ✓ ) Certifico que este estudiante está adecuadamente vacunado de acuerdo con los requisitos mínimos establecidos para asistir a un Centro Pre-Escolar o Institución Educativa **[Ver al dorso]**.

También certifico, que recoge con exactitud las fechas de vacunas administradas.

Este certificado es válido hasta la fecha: 9/22/2026.

Vanessa Cappas Rodz.
Nombre (letra de molde)

VCappas
Firma y Título de MD / (RN) / Pharm.D/ RPh

33064
Número Licencia

VacuVida
Willer's Plaza Local #5
PR-3334 KM 0.2 BO. Susua Baja
Yauco, Puerto Rico 00698
Tel. 939-344-6349

2/28/2025
Fecha

**Este documento será entregado al estudiante en caso de que éste se transfiera a otro Centro Pre- Escolar o Institución Educativa.**
**CUALQUIER ALTERACIÓN EN ESTE CERTIFICADO INVALIDARÁ EL MISMO.**

P-VAC-3

Rev. 10-2021

J.P.A

CASO 26-CV-948-JDP

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SALUD

DIVISIÓN DE VACUNACIÓN

CERTIFICADO DE VACUNACIÓN PARA INGRESO A UN CENTRO PRE-ESCOLAR O INSTITUCIÓN EDUCATIVA

Nombre: SANTIAGO PEREZ, ABIGAIL

Fecha de Nacimiento: 09 / 22 / 2015
Mes / Día / Año

Nombre del Tutor Legal: PEREZ, JAMILETTE

Nombre de Facilidad: 9123-RED MED ASOCIADOS DEL SUR INC

FECHAS DE LAS DOSIS DE VACUNAS ADMINISTRADAS

| VACUNAS | DOSIS 1 | DOSIS 2 | DOSIS 3 | DOSIS 4 | DOSIS 5 |
|---|---|---|---|---|---|
| DTP/aP/DT | 12/09/2015 | 02/25/2016 | 05/05/2016 | 03/21/2017 | 01/29/2021 |
| HPV | | | | | |
| HEP A | 12/08/2016 | 08/14/2017 | | | |
| HEP B | 09/22/2015 | 12/09/2015 | 05/05/2016 | | |
| Hib | 12/09/2015 | 02/25/2016 | 03/21/2017 | | |
| Influenza | 12/08/2016 | | | | |
| MMR | 12/08/2016 | 10/25/2021 | | | |
| Measles | | | | | |
| Meningo | | | | | |
| Meningo B | | | | | |
| Mumps | | | | | |
| Pneumococcal | 12/09/2015 | 02/25/2016 | 05/05/2016 | 03/21/2017 | |
| Pneumococcal Poly | | | | | |
| Polio | 12/09/2015 | 02/25/2016 | 05/05/2016 | 01/29/2021 | |
| Rota | 12/09/2015 | 02/25/2016 | | | |
| Rubella | | | | | |
| Td | | | | | |
| Tdap | | | | | |
| Varicella | 12/08/2016 | 01/29/2021 | | | |

( ) Historial de Varicela diagnosticado por un médico o títulos de anticuerpo positivo.

(✓) Certifico que este estudiante está adecuadamente vacunado de acuerdo con los requisitos mínimos establecidos para asistir a un Centro Pre-Escolar o Institución Educativa **[Ver al dorso]**.

También certifico, que recoge con exactitud las fechas de vacunas administradas.

Este certificado es válido hasta la fecha: 09/22/2026.

IPA-403
REMAS
PIN 9123
VACUNACIÓN YAUCO

JENIFFER IRIZARRY ALBARRAN
Nombre (letra de molde)

[signature] — Firma y Título de MD / RN

75702 — Núm. Licencia

10/25/2021 — Fecha

**Este documento será entregado al estudiante en caso de que éste se transfiera a otro Centro Pre- Escolar o Institución Educativa.**
**CUALQUIER ALTERACIÓN EN ESTE CERTIFICADO INVALIDARÁ EL MISMO.**

P-VAC-3

Rev. 05-2020

J.P.A

CASO 26-CV-948-JDP

GOBIERNO DE PUERTO RICO
GOVERNMENT OF PUERTO RICO

DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH- DEMOGRAPHIC REGISTRY)

NUMERO [illegible]

CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2015-00083-021382-124695-06510021

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
ABIGAIL SANTIAGO PEREZ

FECHA NACIMIENTO (BIRTHDATE)
22 SEP 2015

FECHA INSCRIPCION (REGISTRATION DATE)
25 SEP 2015

SEXO (SEX)
F

LUGAR NACIMIENTO (BIRTHPLACE)
SAN GERMAN, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
JAVIER SANTIAGO ORTIZ

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
PONCE, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)
JAMILETTE PEREZ ALBINO

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
YAUCO, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
23 FEB 2021

*****************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE BIRTH [illegible] FILED WITH THE DEMOGRAPHIC R[illegible] PUERTO RICO ISSUED UNDER THE AU[illegible] LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

Wanda del C. Llovet Díaz
DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

GOBIERNO DE PUERTO RICO

Sello
DEPARTAMENTO DE SALUD
REGISTRO DEMOGRAFICO
DISTRITO NUM
0124
GUAYANILLA
4U21-00362353 [redacted] 4U21-00362340 [redacted]

ADVERTENCIA/WARNING: No es válido sin la presencia [illegible]
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

NO ES VALIDO SI SE ALTER[illegible]
VOID IF ALTER[illegible]

J.P.A

CASO 26-CV-948-JDP

As you can see in the image, the registration numbering of the birth certificate was modified to the date of 2021 and the others of 2025 come out with another birth certificate number, the same, different application dates. Action that lends itself to identity theft and criminal actions.


GOBIERNO DE PUERTO RICO
GOVERNMENT OF PUERTO RICO

DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO
D11883044

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2015-00083-021382-1242560-06510021

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
ABIGAIL SANTIAGO PEREZ

FECHA NACIMIENTO (BIRTHDATE)
22 SEP 2015

FECHA INSCRIPCION (REGISTRATION DATE)
25 SEP 2015

LUGAR NACIMIENTO (BIRTHPLACE)
SAN GERMAN, PUERTO RICO

SEXO (SEX)
F

NOMBRE DEL PADRE (FATHER'S NAME)
JAVIER SANTIAGO ORTIZ

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
PONCE, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)
JAMILETTE PEREZ ALBINO

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
YAUCO, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
6 NOV 2025

**************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE BIRTH CE[...] FILED WITH THE DEMOGRAPHIC REG[...] PUERTO RICO ISSUED UNDER THE AUT[...] LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

Sello
4U25-00646293
Departamento
Registro Dem
098
Certificaciones
Pago / Paid

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED

J.P.A

CASO 26-CV-948-JDP

GOBIERNO DE PUERTO RICO
GOVERNMENT OF PUERTO RICO

DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO
D11367630

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2015-00083-021382-1242560-06510021

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
ABIGAIL SANTIAGO PEREZ

FECHA NACIMIENTO (BIRTHDATE)
22 SEP 2015

FECHA INSCRIPCION (REGISTRATION DATE)
25 SEP 2015

LUGAR NACIMIENTO (BIRTHPLACE)
SAN GERMAN, PUERTO RICO

SEXO (SEX)
F

NOMBRE DEL PADRE (FATHER'S NAME)
JAVIER SANTIAGO ORTIZ

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
PONCE, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)
JAMILETTE PEREZ ALBINO

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
YAUCO, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
5 FEB 2025

*************************************************************************

SOSTENGA HACIA LA LUZ PARA VER LA MARCA DE AGUA
HOLD TO LIGHT TO VIEW WATERMARK

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE BIRTH CERTI[…] FILED WITH THE DEMOGRAPHIC REGISTR[…] PUERTO RICO ISSUED UNDER THE AUTHOR[…] LAW 24, APRIL 22, 1931

Departamento de Salud
Registro Demográfico
Sello
4U24-21629341 [redacted]
098
Certificaciones
Pago / Paid
5120
02/05/2025
$5.00

GOBIERNO DE PUERTO RICO

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

**ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua**
**Not valid without seen Watermark**
**Cualquier alteración o borradura cancela esta Certificación**
**Void if altered or Erased**

Rev. 06/2020

REGISTRO DEMOGRAFICO DE PUERTO RICO · DEPARTAMENTO DE SALUD

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED

J.P.A

CASO 26-CV-948-JDP

Explicación de Beneficios / *Explanation of Benefits*

Periodo de Servicio / *Service Period*: **1/1/2025 - 3/31/2025**
**SP0006454 - IMSI-GUANCHA**
**0080025496024**

Vital Salud en tus manos GOBIERNO DE PUERTO RICO

ASES

Adjunto encontrará un reporte de los servicios y gastos generales incurridos entre las fechas de 1/1/2025 y 3/31/2025. **Esto no es una factura.** Si tiene alguna duda sobre este documento, puede comunicarse al 787-775-1352 (Metro) o libre de cargos al 1-800-981-1352. La información contenida en este documento también está disponible en nuestro portal: **www.sssvital.com.**

*Please find attached a report of services and general expenses incurred between the dates of 1/1/2025 and 3/31/2025.* ***This is not a bill.*** *If you have any questions about this document, please call Customer Service at 787-775-1352 (Metro) or toll-free at 1-800-981-1352. The information included in this document is also available on our website:* ***www.sssvital.com.***

PEREZ ALBINO, JAMILETTE
HC 8 BOX 807
PONCE, PR 00731-9457

## RESUMEN DE COSTOS / *SUMMARY OF CHARGES*

| | |
|---|---|
| Total Facturado / *Total Billed* | $4,892.22 |
| Pagado por su Plan / *Paid by your Plan* | $4,892.22 |
| Pagado por Usted / Paid by You | $0.00 |

**Detalle de Reclamaciones para PEREZ ALBINO, JAMILETTE / *Claim Detail for PEREZ ALBINO, JAMILETTE***

| Fecha de Servicio *Service Date* | Fecha de Pago *Paid Date* | Proveedor *Provider* | Tipo de Servicio *Service Type* | Descripción del Servicio *Service Description* | Pagado por Usted *Paid by You* | Pagado por su Plan *Paid by your Plan* | Total *Total* |
|---|---|---|---|---|---|---|---|
| 10/04/2023 | 02/11/2025 | | 85025 | Complete cbc w/auto ciff wbc | $0.00 | $8.47 | $8.47 |
| 10/04/2023 | 02/11/2025 | | 84479 | Assay of thyroid (t3 or t4) | $0.00 | $7.05 | $7.05 |
| 10/04/2023 | 02/11/2025 | | 84443 | Assay thyroid stim hormone | $0.00 | $18.31 | $18.31 |
| 10/04/2023 | 02/11/2025 | | 84436 | Assay of total thyroxine | $0.00 | $7.48 | $7.48 |
| 10/04/2023 | 02/11/2025 | | 82274 | Assay test for blood, fecal | $0.00 | $17.34 | $17.34 |
| 10/04/2023 | 02/11/2025 | | 81000 | Urinalysis, nonauto w/scope | $0.00 | $3.46 | $3.46 |
| 10/04/2023 | 02/11/2025 | | 80061 | Lipid panel | $0.00 | $14.59 | $14.59 |
| 10/04/2023 | 02/11/2025 | | 80048 | Metabolic panel total ca | $0.00 | $9.22 | $9.22 |
| 10/04/2023 | 02/11/2025 | | 85025 | Complete cbc w/auto diff wbc | $0.00 | $-8.47 | $-8.47 |
| 10/04/2023 | 02/11/2025 | | 84479 | Assay of thyroid (t3 or t4) | $0.00 | $-7.05 | $-7.05 |
| 10/04/2023 | 02/11/2025 | | 84443 | Assay thyroid stim hormone | $0.00 | $-18.31 | $-18.31 |
| 10/04/2023 | 02/11/2025 | | 84436 | Assay of total thyroxine | $0.00 | $-7.48 | $-7.48 |
| 10/04/2023 | 02/11/2025 | | 82274 | Assay test for blood, fecal | $0.00 | $-17.34 | $-17.34 |
| 10/04/2023 | 02/11/2025 | | 81000 | Urinalysis, nonauto w/scope | $0.00 | $-3.46 | $-3.46 |
| 10/04/2023 | 02/11/2025 | | 80061 | Lipid panel | $0.00 | $-14.59 | $-14.59 |
| 10/04/2023 | 02/11/2025 | | 80048 | Metabolic panel total ca | $0.00 | $-9.22 | $-9.22 |
| 07/18/2024 | 02/25/2025 | | 99283 | Emergency dept visit | $0.00 | $125.00 | $125.00 |
| 07/18/2024 | 02/25/2025 | | 99283 | Emergency dept visit | $0.00 | $-125.00 | $-125.00 |
| 08/01/2024 | 01/31/2025 | Unknown | 90791 | psychiatric diagnostic evaluation | $0.00 | $179.00 | $179.00 |
| 08/01/2024 | 01/31/2025 | Unknown | 3085F | SUICIDE RISK ASSESSED | $0.00 | $0.00 | $0.00 |
| 08/01/2024 | 01/31/2025 | Unknown | 96127 | BEHAV ASSMT W/SCORE & DOCD/STAND INSTRUMENT | $0.00 | $5.00 | $5.00 |
| 11/29/2024 | 01/07/2025 | Cdt Isaias Rodriguez Lopez | 99215 | Office/outpatient visit, est | $0.00 | $180.46 | $180.46 |
| 11/29/2024 | 01/07/2025 | Cdt Isaias Rodriguez Lopez | J1100 | Dexamethasone sodium phos | $0.00 | $1.00 | $1.00 |
| 11/29/2024 | 01/07/2025 | Cdt Isaias Rodriguez Lopez | J1885 | Ketorolac tromethamine inj | $0.00 | $1.76 | $1.76 |
| 11/29/2024 | 01/07/2025 | Cdt Isaias Rodriguez Lopez | 96372 | Ther/proph/diag inj, sc/im | $0.00 | $28.58 | $28.58 |
| 12/04/2024 | 02/14/2025 | Hosp De Psiquiatria Dr Ramon Fernandez Marina | N/A | N/A | $0.00 | $3,465.00 | $3,465.00 |
| 12/04/2024 | 02/14/2025 | Hosp De Psiquiatria Dr Ramon Fernandez Marina | N/A | N/A | $0.00 | $0.00 | $0.00 |
| 12/12/2024 | 01/17/2025 | Unknown | 90832 | psychotherapy w/patient 30 minutes | $0.00 | $78.00 | $78.00 |
| 12/12/2024 | 01/17/2025 | Unknown | 3085F | SUICIDE RISK ASSESSED | $0.00 | $0.00 | $0.00 |
| 12/12/2024 | 01/17/2025 | Unknown | 90792 | psychiatric diagnostic eval w/medical services | $0.00 | $201.00 | $201.00 |
| 12/12/2024 | 01/17/2025 | Unknown | H0046 | Mental health service,not otherwise specified | $0.00 | $0.00 | $0.00 |
| 01/08/2025 | 01/31/2025 | Unknown | 90791 | psychiatric diagnostic evaluation | $0.00 | $179.00 | $179.00 |
| 01/08/2025 | 01/31/2025 | Unknown | 96127 | BEHAV ASSMT W/SCORE & DOCD/STAND INSTRUMENT | $0.00 | $5.00 | $5.00 |
| 01/08/2025 | 01/31/2025 | Unknown | 3085F | SUICIDE RISK ASSESSED | $0.00 | $0.00 | $0.00 |
| 01/11/2025 | 01/28/2025 | Cct Isaias Rodriguez Lopez | 99214 | Office/outpatient visit, est | $0.00 | $128.83 | $128.83 |
| 01/11/2025 | 01/28/2025 | Cct Isaias Rodriguez Lopez | 93000 | Electrocardiogram, complete | $0.00 | $14.63 | $14.63 |
| 01/11/2025 | 01/28/2025 | Cct Isaias Rodriguez Lopez | 85025 | Complete cbc w/auto diff wbc | $0.00 | $8.47 | $8.47 |
| 01/11/2025 | 01/28/2025 | Cct Isaias Rodriguez Lopez | 80048 | Metabolic panel total ca | $0.00 | $9.22 | $9.22 |
| 01/11/2025 | 01/28/2025 | Cct Isaias Rodriguez Lopez | 36415 | Routine venipuncture | $0.00 | $9.00 | $9.00 |
| 01/13/2025 | 01/28/2025 | Lab. Clinico Defillo Franceschini | 85025 | Complete cbc w/auto diff wbc | $0.00 | $8.47 | $8.47 |
| 01/13/2025 | 01/28/2025 | Lab. Clinico Defillo Franceschini | 84479 | Assay of thyroid (t3 or t4) | $0.00 | $7.05 | $7.05 |
| 01/13/2025 | 01/28/2025 | Lab. Clinico Defillo Franceschini | 84443 | Assay thyroid stim hormone | $0.00 | $18.31 | $18.31 |
| 01/13/2025 | 01/28/2025 | Lab. Clinico Defillo Franceschini | 84436 | Assay of total thyroxine | $0.00 | $7.48 | $7.48 |
| 01/13/2025 | 01/28/2025 | Lab. Clinico Defillo Franceschini | 81000 | Urinalysis, nonauto w/scope | $0.00 | $3.46 | $3.46 |
| 01/13/2025 | 01/28/2025 | Lab. Clinico Defillo Franceschini | 80061 | Lipid panel | $0.00 | $14.59 | $14.59 |
| 01/13/2025 | 01/28/2025 | Lab. Clinico Defillo Franceschini | 80048 | Metabolic panel total ca | $0.00 | $9.22 | $9.22 |
| 01/14/2025 | 02/12/2025 | Unknown | 99213 | office outpatient visit 15 minutes | $0.00 | $92.00 | $92.00 |
| 01/15/2025 | 02/04/2025 | De Medicos Asociados Del Sur In, Red | 1158F | Advnc care plan tlk docd | $0.00 | $1.00 | $1.00 |

Reporte de PEREZ ALBINO, JAMILETTE continúa en la próxima página. / *Report for PEREZ ALBINO, JAMILETTE follows on next page.*

J.P.A

CASO 26-CV-948-JDP

Vital Salud en tus manos — ASES

## Explicación de Beneficios / *Explanation of Benefits*

Periodo de Servicio / *Service Period*: **1/1/2025 - 3/31/2025**
**SP0006454 - IMSI-GUANCHA**
**0080025496024**

**Detalle de Reclamaciones para PEREZ ALBINO, JAMILETTE / *Claim Detail for* PEREZ ALBINO, JAMILETTE** (Continuación / *Continuation*)

| Fecha de Servicio *Service Date* | Fecha de Pago *Paid Date* | Proveedor *Provider* | Tipo de Servicio *Service Type* | Descripción del Servicio *Service Description* | Pagado por Usted *Paid by You* | Pagado por su Plan *Paid by your Plan* | Total *Total* |
|---|---|---|---|---|---|---|---|
| 01/15/2025 | 02/04/2025 | De Medicos Asociados Del Sur In, Red | 1159F | Med list docd in rcrd | $0.00 | $1.00 | $1.00 |
| 01/15/2025 | 02/04/2025 | De Medicos Asociados Del Sur In, Red | 1160F | Rvw meds by rx/dr in rcrd | $0.00 | $1.00 | $1.00 |
| 01/31/2025 | 03/04/2025 | Family Optical, Center1 | 92015 | Refraction | $0.00 | $20.70 | $20.70 |
| 01/31/2025 | 03/04/2025 | Family Optical, Center1 | 92002 | Eye exam, new patient | $0.00 | $86.07 | $86.07 |
| 03/12/2025 | 03/25/2025 | Cdt Isaias Rodriguez Lopez | 99214 | Office/outpatient visit, est | $0.00 | $97.00 | $97.00 |
| 03/12/2025 | 03/25/2025 | Cdt Isaias Rodriguez Lopez | 93000 | Electrocardiogram, complete | $0.00 | $14.63 | $14.63 |
| 03/12/2025 | 03/25/2025 | Cdt Isaias Rodriguez Lopez | J1100 | Dexamethasone sodium phos | $0.00 | $1.00 | $1.00 |
| 03/12/2025 | 03/25/2025 | Cdt Isaias Rodriguez Lopez | J1885 | Ketorolac tromethamine inj | $0.00 | $1.00 | $1.00 |
| 03/12/2025 | 03/25/2025 | Cdt Isaias Rodriguez Lopez | 96372 | Ther/proph/diag inj, sc/im | $0.00 | $14.29 | $14.29 |
| | | | | **Subtotal / *Subtotal*** | $0.00 | $4,892.22 | $4,892.22 |
| **Gran Total Para Este Periodo / *Grand Total For This Period*** | | | | | **$0.00** | **$4,892.22** | **$4,892.22** |

### ESTO NO ES UNA FACTURA. / *THIS IS NOT A BILL.*

**Aviso de prácticas de privacidad / *Notice of privacy practices***

Este aviso describe cómo su información de salud puede ser usada y divulgada y cómo usted puede obtener acceso al mismo. Revise este aviso con cuidado. La protección de su información personal, financiera y de salud es importante para nosotros. / *This notice describes how your health information may be used and disclosed and how you can get access to it. Review this notice carefully. The protection of your personal, financial and health information is important to us.*

Nuestra responsabilidad legal / *Our legal responsibility*

Triple-S Salud tiene el firme compromiso de mantener la confidencialidad de su información de salud. Este aviso le informa sobre nuestras prácticas de privacidad y sus derechos con respecto a su información de salud. Seguiremos las prácticas de privacidad descritas en este aviso mientras el mismo esté en vigor. / *Triple-S Salud has the firm commitment to maintaining the confidentiality of your health information. This notice informs you about our privacy practices and your rights regarding your health information. We will follow the privacy practices described in this notice while it is in effect.*

Este aviso incluye ejemplos de la información que recopilamos y describe los tipos de usos y divulgaciones que podemos hacer. Los ejemplos son ilustrativos y no deben considerarse un inventario completo de nuestro manejo de la información. / *This notice includes examples of the information we collect and describes the types of uses and disclosures that we can do. The examples are illustrative and should not be considered a complete inventory of our information management.*

Nos reservamos el derecho de cambiar nuestras prácticas de privacidad y los términos de este aviso. Antes de realizar algún cambio significativo en nuestras prácticas de privacidad, enmendaremos este aviso y lo enviaremos a todos nuestros suscriptores activos a la fecha del cambio. / *We reserve the right to change our privacy practices and the terms of this notice. Before any significant change in our privacy practices, we will amend this notice and send it to all our active subscribers by the date of the change.*

Ayúdenos a prevenir el fraude de seguros / Help us prevent insurance fraud.

Favor de examinar detenidamente este informe y si encuentra algún cargo por un servicio que usted no recibió, por favor envíe una copia de su informe con sus comentarios a: servicioalcliente@ssspr.com o llame al Centro de Llamadas (787) 775-1352 (Metro), al 1-800-981-1352 libre de cargos veinticuatro (24) horas, los siete (7) días de la semana o al 1-855-295-4040 (TTY). La información incluida en este informe también se encuentra disponible a través de nuestro portal electrónico, www.sssvital.com. / *Please review this report carefully and if you find any charge for a service that you did not receive, please send a copy of your report with your comments to: servicioalcliente@ssspr.com or call our Call Center at (787) 775-1352 (Metro), 1-800-981-1352 toll-free, twenty-four (24) hours, seven (7) days a week or at 1-855-295-4040 (TTY). The information included in this report is also available through our website at www.sssvital.com.*

Para radicar una queja, querella o apelación debe incluir escrito o llamar al Centro de Llamadas, con no mayor de 90 días a partir de los hechos que motiven la misma, indicando el por qué de la determinación. Triple-S le contestará la querella en o antes de 90 días y la apelación en o antes de 45 días a partir del recibo de la misma. / *To file a complaint, grievance or appeal must include a written document or call the Call Center, with no more than 90 days from the facts behind it, indicating the reason of the determination. Triple-S will be answering the grievance on or before 90 days and the appeal on or before 45 days from receipt thereof.*

Deberá enviar su queja, querella o apelación a: Unidad de Querellas y Apelaciones, Triple-S Salud PO Box 363628 San Juan PR 00936-3628. También a través de correo electrónico: psgqa@ssspr.com. Por favor, refiérase a la Guía Uniforme del Asegurado del Plan de Salud del Gobierno para más detalles. / *Please send the complaint, grievance or appeal to: Grievances and Appeals Unit, Triple-S Salud PO Box 363628 San Juan PR 00936-3628. Also, through email: psgqa@ssspr.com. Please refer to the Government Health Plan Member Handbook for more information.*

Cualquier persona que a sabiendas, y con la intención de cometer fraude, proporcione información falsa en una solicitud de seguro o proporcione ayuda en la prestación o asista en el envío de una reclamación fraudulenta para el pago de un servicio o cualquier beneficio relacionado o presente múltiples reclamaciones por el mismo servicio o beneficio, incurrirá en prácticas fraudulentas que son castigables bajo las leyes federales o estatales que pueden causar la terminación de la póliza de seguro de salud. Con respecto a su plan de salud, Triple-S Salud proporciona servicios administrativos para el pago de reclamaciones solamente. / *Any person who, knowingly and with the intent to commit fraud, provides false information in an insurance application, or provides, helps or assists in the*



PSG_2083_19_035_S

J.P.A

CASO 26-CV-948-JDP

PSYC 1051 P ENGLISH AS A SEC LANGUAGE II
PSYC 3001 P LIT & COMM: POETRY & THEATER 3.00 D
GENERAL PSYCHOLOGY I 3.00 C
STATISTICAL METHODS I 3.00 C
CONTINUED ON NE...
SCIENCE, TECH & ENVIRONMENT
CRIMINAL JUSTICE SYSTEM IN ...
Acad Norm: Good Standing
SEMESTER AUG INT ...

**...ión de Beneficios / *Explanation of Benefits***

...de Servicio / *Service Period*: **4/1/2025 - 6/30/2025**
**...454 - IMSI-GUANCHA**
**...25496024**

Vital Salud en tus manos — Gobierno de Puerto Rico | ASES

Adjunto encontrará un reporte de los servicios y gastos generales incurridos entre las fechas de 4/1/2025 y 6/30/2025. **Esto no es una factura.** Si tiene alguna duda sobre este documento, puede comunicarse al 787-775-1352 (Metro) o libre de cargos al 1-800-981-1352. La información contenida en este documento también está disponible en nuestro portal: ***www.sssvital.com.***

*Please find attached a report of services and general expenses incurred between the dates of 4/1/2025 and 6/30/2025.* ***This is not a bill.*** *If you have any questions about this document, please call Customer Service at 787-775-1352 (Metro) or toll-free at 1-800-981-1352. The information included in this document is also available on our website:* ***www.sssvital.com.***

PEREZ ALBINO, JAMILETTE
HC 8 BOX 807
PONCE, PR 00731-9457

**RESUMEN DE COSTOS / *SUMMARY OF CHARGES***

| | |
|---|---|
| Total Facturado / *Total Billed* | $349.32 |
| Pagado por su Plan / *Paid by your Plan* | $349.32 |
| Pagado por Usted / Paid by You | $0.00 |

**Detalle de Reclamaciones para PEREZ ALBINO, JAMILETTE / *Claim Detail for PEREZ ALBINO, JAMILETTE***

| Fecha de Servicio *Service Date* | Fecha de Pago *Paid Date* | Proveedor *Provider* | Tipo de Servicio *Service Type* | Descripción del Servicio *Service Description* | Pagado por Usted *Paid by You* | Pagado por su Plan *Paid by your Plan* | Total *Total* |
|---|---|---|---|---|---|---|---|
| 10/12/2023 | 06/10/2025 | | 71045 | Radiologic examination, chest; single view | $0.00 | $9.15 | $9.15 |
| 10/12/2023 | 04/01/2025 | | 71045 | Radiologic examination chest; single view | $0.00 | $-9.15 | $-9.15 |
| 08/01/2024 | 05/30/2025 | Unknown | 3085F | SUICIDE RISK ASSESSED | $0.00 | $0.00 | $0.00 |
| 08/01/2024 | 05/30/2025 | Unknown | 90791 | psychiatric diagnostic evaluation | $0.00 | $-179.00 | $-179.00 |
| 08/01/2024 | 05/30/2025 | Unknown | 96127 | BEHAV ASSMT W/SCORE & DOCD/STAND INSTRUMENT | $0.00 | $-5.00 | $-5.00 |
| 03/03/2025 | 04/04/2025 | Unknown | 90832 | psychotherapy w/patient 30 minutes | $0.00 | $78.00 | $78.00 |
| 03/03/2025 | 04/04/2025 | Unknown | 3085F | SUICIDE RISK ASSESSED | $0.00 | $0.00 | $0.00 |
| 03/03/2025 | 05/09/2025 | Unknown | 90837 | psychotherapy w/patient 60 minutes | $0.00 | $121.00 | $121.00 |
| 03/11/2025 | 04/11/2025 | Unknown | 99213 | office outpatient visit 15 minutes | $0.00 | $92.00 | $92.00 |
| 03/12/2025 | 04/08/2025 | Cdt Isaias Rodriguez Lopez | 99214 | Office/outpatient visit, est | $0.00 | $97.00 | $97.00 |
| 03/12/2025 | 04/08/2025 | Cdt Isaias Rodriguez Lopez | 93000 | Electrocardiogram, complete | $0.00 | $14.63 | $14.63 |
| 03/12/2025 | 04/08/2025 | Cdt Isaias Rodriguez Lopez | J1100 | Dexamethasone sodium phos | $0.00 | $1.00 | $1.00 |
| 03/12/2025 | 04/08/2025 | Cdt Isaias Rodriguez Lopez | J1885 | Ketorolac tromethamine inj | $0.00 | $1.00 | $1.00 |
| 03/12/2025 | 04/08/2025 | Cdt Isaias Rodriguez Lopez | 96372 | Ther/proph/diag inj, sc/im | $0.00 | $14.29 | $14.29 |
| 03/12/2025 | 04/08/2025 | | 99214 | Office/outpatient visit, est | $0.00 | $-97.00 | $-97.00 |
| 03/12/2025 | 04/08/2025 | | 93000 | Electrocardiogram, complete | $0.00 | $-14.63 | $-14.63 |
| 03/12/2025 | 04/08/2025 | | J1100 | Dexamethasone sodium phos | $0.00 | $-1.00 | $-1.00 |
| 03/12/2025 | 04/08/2025 | | J1885 | Ketorolac tromethamine inj | $0.00 | $-1.00 | $-1.00 |
| 03/12/2025 | 04/08/2025 | | 96372 | Ther/proph/diag inj, sc/im | $0.00 | $-14.29 | $-14.29 |
| 04/28/2025 | 05/30/2025 | Unknown | 90837 | psychotherapy w/patient 60 minutes | $0.00 | $121.00 | $121.00 |
| 06/13/2025 | 06/24/2025 | Puerto Rico Medical Emergency | 99284 | Emergency dept visit | $0.00 | $121.32 | $121.32 |
| | | | | **Subtotal / *Subtotal*** | $0.00 | $349.32 | $349.32 |
| | | | | **Gran Total Para Este Periodo / *Grand Total For This Period*** | **$0.00** | **$349.32** | **$349.32** |

**ESTO NO ES UNA FACTURA. / *THIS IS NOT A BILL.***

**Aviso de prácticas de privacidad / *Notice of privacy practices***

Este aviso describe cómo su información de salud puede ser usada y divulgada y cómo usted puede obtener acceso al mismo. Revise este aviso con cuidado. La protección de su información personal, financiera y de salud es importante para nosotros. / *This notice describes how your health information may be used and disclosed and how you can get access to it. Review this notice carefully. The protection of your personal, financial and health information is important to us.*

Nuestra responsabilidad legal / *Our legal responsibility*

Triple-S Salud tiene el firme compromiso de mantener la confidencialidad de su información de salud. Este aviso le informa sobre nuestras prácticas de privacidad y sus derechos con respecto a su información de salud. Seguiremos las prácticas de privacidad descritas en este aviso mientras el mismo esté en vigor. / *Triple-S Salud has the firm commitment to maintaining the confidentiality of your health information. This notice informs you about our privacy practices and your rights regarding your health information. We will follow the privacy practices described in this notice while it is in effect.*

Este aviso incluye ejemplos de la información que recopilamos y describe los tipos de usos y divulgaciones que podemos hacer. Los ejemplos son ilustrativos y

GOBIERNO DE PUERTO RICO
Departamento del Trabajo y Recursos Humanos

Negociado de Seguridad de Empleo
División de Seguro por Desempleo

## AUTORIZACIÓN PARA DEPÓSITO DIRECTO

Para ser completado por el reclamante

Autorizo al Departamento del Trabajo y Recursos Humanos a depositar el pago de beneficios de Seguro por Desempleo en mi cuenta bancaria. Entiendo que la Institución Financiera se reserva el derecho a cancelar esta autorización en cualquier momento en que deje de cumplir con alguna de sus normas. Esta autorización continuará en efecto hasta tanto notifique la fecha de efectividad de la transacción. Los pagos serán transferidos electrónicamente a mi cuenta de ahorro o cheques después de haber reclamado los beneficios por teléfono o correo. Los pagos no serán transferidos durante los días feriados o fin de semana.

| | |
|---|---|
| Nombre del Reclamante: Jamilette Perez Albino | Número de Seguro Social: 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 |
| Nombre de la Institución Financiera: Banco Popular | Sucursal: |
| | Número de Ruta y Tránsito: 021502011 |
| Número de Cuenta Bancaria: 123-218-209 | Tipo de Cuenta: ☑ Corriente ☐ Ahorro |
| Correo Electrónico: Jpa919122@gmail.com | Núm. de Teléfono: 787-322-7612 |
| Firma del Reclamante: Jamilette Perez Albino | Fecha: 10 de noviembre 2025 |

La autorización no se procesará sin evidencia.

Como evidencia de mi cuenta de ahorro o cheque envío:

- Cheque Nulo ☐
- Hoja de Depósito ya utilizada ☐
- Estado de Cuenta ☑
- Certificación Institución Financiera ☐

Depto. del Trabajo y Recursos Humanos
Negociado de Seguridad y Empleo
Sector Playita
60 Calle Puerto Viejo
Ponce, PR 00716-8110

COMPLETAR Y DEVOLVER A:
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
DIVISIÓN DE SEGURO POR DESEMPLEO
P.O. BOX 190840
SAN JUAN, P.R. 00919-0840

**Para uso Oficina Local**

| |
|---|
| Firma del Supervisor o persona a cargo |
| Fecha: |

PDOL305-116/20-36

J.P.A

CASO 26-CV-948-JDP

GOBIERNO DE PUERTO RICO
**DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS**
NEGOCIADO DE SEGURIDAD DE EMPLEO
HATO REY, PUERTO RICO

**TRANSCRIPCION DE SALARIOS Y DETERMINACION MONETARIA**
REPORT ON WAGES AND MONETARY DETERMINATION

| SEGURO SOCIAL / SOCIAL SECURITY | NIP / NIP | OFICINA LOCAL / LOCAL OFFICE | FECHA DE EFECTIVIDAD / EFFECTIVE DATE | TIPO DE RECLAMACION / TYPE OF CLAIM | PROG. / PROG. | TIPO DE DETERMINACION / TYPE OF DETERMINATION | FECHA / DATE |
|---|---|---|---|---|---|---|---|
| ***-**-0517 | 251 H | 0002 | 11/02/25 | [X] REGULAR / REGULAR; [ ] ADICIONAL / ADITIONAL; [ ] EXTENDIDA / EXTENDED; [ ] OTRAS / OTHER | 01 | [X] ORIGINAL / ORIGINAL; [ ] REDETERMINACION / REDETERMINATION | 11/06/25 |

INFORME INMEDIATAMENTE A SU OFICINA LOCAL SOBRE ALGUN CAMBIO EN SU DIRECCION POSTAL
REPORT ANY CHANGE IN THE MAILING ADDRESS INMEDIATELY TO THE LOCAL OFFICE

0002
JAMILETTE PEREZ ALBINO
HC 01 BOX 9279
GUAYANILLA, PR 00656

AL DETERMINAR SU ELEGIBILIDAD PARA LOS BENEFICIOS REGULARES SE CONSIDERARON LOS SALARIOS EN SU PERIODO BASICO. EL PERIODO BASICO EN ESTA RECLAMACION CONSTA DE LOS CUATRO TRIMESTRES NATURALES COMPRENDIDOS ENTRE 07/01/24 Y 06/30/25.

WAGES IN YOUR BASE PERIOD WERE CONSIDERED TO DETERMINE YOUR ENTITLEMENT TO BENEFITS BASE PERIOD INCLUDES CALENDAR QUARTERS BETWEEN 07/01/24 AND 06/30/25.

**Esta notificación es una determinación monetaria relacionada al beneficio de Seguro por Desempleo. Si usted es un reclamante del Programa de Asistencia de Desempleo Pandémico o "Pandemic Unemployment Assistance" (PUA), recibirá otra notificación pertinente a ese programa.**
*Please note that this notice is only regarding Unemployment Insurance. If you have applied for Pandemic Unemplyment Assistance or PUA you will receive a further notice.*

**SE ACREDITARON LOS SIGUIENTES SALARIOS:**
WAGES CREDITED:

| PATRONOS / EMPLOYERS — NOMBRE / NAME | NUMERO / ACCOUNT NUMBER | SALARIOS POR TRIMESTRE / WAGES FOR QUARTER 3 - 24 | 4 - 24 | 1 - 25 | 2 - 25 |
|---|---|---|---|---|---|
| SECURITAS SECURITY SERVICES O | 341455000 | 0.00 | 0.00 | 0.00 | 32.25 |
| CARIBBEAN RESTAURANTS LLC | 020313000 | 0.00 | 0.00 | 1,594.19 | 0.00 |
| MARPOR CORPORATIION | 336983000 | 0.00 | 3,626.16 | 2,813.40 | 0.00 |
| PRIME JANITORIAL METRO HEALTH | 357069000 | 0.00 | 0.00 | 0.00 | 3,310.13 |
| FOT INVESTMENTS LLC | 386663000 | 0.00 | 0.00 | 405.29 | 0.00 |
| TOTALES POR TRIMESTRE / TOTAL FOR QUARTER | | 0.00 | 3,626.16 | 4,812.88 | 3,342.38 |
| TOTAL ANUAL / TOTAL FOR THE YEAR | | | | | 11,781.42 |

**SU SOLICITUD PARA BENEFICIOS SE DETERMINA:**
OUR CLAIM IS DETERMINED AS FOLLOWS:

[X] ELEGIBLE / ELIGIBLE

| BENEFICIO SEMANAL / WEEKLY BENEFIT | BENEFICIO ANUAL | AÑO DE BENEFICIO / BENEFIT YEAR — EMPIEZA EN / BEGINS | TERMINA EN / ENDS |
|---|---|---|---|
| 238.00 | 6,188.00 | 11/02/25 | 10/31/26 |

ESTE ES EL PERIODO DE 52 SEMANAS QUE SE LE ESTABLECE PARA RECLAMAR LOS BENEFICIOS REGULARES ASIGNADOS.
THIS IS THE 52 WEEKS PERIOD ESTABLISHED FOR CLAIMING BENEFITS GRANTED

EL BENEFICIO SEMANAL ESTA BASADO EN:
WEEKLY BENEFIT AMOUNT IS BASED ON:

[X] EL TRIMESTRE DE MAYOR INGRESO / HIGHEST QUARTER EARNINGS
[ ] LOS SALARIOS ANUALES / BASE PERIOD EARNING
[ ] SALARIOS EN UN SOLO TRIMESTRE / WAGES IN ONLY ONE QUARTER
[ ] INGRESOS MENORES DE $280. EN RECLAMACION NO-AGRICOLA O DE $400. EN RECLAMACION AGRICOLA. / ANNUAL WAGES BELOW $280. FOR NON AGRICULTURAL WORKER OR BELOW $400. FOR AN AGRICULTURAL CLAIM
[ ] OTRAS RAZONES / OTHER REASONS

[ ] INELEGIBLE / INELIGIBLE

[ ] SIN SALARIOS EN EL PERIODO BASICO/ALTERNO / NO WAGES IN BASE PERIOD
[ ] INGRESOS TRIMESTRALES MENORES DE $75. / QUARTERLY WAGES LESS THAN $75.
[ ] SERVICIO PRESTADO NO SE CONSIDERA EMPLEO SEGUN ESTE TERMINO. / SERVICE NOT DEEMED EMPLOYMENT UNDER THE PUERTO RICO EMPLOYMENT SECURITY ACT

EXPLICACION DE LA DETERMINACION:

**DERECHO DE SOLICITUD DE RECONSIDERACION O DE APELACION** - Si usted no está de acuerdo con esta determinación, sirvase consultar con un representante de su Oficina Local. Usted puede radicar una solicitud de reconsideración de la determinación o radicar una apelación dentro de los 15 días a partir de la fecha en que se le envió por correo esta determinación.
RIGHT TO REQUEST RECONSIDERATION OR APPEAL - If you do not agree with this determination. Please visit the Local [illegible] ...sideration request or appeal shall be filled in the local office within the 15 days following the date this determination was mailed

EL ULTIMO DIA PARA APELAR ES:
RECONSIDERATION OR APPEAL PERIOD ENDS ON: 11/21/25

FDOL305-1[illegible] 11/5/25 38

DOL305 28Jun2019

This document is from the Department of Labor where it clearly says the amount of the benefit of 6,188 where it would be divided into 288 per week which they failed to comply with only since they took it away from me in the month of May without giving me the amount that the document notifies. Stealing the citizen's money and leaving me stranded in the country since I applied for a job and they did not want to give me the job.

Failed IV : Laboratory biological safe failure, category A

Given the security failures in my case, I am reiterating my concern regarding other security issues that citizens worldwide need, where all the embassies of major nations have exposed their citizens. It is intolerable to know the security expenditures you allocate to yourselves when biological catastrophes are occurring in states, such as research laboratories where the required oversight and security are lacking, causing a chaos of deadly diseases. In Puerto Rico, there have been three fire incidents in different laboratories. I requested an investigation team, but they denied me immediate action, arguing that it required funding and authorization—a process that shouldn't have to wait. Traveling the world, I seek further investigations, and it seems there are Human extinction threat due to the many cases of large research laboratories engulfed in flames and lacking the necessary monitoring protocols, the most important being NASA's laboratory. The consequences are...

A catastrophic scenario caused by the mutation of a microorganism (virus or bacteria) with high transmissibility and lethality could, theoretically, cause a

global collapse within weeks to a few months. The speed will depend on its mutation rate, ability to hide, and mode of transmission.

Key Factors in a Global Destruction Scenario:

- Speed of Evolution: RNA viruses can mutate and evolve in a matter of days. A virus could develop mechanisms to evade the immune system or increase its contagiousness in a very short time.

- "The Perfect Virus": A pathogen that combines a long incubation period (without symptoms) with high contagiousness and extremely high mortality (close to 100%) could spread worldwide before being detected.

- Biological Limitations: Although a virus could kill most of the population quickly, most pathogens die if their host dies too quickly, often limiting their capacity for total destruction.

Although mutations occur constantly, the conditions for total civilizational destruction require a rare combination of high virulence and low early detection.

With this simple echo, he requests that all of civilization be provided with a dignified life and essential needs such as food, light, water, and global freedom by eliminating borders. The world needs stability in these essential needs. If there is stability in these essential needs, crime will decrease, and the complexity of survival methods will be reflected in this. Borders do not define anything in this world; it has already been seen that good and evil exist, but we

must look at the root of history. The only thing that should be given borders is hunting animals, granting them freedom and space. A country cannot be judged by its own constitutional regulations. Because ultimately, good and evil will always exist, but they can be regulated through emotional, economic, and social stability, as well as essential resources. We are already developed the machinery to reward slavery.

Failed: V illegal appropriation, administrative violation of governmentThe government does not maintain a security system for property (homes) where registration is not encouraged through data and
Official documents show that through illegal actions, a house with heirs was transferred to one of them without authorization, and I am reporting that for the second time, the same government and the same family are attacking my economic well-being and emotional stability. I have evidence that I can obtain. In Puerto Rico, these documents are made by lawyers who, in the initial lawsuit, denounce some of their actions. The person who committed this crime, Janne M. Pérez Albino, violated the law against illegal appropriation. The Treasury and CRIM agencies are involved in the process, and both should have their administrative processes in accordance with regulations, which they failed to do. I am an heir. The owner, Aurelio Pérez Rosario (Sr.), who died in 2013, which is classified as another government security failure. 2020 sale.

With all due respect to the laws, the government does not protect the rights of even its legal employees. People are forced to hide the truth. Forced to break the

law for their livelihood. Due to the lack of constitutional and governmental legality.

J.P.A

CASO 26-CV-948-JDP

Modelo SC6136
[illegible]

**CERTIFICADO DE CANCELACION DE GRAVAMEN CONTRIBUTIVO**
(RELEVO DE HERENCIA)

**********************SNGLP 006
SRA MYRIAM ALBINO
HC 1 BOX 9279
GUAYANILLA PR 00656-9415

Fecha de Notificación: 25 nov 2015
Núm. de Notificación: 0611200151125
Núm. de Serie: 1575432700021
Importe Pagado: EXENTA
Fecha de Pago:

Nombre del Causante: PEREZ ROSARIO AURELIO
Núm. de Cuenta del Causante: 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 / 000
Fecha de Fallecimiento: 29 oct 2013

Estimado Contribuyente:

En virtud de la facultad conferida al Secretario de Hacienda bajo las Secciones 2054.02 y 2055.06 de la Ley Núm. 1 de 31 de enero de 2011, conocida como Código de Rentas Internas para un Nuevo Puerto Rico (Código), se emite este **Certificado de Cancelación de Gravamen Contributivo** impuesto por la Sección 2054.01 del Código, respecto a los bienes que se enumeran en los anejos cuyas fotocopias se acompañan con el sello a relieve del Departamento de Hacienda.

Cualquier inserción o alteración a estos documentos anula la emisión de este Certificado para todos los efectos.

Cordialmente,

Secretario Auxiliar
Área de Rentas Internas

Anejos: Bienes y Valores del Caudal Relicto

J.P.A

CASO 26-CV-948-JDP

Caudal Relicto

# DETALLE DE OTROS BIENES

Pág. 5 de 5

1575433?-21

Nombre del Causante: Aurelio Perez Rosario

Número de Seguro Social: 578 13 6102 18 317

| Partida Núm. | Descripción de la Propiedad - (Véanse instrucciones) | Privativo (P) o Ganancial (G) (1) | Opción Alternativa de Valoración | Valor en el Mercado: Del total de la propiedad (2) | Valor en el Mercado: De la participación del causante (3) |
|---|---|---|---|---|---|
| 1 | Parcela marcada con el # 236 Bo. Quebradas de Guayanilla Cabida de 413.02 m/c. Colinda por el Norte con calle # 2 Sur: Parcela 243 Este: Parcela 237 Oeste: Parcela 235 Enclava una casa dedicada a vivienda. Inscrita al folio 153, Tomo 123 de Guayanilla, finca 4252 | 362-042-211-05-000 | | $80,000 | $40,000 — |

J.P.A

CASO 26-CV-948-JDP



Jamilette Perez Albino
Vs
Banco Popular
Rodriguez Fernandez Law Office, Llc
deparatamento de transportacion
cesco

Caso: GY2026CV00062

For damages, fraud c, collection of money

Urgent demand

Jamilette Pérez Albino, s.s xxx- xx- 0517 appears in her own right and very respectfully alleges and requests.

By this means I give knowledge and allege my rights before the actions that this agency sustains towards me which have affected me both credit-wise and morally and psychologically. In the processes of handling purchase and sale by the agencies. Where sworn statements were given on my behalf about the events of the alleged debt of a vehicle that I do not have and that the processes of canceling reimbursement in the Banco Popular were made. The vehicle had brake defects which at the time I did everything that corresponded and due to the bad personal who ignored my claims did not enter into force of negotiation with my person. Banco Popular never charged me anything which I give and provide evidence where clearly a credit report of Trans Union made for the date of June 2, 2023 at 2:12pm where it clearly says all my debts. And the claim they make to me for it comes out in 0 debt as you can see in the evidence of report indicates from the year 2017 to 2023.Where the car loan comes out in 0.For March 10 due to the situation of being able to renew tag which due to the circumstances have put obstacles in my way, I asked Banco Popular for the type of negotiation that was made of portfolio sale as They call you to sell the account. The legal action of the sale by which, like any agency, it has to have a record and more if it contains personal and delicate information such as an identity such as a social security number. Mr. Luis Ortiz writes me a letter in which it will be presented as annex c. Where it indicates my request for evidence of translation on the sale of the portfolio where his loan was located and sale of the sale of collection agency. In attachment (d) dated February 12 they give me a letter where they do not explain the sale process or the documentation that is made, only a letter of notification of the information of the collection agency of Rodríguez Fernández law Office where the irregularities of evidence are clearly seen, which at no time

authorized. And the processes of removing information were not noticed. In the process of requesting a way to make payments on the alleged debt I go to the cesco agency where they put a lien where it is understood that they applied it illegally since the vehicle is my property and I hold the title of ownership. They advise me that I need the Document of payment action, vehicle license and letter from the collection agency. I continue to the ligencies where I address the office to do el payment plan where I make a payment of $1500 dollars paying the amount of 5,968 dollars for which payments of $150 dollars will be made until the debt is paid where it says that it will be paid on the 19th. The document will be as annex (D) when I ask for a payment option they only give me an address via postal to make transfers. I ask them to pay for ath to an account, they tell me that they do not have an account and they give me a document where they request all the information of the visa where it is illegal to request it for them to withdraw the money so that anywhere they only ask you for route and account. I asked him if they had a route and account to make payments and they told me no.

By which . The collection agency imposes interest and clauses that are not in the initial contract. And they are denying me the documents to obtain the vehicle's tag. Which I request and need it emergingly.

2. They violate the average interest rate according to the amount of money and the time where it is charged monthly or annually and not daily 9.9% as they want to establish

3.La collection agency violates the option of payment methods where they only gave me an address to do them only in the form of money orders I asked for another payment option and they gave me a document that violates the security of payments of the client where they request all the information of a visa card including the 3 security numbers of the same where federal laws fall which I will be mentioning below.

The law applies to an illegal act of requesting complete information from a visa card in order to withdraw money from it.

The act of obtaining complete information from a Visa card to withdraw money without authorization constitutes a federal and local crime of fraud, identity theft, and fraudulent handling of access devices. Laws such as

18 U.S.C. § 1029 (credit card fraud) and the Penal Code (fraud and unlawful appropriation).

Key details on applicable law:

1. Federal Fraud (18 U.S.C. § 1029): This federal law penalizes the unauthorized use, production, or trafficking of access devices, including credit/debit cards, with

penalties that can involve imprisonment of up to 10-20 years and fines of up to a $250,000 fine

Penal Code (Credit Card Fraud): Defines the intentional use of stolen, counterfeit, or altered cards to commit fraud. Engaging in the unauthorized use of information to withdraw funds is considered a serious crime, frequently known as identity theft.

1. Financial Exploitation Law (e.g. Law 146-2012 in PR): If the victim is an elderly person or with disabilities, financial exploitation laws apply, qualifying the act as a serious or less serious crime depending on the amount.

1. Use of Skimmers or Devices: The law prohibits the use of devices to "scan" or copy the information from the magnetic tape or chip without authorization.

Recommended actions:

1. Report the fraud immediately to the financial institution to freeze the card.
2. File a complaint with the local police.
3. Report identity theft to federal agencies if applicable

Law No. 237 of 2010

---

(P. de la C. 2167); 2010, Law 237 (Conference)

To amend Article 14, Article 216, Article 225, Article 235 and add an Article 235-A to Act No. 149 of 2004: Criminal Code of the Commonwealth of Puerto Rico

Law No. 237 of December 30, 2010

To amend Articles 14, 216, 225, 235 and add an Article 235-A to Act No. 149 of 18 June 2004, as amended, known as the "Criminal Code of the Commonwealth of Puerto Rico", to establish the definitions of "scanning apparatus" as subsection (c), "coder" as subsection (i) and to redesignate the

> remaining subparagraphs so that they are organized in corresponding alphabetical order; to classify as a third-degree felony the illegal appropriation of identity and the illegal use of credit or debit cards; to make possession of a scanning device or encoder a fourth-degree felony; and that classifies the use of a scanning device or an encoder as a third-degree felony.

Creating fake accounts or using someone else's identity to generate debt is a serious crime of identity theft and fraud, with severe prison sentences and financial fines. Such actions can include sentences of three months to one year in prison or fines of six to twelve months.

Legal and Safety Consequences:

1. Identity Crime: Using third-party data to open bank or credit accounts is a criminal offense, known as identity theft.
2. Prison Sentences: The creation of fake accounts (on social networks or financial institutions) to harm third parties carries prison sentences.
3. Attachments: If the debts generate a judicial process, precautionary measures such as the seizure of assets or accounts can be issued.
4. Harassment Crimes: Often, these practices are associated with harassment and humiliation crimes.

Recommendation:

Creating fraudulent accounts is an illegal activity. To manage debt situations, it is recommended to use legal methods such as debt consolidation or budgeting, not identity theft.

In Puerto Rico, the

Law 42-2015 and its amendments require that all businesses offer at least two payment alternatives, one of them being electronic (credit/debit card). This rule, supervised by DACO, prohibits surcharges for the use of cards and requires the visible display of the accepted methods.

Key aspects of payment method laws:

1. **Obligatory:** Every commercial establishment must offer at least two (2) payment alternatives.

2. **Common alternatives:** Cash, check, credit cards, debit cards, money orders, or wire transfer.

3. **Electronic means:** At least one of the alternatives must be by credit or debit card.

4. **Prohibition of Extra Charges:** It is not allowed to impose an additional charge or "*surcharge*" for paying by credit/debit card instead of cash.

5. **Visible Sign:** Businesses must place a visible sign with the available payment options.

1. **Government of Puerto Rico** Microenterprises and small entrepreneurs with a turnover of less than $50,000 per year may be exempt from certain provisions.

Collection Options and Legal Actions:

1. **Collection Agencies:** They must be licensed by the Government of Puerto Rico and renewed annually.

2. Money Collection (Rule 60): Fast track for debts of $15,000 or less in the Magistrate Court.

3. **Statute of limitations:** Personal actions for the collection of money prescribe after 4 years, according to

Fraud in Puerto Rico is primarily regulated by the Penal Code (33 LPRA § 5272), which imposes penalties of imprisonment (usually 3-8 years, varying depending on severity) and mandatory restitution for deception for improper gain. The laws cover construction fraud, telecommunications, false documents and telemarketing.

Key Points of Fraud under the Laws of Puerto Rico (LPRA):

General Definition (33 LPRA § 5272): A fraud is committed by anyone who, with the intent to deceive or take advantage of another's error, obtains an unlawful gain or causes harm.

Computer Fraud (33 LPRA § 5273): Punishable by imprisonment, applies when computer manipulation is used to transfer property without consent.

Telemarketing Fraud (Law 210-2003): Regulates and prohibits deception in telephone sales, requiring identification of the purpose of the call and total costs.

Forgery of Documents (33 LPRA § 5231): Penalizes the use of false documents, licenses, or diplomas to defraud.

Construction Fraud (Law 167-2025): Classifies fraud in "cost plus" contracts as a crime, demanding double compensation for the money received.

Protection of Older Adults (Law 121-2019 as amended): The Bureau of Special Investigations (NIE) has the authority to investigate the financial exploitation of this population.

General Penalties:

Natural Persons: Prison sentence (varies according to the article, often between 3 and 10 years in serious cases.

Legal Entities: Fines that can reach up to $30,000.

Restitution: Obligation to return the value of the defrauded, sometimes at three times the amount

Law on Fraud, Capacity, Temporary Suspension, Purchase of Thing

Litigation and the Illegal Practice in the Practice of Law in Puerto Rico

Act of 11 March 1909, as amended

(Contains amendments incorporated by the following laws:

Law No. 17 of March 10, 1910

Law No. 9 of August 8, 1974

Law No. 46 of 22 June 1975)

The Legislative Assembly of Puerto Rico hereby decrees:

Sections 1 - 7 . — Repealed. [Law 46 of June 22, 1975, Art. 2] (4 L.P.R.A. § 727 a 733))

Section 8. — (4 L.P.R.A. § 734)

Any fraudulent act or manifestation made by the applicant in connection with his or her

application or by whoever recommends it, shall be sufficient cause for the revocation of his license by the

Supreme Court of Puerto Rico.

Section 9. — (4 L.P.R.A. § 735)

An attorney who is guilty of deception, malpractice, felony

(felony) or misdemeanor, in connection with the exercise of his profession or which

is guilty of any crime involving moral turpitude, may be suspended or

removed from his profession by the Supreme Court of Puerto Rico. The person who, being a lawyer,

is convicted of a felony committed in connection with the practice of his profession or who

implies moral turpitude, he shall cease to be a lawyer or to be competent to

the practice of their profession. On presentation of a certified copy of the judgment rendered on the

Supreme Court, the name of the convicted person shall be deleted, by order of the Court, from the

Register of lawyers. Upon the revocation of that judgment, or through the pardon of the President of the

United States or the Governor of Puerto Rico, the Supreme Court shall have the power to dismiss the

without effect or modify the suspension order.

Section 10. — (4 L.P.R.A. § 736)

A lawyer who, in the practice of his profession, is guilty of any deception or collusion,

or who consents to any deception or collusion with the intent to deceive the court or a party,

pay the party harmed by the deception or collusion, three (3) times the amount of damages, and

damages, being able to be suspended from the exercise of the profession or dismissed from office by order

of the Supreme Court. The party harmed by the fraud or collusion, or any other person,

may file in the Supreme Court of Puerto Rico, without payment of fees of any kind,

Law on Fraud, Immunity, Temporary Suspension, and Illegal Practice in the Practice of Law in Puerto Rico

[Act of 11 March 1909, as amended]

Rev. April 15, 2024 www.ogp.pr.gov Page 2 of 4

a complaint against the lawyer guilty of such fraud or collusion, asking that it be suspended

in the exercise of the profession or that he be removed from office.

Section 11. — (4 L.P.R.A. § 737)

The attorney, or any other person, shall not purchase, directly or indirectly, or be in

Any way interested in buying a bond, promissory note, bill of exchange, account or any other form

litigious thing, with the intention and with the purpose of bringing a lawsuit about it; but this provision

shall not prohibit the receipt of those rights, in payment for property sold, or for services actually

borrowed, or by a debt contracted previously. Anyone who violates the

provisions of this section shall be guilty of a misdemeanor, and if the person is an attorney,

he will be removed from office by the Supreme Court; It is provided, however, that none of the

contained in this section shall be construed as affecting or preventing the assignment in good faith

of litigious things.

No attorney shall charge fees of a contingent nature in actions for damages and

damages an amount that, in any way, exceeds twenty-five percent (25%) of the

Final product of the judgment, settlement or agreement if the client is a minor or incapacitated

or thirty-three percent (33%) of the final proceeds of the judgment, settlement, or

agreement if it is any other client. Notwithstanding the foregoing, when

clients who are minors or mentally incapacitated, the court may authorize the

collection of contingent fees up to thirty-three percent (33%) of the final product of the

judgment, settlement or agreement if the lawyer so requests and presents justification for it.

Any contract or agreement entered into for the purpose of evading the prohibition of the preceding paragraph shall be

null and void and shall have no value.

The courts shall ensure strict compliance with the provisions and infringement of this

provision shall be cause for disciplinary action of the lawyer by the Supreme Court of Puerto Rico.

Rich.

Section 12. — (4 L.P.R.A. § 737)

Whenever a complaint is filed against an attorney for misconduct in his or her profession or for

any other cause for which the person or persons may be suspended or removed from office

who make such a complaint shall submit it to the Supreme Court of Puerto Rico in a signed and signed writing.

jury by the complainant, clearly stating the subject matter of the complaint.

Before a lawyer is dismissed or suspended, the Supreme Court will cause him or her to be notified

with a copy of the charges against him, either personally or by leaving such a copy in

your law firm during office hours, with proper direction, giving you the opportunity to be

heard in self-defense, either personally or through a lawyer.

The Supreme Court shall give notice for not less than ten (10) days of the day and place on which the

shall convene said Tribunal for the consideration of said charges, which notice shall be notified to the attorney

against whom the complaint is directed; and said lawyer may present a written answer or defense,

at least two (2) days before the time set for the trial on such charges.

Law on Fraud, Immunity, Temporary Suspension, and Illegal Practice in the Practice of Law in Puerto Rico

[Act of 11 March 1909, as amended]

Rev. April 15, 2024 www.ogp.pr.gov Page 3 of 4

Section 13. — (4 L.P.R.A. § 738)

It shall be the duty of the Secretary of Justice of Puerto Rico or any prosecutor he designates,

sustain the accusation in all cases for the removal or suspension of lawyers as follows:

expressed.

Sección 14. — (4 L.P.R.A. § 739)

If, after due consideration of the evidence presented by both parties, the Tribunal

Supreme Court concludes that the complaint, or any substantial part thereof, is true,

shall issue an order for the removal or suspension of the defendant, depending on the seriousness of the

charges and further order that the offender's name be removed from the register of attorneys.

The Supreme Court at any time after pronouncing in these proceedings a

decision suspending or perpetually depriving the exercise of the profession

An attorney may, at his discretion, by his or her own determination, or at the request of counsel that

whether it is a question of reducing the time of suspension or remitting the entire sentence imposed.

Section 15. — Any law or part of a law that is contrary to the present is hereby repealed.

Section 16. — This law shall enter into force from the date of its approval.

I hereby communicate respectfully and urgently since the case presented has to do with a decision making that violates, Law 22-2000 of Vehicles and Traffic of Puerto Rico cannot be used as a debt collection signature. However, payment plans established by Act 22-2000 and its amendments, such as Act 52-2025, are a method of paying off traffic ticket debts. Law 22-2000 establishes that drivers must pay their fines, and Law 52-2025 introduces the possibility of splitting these payments to facilitate compliance, with requirements such as a down payment and payment plans of up to 8 or 48 months, depending on the debt.

Payment plan and debt collection

- Payment of fines: Law 22-2000 requires the payment of traffic fines.
- Payment plans: Law 52-2025 allows drivers with fine debts to take advantage of payment plans, including to renew the driver's license and vehicle permits.
- Requirements: The law states that payment plans require a down payment and approval of installments by the Department of Revenue.
- Incentives: Amendments to Law 22-2000 have introduced incentives for the payment of fines, such as discounts on the total amount of debts.
- Non-compliance: Failure to comply with a payment plan can result in the revocation of the vehicle's license and the prohibition of its use on public roads.

The law of illegal appropriation in Puerto Rico is mainly found in the

Puerto Rico Penal Code of 2012 (Article 181) and typifies the crime of seizing someone else's movable property for profit. The penalties vary according to the value of the good, the type of object apropiado y las circunstancias agravantes o atenuantes. También existen leyes específicas for cases such as the appropriation of vehicles, which establish fixed sentences of three years for values between

$500 and $10,000, if no other penalties apply.

Legal definition

- It is defined as the act of seizing a movable thing of another, with the purpose of obtaining advantage for oneself or for another.
- Includes embezzling, defrauding, using or subscribing to property without the owner's consent.

Penalties and aggravating circumstances

- The penalty varies according to the value of the property:

o For example, if the value of the good is between

$500 and $10,000, the penalty is three years of fixed imprisonment.

- There are harsher penalties for aggravating circumstances, such as the appropriation of a firearm or ammunition, which can result in a fixed sentence of ten years.

- If there are aggravating circumstances, the fixed penalty can be increased to a maximum of twenty years.

- If there are mitigating circumstances, the sentence may be reduced to a minimum of five years.

- In the case of appropriation of more than one firearm or if the perpetrator is a repeat offender, the penalty may be doubled.

- The court may also order restitution, i.e., payment to the landlord for the value of the appropriated.

Common Examples

- Vehicle Appropriation: It is considered illegal appropriation if a vehicle is seized without consent, if fraud is used to obtain it (such as by renting it and not returning it), or if it is concealed after failing to pay financing.

- Appropriation of identity: It is punishable by eight years of fixed imprisonment for appropriating a means of identification to commit illegal acts, according to the . Federal Law to Prevent and Eliminate Discrimination.

In this lawsuit, the attachments of the credit report, letters and evidence requesting evidence of portfolio from the bank and the types of negotiation of Banco Popular will be provided, which holds annex A, B, C and evidence of the way to pay at the collection agency where they give me a document to register my card in them illegally. Letter of the regulations until the account is settled.

I ask the honorable to submit all constitutional and federal frameworks and rights, criminal, Lay LPRA and all laws that may coexist. In addition to those already known and indicated.

I request the honorable court to uphold the lawsuit since I sustain the evidence as any creditor to demand and defend human rights towards the well-being of our future which has harmed me work, mentally, psychologically. which implies a penalty. Which I request the payment of all your monetary assets and real estate that you can hold in your name and that they be frozen immediately and which in the registry of bank assets of Banco Popular, where this amount doubles every year in your funds for damages, fraud and that they pay me and deliver all documentation of your assets and transfer them to my name. I request all of your account records which you can obtain assets. Both for Banco Popular and for the collection agency and cesco. And that rule 60 of seizure of all his assets be applied urgently. In order to count the damages for his fraudulent actions.

Jamilette Pérez Albino

7873227612

jamiletteperezalbino@gmail.com

Respectfully submitted in Ponce, Puerto Rico, Sabana Grande, on _marzo _de 1, 2026

Note: In my personal cases, the following agencies of the government of Puerto Rico are involved: Department of Justice, Department of Treasury, Department of Health, Department of Police, Department of Highway Transportation and Transit, Department of Unemployment, Department of Puerto Rico Law School, Banco Popular Banking Agency.

J.P.A

CASO 26-CV-948-JDP

3:46

Demanda Banco Popular.pdf - Solo lectura

| | |
|---|---|
| Jamilette Perez Albino<br>Vs<br>Banco Popular<br>Rodriguez Fernandez Law Office, Llc<br>deparatamento de transportacion cesco | Caso num: Gy2026CV00062<br><br>Caso Por daños y perjuicios, fraude, cobro de dinero embargo<br><br>Demanda Urgente |

Contestación de Petición de moción de Demanda

Comparece Jamilette Pérez Albino, por propio derecho y muy respetuosamente alega y solicita.

Ante la petición al respetuoso Tribunal y sistema Jurídico de Puerto Rico solicito que ante la demanda presentada ante a los predios sostengo que la medidas sean cautelares ante la inversión de la carga de prueba a atribuyen información crediticia y con base Federal la cual Solicito al magisterio que caiga el peso a toda formación **FDIC** por negligencia Bancarias de parte de Banco Popular, la cual implica acciones ilegales bajo información. Donde su normativas es de garantizar. Donde se aneja en evidencia donde todo ciudadano que tenga cantidad depositada en cuentas del Banco Popular están cubiertas de seguro esto aplica a todos los Bancos clasificados **FDIC** .

Conocida Federal De**posi**t Insurance la cual cumple con el Banco central de los EE.UU la cual solicito el embargo absolutos de todos sus bienes esto se categoriza por institución **FDIC** que sostiene garantía y nombre de Propietario de todo los Bancos Popular Bank , Banco Santander e acciones e infinita potestad de propiedades clasificadas **FDIC**. Por derecho de Ley y cubierta que están hechas para protección , la cual hay incumplimientos. Y aplica Propiedad fuera de los régimen de Puerto Rico abriendo posesión propiedad de todos los Estados Unidos.

La agencias mencionadas fueron emplazadas bajos los protocolos que impone un Tribunal y las normativas de ley se deben de cumplir la cual se le solicito evidencia de cartera y de tasaciones la cual por ley reglamentaria deben de tener registro y presentar evidencia. Acción que las agencias no presentaron en su debido tiempo. Acciones negligentes ante los Predios Judiciales. Los Predios judicial son para aclarar y reclamar y rogar el derecho con prueba admisible

Ultimando los protocolos Judiciales, ante una moción de cobro antes de una resolución o sentencia de embargo. Se registro él 29 de junio 2026 descuentos en mi estatus bancario , la peticiones en Tribunal antes las partes de Rodriguez Fernandez Law Office LLc era en relación de embargar a mi vehículo la cual tomaron acción de Posesión en la agencia del Crim abstrayéndome el uso. Bajo un detainer vehicular, las acciones de cobro fuero posesionadas y no bajo una acción de cuenta liquida como dan mención. Cuenta liquida que no esta registrada en documentación de transacción crediticia. Solicito devolución de cada acción

Garantías de **FDIC** establecen la claridad absoluta des las cuentas financiera donde se aneja documentación necesaria para sostener el conocimiento y derechos y áreas contacto.

Ante lo mencionado se anejan documentos de como funciona el seguro de deposito de la **FDIC** 6 paginas, preguntas y respuestas relacionadas con la norma final de la parte 328 de la **FDIC** carta financiera 27 paginas, aviso de reglamentación final sobre letrero oficiales de la **FDIC**,

J.P.A

CASO 26-CV-948-JDP

3:46

Demanda Banco Popular.pdf - Solo lectura

publicidad de membresía, publicidad engañosas, tergivencion del estado de asegurado y uso indebido del nombre logotipo de la FDIC leyes y reglamentos. La pagina están registradas en la pagina oficial de la FDIC. Total de 25 pagina la moción de contestación.

Ante la demanda presentada se había presentado la evidencia crediticia de la agencia Trans Unión. Añadiendo en esta moción documentación informática de reglamentos y ley.

Las principales agencias de Reporte Crediticio son: Equifax, Experian, Trans Unión.

Se solicita:

**Ratificar y enviar al email** moción y sentencia de todos los bienes bancarios clasificados FDIC estas negligencias deben de sostener una fuerza bajo registro y trazacion de los bienes al nombre de Jamilette Pérez Albino solicitó a lugar mi petición y respeto al ciudadano trabajador.

Jamilette Pérez Albino

Jamiletteperezalbino@gmail.com

787-322-7612

Hc 01 7525 Guayanilla Puerto Rico 00656

J.P.A

CASO 26-CV-948-JDP



TransUnion

TransUnion Credit Report

Requested By: Tara McKaskle
Property: The Rockwell
Date/Time: 2/6/2023 2:12 PM (Central)

Applicant Information Submitted

Name: Jamilette Perez
Date of Birth: XX/XX/1991
SSN: XXX-XX-6789
Address: 444 Primrose Lane
Madison, WI 53713

## Jamilette Perez

SSN Message: SSN does not match SSN on file – please verify SSN

**AKA**

Jamilette Perez

**Addresses**

| Current Address | Current Address | Current Address | Phone |
|---|---|---|---|
| 0 Hc 1 Box 9279<br>Guayanilla PR 00656<br>Reported: 11/13 | 0 237 Calle Berrios<br>Guayanilla PR 00656<br>Reported: 11/17 | 0 Calle Del Rio<br>Guayanilla PR 00656 | 787-835-8731 (Phone) |

Address Discrepancy: **The provided address does not match those in the consumers file.**

**Employment**

Rental Property

Dep Correccion

### Fraud Indicators

Description

Current address mismatch - Input does not match file.

SSN mismatch - input does not match file

### Profile Summary

**Record Counts**

Tradelines: 12 Collections: 2 Public Records: 0 Inquiries: 3

**Derogatory Items**

Negative Tradelines: 3 | Tradelines with any historical negatives: 2 | Occurrence of any historical negatives: 9

**Tradeline Summary**

| | Count | High Credit | Credit Limit | Balance | Past Due | Payment | Available |
|---|---|---|---|---|---|---|---|
| Revolving | 3 | N/A | N/A | N/A | N/A | N/A | N/A |
| Installment | 7 | $39,311 | $0 | $14,060 | $0 | $559 | N/A |
| Mortgage | 0 | N/A | N/A | N/A | N/A | N/A | N/A |
| Open | 2 | $38 | $0 | $0 | $0 | $0 | 100% |
| Closed w Bal | - | N/A | N/A | $3,274 | $1,589 | $93 | N/A |
| Total | 12 | $39,349 | $0 | $17,334 | $1,589 | $652 | N/A |

### Credit Scores

| ResidentScore 4.0 | Score Factors |
|---|---|
| 542 | Too few accounts recently updated |
| | Too many inquiries |
| | Too many different phone numbers reported |
| | Insufficient payment activity |

### Tradelines

**Tradelines Total**

Count Balance Total

**Confidential**

J.P.A

CASO 26-CV-948-JDP



| | | | |
|---|---|---|---|
| 12 | $17,334 | Total Credit Limit $3,050 | Total Past Due $1,589 |

**Trades**

## CLARO

Industry: Utilities and Fuel
Loan Type: Telecommunications/Cellular
Loan Terms: Open
Account Type: Individual account
Opened: 09/18
Verified: 01/23
Closed: 01/20
Paid:
Balance: $471
Past Due: $471
Credit Limit: N/A
Payment Amount: N/A

Status: 09: Charged off as Bad Debt
Remarks: Profit and loss writeoff
Notes: Automated account

Payment History
No payment history reported

## BP-AUTO

Industry: Banks
Loan Type: Automobile
Loan Terms: Installment 084 Monthly
Account Type: Individual account
Opened: 11/17
Verified: 03/18
Closed: 03/18
Paid:
Balance: $0
Past Due: $0
Credit Limit: N/A
Payment Amount: N/A

Status: 09: Charged off as Bad Debt
Remarks: Purchased by another lender
Notes: Automated account

Payment History
No payment history reported

## ASOC EMP ELA

Industry: Credit Union and Finance other than personal
Loan Type: Partly Secured
Loan Terms: Installment 051 Monthly
Account Type: Individual account
Opened: 12/20
Verified: 01/23
Closed: 06/22
Paid:
Balance: $2,803
Past Due: $1,118
Credit Limit: N/A
Payment Amount: $93

Status: 9B: Collection account
Remarks: Placed for collection
Notes: Automated account

Payment History
No payment history reported

## FIRSTBANK PR

Industry: Banks
Loan Type: Automobile
Loan Terms: Installment 072 Monthly
Account Type: Individual account
Opened: 11/17
Verified: 01/23
Closed:
Paid:
Balance: $6,350
Past Due: $0
Credit Limit: N/A
Payment Amount: $559

Status: 01: Paid or paying as agreed
Notes: Automated account

Payment History

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | 60 | 30 | 30 | ✓ | ✓ | 30 |
| 2021 | 30 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Late Payment Summary
(48 Months)

| 30 | 60 | 90 | 120+ |
|---|---|---|---|
| 7 | 1 | 0 | 0 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

## DEPTEDNELNET

| | | | | | |
|---|---|---|---|---|---|
| Industry: | Employment or Education | Opened: | 09/15 | Balance: | $3,171 |
| Loan Type: | Student Loan | Verified: | 12/22 | Past Due: | $0 |
| Loan Terms: | Installment 120 Monthly | Closed: | | Credit Limit: | N/A |
| Account Type: | Individual account | Paid: | | Payment Amount: | N/A |

Status: 01: Paid or paying as agreed

Notes: Automated account

Payment History

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N/A |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Dec | | | | | | | | | | | |
| 2018 | ✓ | | | | | | | | | | | |

Late Payment Summary (48 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | 90 | 120+ |

## DEPTEDNELNET

| | | | | | |
|---|---|---|---|---|---|
| Industry: | Employment or Education | Opened: | 10/13 | Balance: | $1,519 |
| Loan Type: | Student Loan | Verified: | 12/22 | Past Due: | $0 |
| Loan Terms: | Installment 120 Monthly | Closed: | | Credit Limit: | N/A |
| Account Type: | Individual account | Paid: | | Payment Amount: | N/A |

Status: 01: Paid or paying as agreed

Notes: Automated account

Payment History

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N/A |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Dec | | | | | | | | | | | |
| 2018 | ✓ | | | | | | | | | | | |

Late Payment Summary (48 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | 90 | 120+ |

## DEPTEDNELNET

| | | | | | |
|---|---|---|---|---|---|
| Industry: | Employment or Education | Opened: | 09/15 | Balance: | $3,020 |
| Loan Type: | Student Loan | Verified: | 12/22 | Past Due: | $0 |
| Loan Terms: | Installment 120 Monthly | Closed: | | Credit Limit: | N/A |
| Account Type: | Individual account | Paid: | | Payment Amount: | N/A |

Status: 01: Paid or paying as agreed

Notes: Automated account

Payment History

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Late Payment Summary (48 Months)

0 0 0 0

J.P.A

CASO 26-CV-948-JDP



| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | N/A |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | | | | | | | | | | | |

30 60 90 120+

## CBNA

| | | | | | |
|---|---|---|---|---|---|
| Industry: | Banks | Opened: | 11/19 | Balance: | $0 |
| Loan Type: | Credit Card | Verified: | 05/21 | Past Due: | $0 |
| Loan Terms: | Revolving | Closed: | 12/20 | Credit Limit: | $250 |
| Account Type: | Individual account | Paid: | | Payment Amount: | N/A |

Status: 01: Paid or paying as agreed
Remarks: Canceled by credit grantor
Notes: Automated account

Payment History

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | | | | | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | | | | | | | | | | |

Late Payment Summary (18 Months)

| 30 | 60 | 90 | 120+ |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

## SEARS/CBNA

| | | | | | |
|---|---|---|---|---|---|
| Industry: | Banks | Opened: | 12/15 | Balance: | $0 |
| Loan Type: | Credit Card | Verified: | 12/19 | Past Due: | $0 |
| Loan Terms: | Revolving | Closed: | 08/17 | Credit Limit: | $2,600 |
| Account Type: | Individual account | Paid: | | Payment Amount: | N/A |

Status: 01: Paid or paying as agreed
Remarks: Account closed by consumer
Notes: Automated account

Payment History

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ✓ | | | | | | | | | | | |

Late Payment Summary (48 Months)

| 30 | 60 | 90 | 120+ |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

## SYNCB/JCP

| | | | | | |
|---|---|---|---|---|---|
| Industry: | Department stores & Other Retail | Opened: | 12/14 | Balance: | $0 |
| Loan Type: | Charge Account | Verified: | 11/19 | Past Due: | $0 |
| Loan Terms: | Revolving | Closed: | 12/18 | Credit Limit: | $200 |
| Account Type: | Individual account | Paid: | | Payment Amount: | N/A |

Status: 01: Paid or paying as agreed
Remarks: Inactive account

**Confidential**

Notes: Automated account

Payment History

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | | |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Dec | Nov | | | | | | | | | | |
| 2015 | ✓ | ✓ | | | | | | | | | | |

Late Payment Summary (48 Months)

| 30 | 60 | 90 | 120+ |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

## MUEB BERRIOS

Industry: Home or Office Furnishing
Loan Type: Installment Sales Contract
Loan Terms: Installment 018 Monthly
Account Type: Individual account

Opened: 07/17
Verified: 08/18
Closed: 08/18
Paid:

Balance: $0
Past Due: $0
Credit Limit: N/A
Payment Amount: N/A

Status: 01: Paid or paying as agreed
Remarks: Closed
Notes: Automated account

Payment History

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Dec | Nov | Oct | Sep | Aug | Jul | |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |

Late Payment Summary (13 Months)

| 30 | 60 | 90 | 120+ |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

## CLARO

Industry: Utilities and Fuel
Loan Type: Telecommunications/Cellular
Loan Terms: Open
Account Type: Individual account

Opened: 06/15
Verified: 06/17
Closed:
Paid:

Balance: $0
Past Due: $0
Credit Limit: N/A
Payment Amount: N/A

Status: 01: Paid or paying as agreed
Notes: Automated account

Payment History

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | May | Apr | Mar | Feb | Jan | | | |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
| 2016 | 30 | N/A | N/A | ✓ | ✓ | ✓ | ✓ | ✓ |

Late Payment Summary (13 Months)

| 30 | 60 | 90 | 120+ |
|---|---|---|---|
| 1 | 0 | 0 | 0 |

## Collections

### Collection Totals

| Count | Balance Total |
|---|---|
| 2 | $3,466 |

### Collections

## PORTFOLIO RC

Industry: Collection services
Loan Type/Terms: Open
Account Type: Individual account

Opened: 06/22
Verified: 01/23

Current Balance: $3,037
Original Balance: $3,037
Past Due:

Status: 9B: Collection account
Remarks: Placed for collection
Comment: Automated account
Credit Grantor: SYNCHRONY BANK

**Confidential**

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ✓ | ✓ | | | | | | | | | | |

### MUEB BERRIOS

Industry: Home or Office Furnishing
Loan Type: Installment Sales Contract
Loan Terms: Installment 018 Monthly
Account Type: Individual account
Opened: 07/17
Verified: 08/18
Closed: 08/18
Paid:
Balance: $0
Past Due: $0
Credit Limit: N/A
Payment Amount: N/A
Status: 01: Paid or paying as agreed
Remarks: Closed
Notes: Automated account

Payment History

| | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Late Payment Summary (13 Months)

| 30 | 60 | 90 | 120+ |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

### CLARO

Industry: Utilities and Fuel
Loan Type: Telecommunications/Cellular
Loan Terms: Open
Account Type: Individual account
Opened: 06/15
Verified: 06/17
Closed:
Paid:
Balance: $0
Past Due: $0
Credit Limit: N/A
Payment Amount: N/A
Status: 01: Paid or paying as agreed
Notes: Automated account

Payment History

| | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ |

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|---|---|---|---|---|---|---|---|---|
| 2016 | 30 | N/A | N/A | ✓ | ✓ | ✓ | ✓ | ✓ |

Late Payment Summary (13 Months)

| 30 | 60 | 90 | 120+ |
|---|---|---|---|
| 1 | 0 | 0 | 0 |

## Collections

**Collection Totals**

| Count | Balance Total |
|---|---|
| 2 | $3,466 |

**Collections**

### PORTFOLIO RC

Industry: Collection services
Loan Type/Terms: Open
Account Type: Individual account
Opened: 06/22
Verified: 01/23
Current Balance: $3,037
Original Balance: $3,037
Past Due:
Status: 9B: Collection account
Remarks: Placed for collection
Comment: Automated account
Credit Grantor: SYNCHRONY BANK





### MIDLAND CRED

Industry: Collection services
Loan Type/Terms: Open
Account Type: Individual account
Opened: 09/21
Verified: 01/23
Current Balance: $429
Original Balance: $429
Past Due:
Status: 9B: Collection account
Remarks: Placed for collection
Comment: Automated account
Credit Grantor: SYNCHRONY BANK

## Inquiries

| Date | Name | Kind of Business |
|---|---|---|
| 01/09/2023 | SUMMIT CU | Credit Union and Finance other than personal |
| 02/21/2022 | SUMMIT CU | Credit Union and Finance other than personal |
| 12/14/2021 | SUMMIT CU | Credit Union and Finance other than personal |

Failed VI

The security of understanding presidential messages to countries with different dialects is questioned, as we are criticized for our lack of knowledge when, for years, actions have been taken that produce war and leave entire countries in ignorance. We must all understand the message and have emergency action plans. Once again, the unity of all countries must be established. We are in times where it is known that lands are colonized to continue to generate wars, when the truth is that even history has been changed and erased. If wars are between different unions, communication should be provided through international channels free of charge; it not only costs the life of a leader but also the lives of citizens.

Under the records of adjudication processes are:

1. Articles of Confederation
2. US Constitution 1700 to 1787
3. Legendary Actions of the Theoretical Frameworks: George Washington Federalist Book
4. Alexander Hamilton 1757-1804
5. James Madison 1751-1836
6. John Jay 1745-1829
7. United Nations Framework for the Protection of Human Rights
8. Universal Declaration of Human Rights (UDHR) Article 7 and the Right to Decent Working Conditions

9. Article 24: Fundamental Rights for Personal Autonomy

10. Women's Empowerment (UN Women)

11. Community Economic Empowerment

12. Conventions on the Rights of the Child

13. Reference to the United Nations Strategic Cooperation Frameworks

14. UN Habitat Strategic Plan

15. UN Sustainable Development Plan

16. International Treaties

17. Adams Smith 1723 - 1790

18.Manual on the National Implementation Legislation of the Chemical Weapons Convention

19. National Executive Committee (PAN)

20. Administrative Process of the Weapons and Storage Law

Because this is an emergency situation, I am providing this information based on references, as it involves additional investigative steps, and as any good-faith action would, this cannot wait. Audit sections, like all regulations, are something the Government must be aware of. The training team is part of emergency control, staying informed about regulatory situations that require command control. The White House should have a personal on-call section, staffed for emergency situations like this one. The number they have listed on social media doesn't work. And during my arrest on October 2, 2025, I requested a meeting with the President to discuss what is happening here in Puerto Rico and the world, and I was arrested. I said I had to contact Washington, the White House,

and I even called the number they have listed on social media. And resolving this here in Puerto Rico is impossible. And resolving this here in Puerto Rico is impossible, since I requested an investigative team and it was denied. There is bodycam video footage where I asked to go to Washington, where I requested it, and the authorities didn't take it seriously. And they treated me specifically in jail, taking away even my underwear and giving me dirty, damp clothes in my genital area. This jail has no population control since there are both men and women. I feel humiliated by such abuse of power. My conversations were about my daughter's case, types of wars, and presidential and citizen protection measures, since it was about protection and management.

International treaties are written and binding agreements between states or international organizations, governed by public international law. They act as supreme laws that regulate cooperation, trade, human rights, and security between nations, with the 1969 Vienna Convention being the main framework.

Key aspects of International Treaties:

• Types: They can be bilateral (between two parties) or multilateral (more than two).

• Purpose: They regulate coexistence, trade, disarmament, the environment, and human rights, among other topics.

• Formality: Although they may be called agreements, conventions, or protocols, they are all treaties if they have legal force.

• Binding Nature: They are governed by the principle of pacta sunt servanda, which means that they must be fulfilled in good faith by the signatory parties.
Relevant examples:
• Trade: Amending Protocol to the United States-Mexico-Canada Agreement (USMCA).

• Human Rights: International Covenant on Civil and Political Rights.

• Cooperation: Agreement on Scientific and Technological Cooperation between Mexico and the European Community.

• Environment: Treaties deposited with the UN on environmental protection.
The SRE Virtual Treaty Library or the United Nations Treaty Collection.

Generally speaking, empowerment, according to the UN, is defined as the expansion of freedom of choice and action by increasing authority and control over resources and decisions that affect property.

Failed: VII Mismanagement of the security of the law on nuclear weapons and nuclear bombs.

I request that all world governments conduct a full investigation and record of all firearms seized by their law enforcement agencies and prosecuted by courts for gun-related violations, and establish a specialized warehouse for them. These weapons must be monitored and accounted for in a secure warehouse. This will help reduce crime related to gun violence and other crimes. Each correctional institution must keep records of all gun law cases spanning decades in which the citizenry is oblivious to how souls are administered. Not only do they violate the security of the citizen with the mismanagement of weapons but also the action of creating nuclear bombs without the protocols of voting of the population to humanity. This action is against the Treaties and Constitutions of human rights and Universal Security and conservation of the planet. You are required to register and take legal action as to why it was created. Since there is danger due to the behavior by nature of the earth they can explode since there is scientific proof that the earth creates its own radiation and earth movements where for this reason nuclear bombs could be activated or filter their chemicals on planet earth.

As the State Presidential Government, and due to the lack of information provided to citizens, I request a thorough investigation and review of all agencies involved in the matter. I have limited resources, but como Presidente, puede contar con la ayuda de todos los ciudadanos de su administración para

proporcionar la ubicación de sus oficinas correspondientes, ya que el Gobierno está obligado a mantener sus ubicaciones físicas establecidas.

Se presentan las siguientes demandas:

 P02020RF00768/ P02025CV02762

 482025MM407954AO

 GY2026CV00062

Demandas que presentan accione que rigen la sdguridad ecomica, derechos humanos, trata humana, acciones ilegales en el departamento de salud en tre otras

Ruling VIII. Application of Taxable Taxes

This action requires a legislative process and as already mentioned the constitutional clause must be annulled all surcharges that affect the economy and the well-being of the citizen. And they must be returned since it violates the action of constitutional good faith and is a law that is not signed by all the states.

Ruling IX. Valid for university degrees universally PEL scholarship

The clause to recover the Pel scholarship is requested by licensing of authorized federal funds where it gives us the opportunity to study and contribute to the world knowledge, therefore these funds are legally awarded anywhere in the world, which is requested that in the same way the degrees maintain the same breadth of labor execution. This indicates that anyone who studies this federally certified certificate whose work cannot be minimized and must have the same pay levels as federal personnel. Since they certify us at the time of giving us the Pel scholarship.

Ruling: X Martial Law

Law that violates the citizen with the taking of action of Power under the command of his superiors without obtaining votes in the executive branch of the courts and the States of the United States by which by a voluntary decision of the Presidents of the nations they take in their command the ignorance of the military workers knowing that the combat action is carried out under Treaties and uniform protocols between Nations The taking of the signature of the military is an action against their rights of defense before constitutional rights.

12:35

dom., 10 de may.

Dispositivos | Multimedia

con una irregularidad de banco o un ciudadano se puede reclamar por el mundo

+7

Sí, cualquier ciudadano puede reclamar ante irregularidades bancarias (cargos no reconocidos, fraudes) a nivel nacional e internacional, existiendo organismos reguladores, plataformas de denuncias por robo de identidad y mecanismos de protección al consumidor. Es crucial actuar rápido (generalmente 90 días) para reportar y bloquear. RobodeIdentidad.... +4

Aquí los pasos clave para reclamar:

- **Reporte Directo:** Contacte al banco inmediatamente para levantar un folio de aclaración por cargos no reconocidos.
- **Reguladores Nacionales:** Acuda a la **CONDUSEF** en México, **CFPB** en EE.UU. o la oficina de protección financiera de su país.
- **Fraude/Robo de Identidad:** Utilice plataformas como RoboDeIdentidad.gov para reportar y obtener un plan de acción.
- **Dinero Olvidado:** Si cree tener cuentas inactivas, busque en sitios oficiales de bienes no reclamados como MissingMoney.com.
- **Protección Legal:** En Europa y otros lugares, el banco está obligado a devolver el dinero de transacciones no autorizadas de inmediato, salvo negligencia grave del cliente. RobodeIdentidad.... +7

Si la irregularidad implica un fraude, denuncie ante el fiscal general o la policía local.

**RobodeIdentidad.gov**
RobodeIdentidad.gov es un recurso gratuito de la Comisión...
RobodeIdentidad.gov

**Sepa cómo enviar una queja | Oficina para la...**
7 dic 2023 — La Oficina para la Protección Financiera del...
Consumer Financial Pro...

2m
YouTube

Haz una pregunta

Principal | Buscar | Notificaciones | Actividad

J.P.A

CASO 26-CV-948-JDP

3:55

How many airlines are currently operating in the world? - Quora
quora.com

Quora Open in App Sign In

Travel and Transportation | International Airlines | Aviation Industry Researc... | Aviation | Airline Industry | Air Travel | + 7

## How many airlines are currently operating in the world?

All related (47) Recommended

**Bikram Chadha**
Frequent flyer and aviation/aerospace consultant · 8y

The common answer is that there are around **5,000–5,500 airlines in the world**, as this is the number ICAO/IATA airline codes in current circulation. However, perhaps a more logical answer is that there are in between **770 and 800 commercial airlines** globally operating scheduled flights (that are officially recognised). The number is increasing rapidly, especially in China, with a new airline being started on average twice a week.

The rest are made up of purely charter airlines, private operators (e.g. high net worth individuals), military operators and other ambiguous operators (e.g. I know of a tour company in west Nigeria with a single turboprop, that flies whenever it feels like flying).

In conclusion the answer is dramatically different if you look at all airlines (in the broad sense) vs. commercial airlines in the common sense (as most people know them).

Hope that helps.

25.8K views · View upvotes

Upvote · 15 | 1

Sponsored by The Dawn Wellness Centre Thailand

**Why is seeking addiction treatment abroad more effective?**

Distance from local triggers and world-class care offer a stronger foundation for long-term recovery.

Read More

269

**Santiago Mendez**
15 year-old with a passion for planes. · Updated 9y

Originally Answered: How many planes are in the air now?




Upvote · 12 | 1

J.P.A

CASO 26-CV-948-JDP

3:54

OAG

*The 'year' runs from Monday 29th December 2025 when week one of the schedule starts.*

## Weekly airline capacity data




Source: OAG

OAG

## How much airline capacity is scheduled this week?

This chart shows the most recent weekly global (domestic + international) , domestic and international airline capacity. The dotted line represents capacity in the airlines' future schedules for the next 11 weeks, helping you monitor changes in worldwide airline capacity.

Sign up to weekly capacity

3:54

Airline Frequency and Capacity Statistics | Aviation Data | OAG
oag.com

OAG

¿Traducir página?
inglés a español
Traducir

Which is the biggest airline in the world? Which country pairs have most capacity this month? How many flights are there per day, worldwide and what are the latest airline statistics? And how many airlines and airports are in operation? Our Airline Frequency and Capacity Statistics answer all these questions and more with key facts and figures about air travel and global capacity, using flight data from OAG's Schedules Analyser; a cutting-edge platform for airline schedule analysis.

## Key Points From April's Airline Frequency and Capacity Data:

- **Global capacity** is expected to be **504 million seats** in April 2026, just **1% higher** than April 2025. The rolling year-on-year growth rate of around 3% has slowed due to global instability, with some markets significantly affected.
- **Spain–UK** returns to the **number one spot** for international country pairs in the summer season, with year-on-year growth of **8.7%**, taking the market to **5.1 million seats**.
- **China** is the **fastest-growing domestic market** this month, up **4.1%** year on year. Australia is also recording strong capacity growth, up **3.8%**, while Indian domestic capacity has returned to growth at **+3.4%** year on year.
- **North and South American carriers** are mostly adding frequency, with the **US major airlines** growing at between **2–4%** year on year. **LATAM Airlines Group** has increased flights by **6.6%** year on year.

*This month, schedules data for Middle East airlines — including Emirates, Qatar Airways and Etihad — reflects airlines' plans at the point schedules were filed and is likely to be subject to change.*

Scheduled flight counter

J.P.A

CASO 26-CV-948-JDP

3:53

cuantas aerolíneas estan trabajando mundialmente

OAG +1

A marzo de 2026, existen aproximadamente **717 aerolíneas comerciales operando** activamente en todo el mundo. Aunque pueden existir más de 5,000 códigos ICAO/IATA en circulación (incluyendo pequeñas operadoras), la cifra operativa comercial se sitúa en ese rango de cientos, cubriendo vuelos regulares.

**Datos Clave de Aviación (2026):**

- **Aerolíneas activas:** ~717.
- **Aeropuertos en funcionamiento:** ~3,921.
- **Alianzas principales:** Star Alliance, SkyTeam y Oneworld dominan el mercado de conexiones.

Las aerolíneas más grandes por volumen de pasajeros incluyen a American Airlines, Delta Air Lines, United Airlines, Ryanair y China Southern Airlines. myflyright

**Las aerolíneas más grandes del mundo -...**
8 oct 2025 — La aerolínea más grande del mundo * American...
myflyright



**Estadísticas de frecuencia y capacidad...**
¿Cuántas aerolíneas hay en el mundo? En marzo de 2026,...
OAG Aviation



**¿Cuántas operan ac**
La respuesta entre 5000 y
Quora

Haz una pregunta

Principal Buscar Notificaciones Actividad

3:31



**2) Mercury Poisoning Laboratory Accident**

In 1997, the famous chemist Karen Wetterhahn died because some drops of dimethylmercury fell on her hands despite wearing gloves. The drops penetrated those gloves, reached the skin, and entered her body. After a few months she began to experience symptoms of mercury poisoning, such as loss of balance and poor speech, vision and hearing ability. She then entered into a coma and died.

**3) Criticality Laboratory Accidents Los Alamos National Laboratory**

The criticality laboratory accidents is an uncontrolled nuclear fission chain reaction. It is sometimes referred to as a critical excursion or a critical power excursion or a divergent chain reaction.

The most famous criticality accident in history occurred at the Los Alamos National Laboratory, where Cecil Kelly was exposed to a deadly dose of neutrons and gamma rays when a large platinum tank went critical. Cecil fell to the ground and screamed, "I am burning."

Initial symptoms immediately appeared, such as collapse and mental incapacitation. When he arrived at the emergency room at the Los Alamos Medical Center, symptoms of the second phase began to appear, such as vomiting, trembling, hyperventilating and his skin began to turn purple and his lips turned blue, indicating hypoxia.

Two hours after the accident, Kelly had entered the third stage, which was the longest. He was suffering from severe abdominal cramps but was very coherent and showed improvement overall. But after 6 hours of the incident, lymphocytes disappeared completely from the blood circulation, which was a sign of the inevitability of death.

Thirty-five hours after the accident, his heartbeat was irregular, the pain in his abdomen was not

3:30

Laboratory accidents: types, causes & examples
praxilabs.com

**Minor**

Traducir Copiar Compartir Todo Búsqueda en la Web

Most common type of lab acci... from improper use of equipme... bodies), thermal runaways, volatile liquid bottle popping, corrosion of metal objects, etc.

**Major**

Will cause appreciable material damage to equipment and fittings and may cause serious body damage. Known major accidents include reaction vessels shattering during reaction and splashing their content in the fume hood/lab, small explosions, toxic leaks, severe rusting of metal objects from all around the lab, etc.

**Catastrophic**

Lead to high or complete damage of the lab, and serious injury or on rare occasion death. Common examples include fires, floods, explosions, etc.

## Laboratory accidents statistics

In the November 18 issue of the journal Nature, According to "A review and critique of academic lab safety research" , here are some of the article's more statistics:

- 25-38% of lab personnel surveyed have been involved in an accident or injury in the lab that was not reported to the supervisor or principal investigator.
- 27% of researchers stated that they never conducted any kind of risk assessment before performing laboratory work. Academic researchers were the least likely to assess risk, followed by industry and government.
- In one study of lab safety between 1966 and 1984, 81% of accidents occurred in teaching labs, 13% in research labs and 2% in fabrication rooms.
- Only 40% of researchers surveyed reported wearing PPE at all times when working.
- 25% of researchers had not been trained in the specific hazard with which they worked.
- Articles in chemistry journals seldom mention safety information on chemical reagents. One study looked at journal mentions of 11 hazardous compounds. These compounds were mentioned 107 times in journal articles but only one article provided cautionary information.
- In one profile of safety incidents at research labs, virtually identical incidents occurred at the same institutions within 10–15 years, resulting in the destruction or temporary closure of the buildings.

**Visit Our Virtual labs and Experience a Virtual World of Science Education**



J.P.A

CASO 26-CV-948-JDP

3:31

- In one study of lab safety between 1966 and 1984, 81% of accidents occurred in teaching labs, 13% in research labs and 2% in fabri
- Only 40% of researchers surv

Traducir Copiar Compartir Todo Búsqueda en la Web

- 25% of researchers had not been trained in the specific hazard with which they worked.
- Articles in chemistry journals seldom mention safety information on chemical reagents. One study looked at journal mentions of 11 hazardous compounds. These compounds were mentioned 107 times in journal articles but only one article provided cautionary information.
- In one profile of safety incidents at research labs, virtually identical incidents occurred at the same institutions within 10–15 years, resulting in the destruction or temporary closure of the buildings.

**Visit Our Virtual labs and Experience a Virtual World of Science Education**



**Now, we will discuss some laboratory accidents that occurred around the world:**

**1) The Explosion of A Chemistry Lab at Texas Tech University**

In January 2010, a chemistry lab at Texas Tech University exploded while two students were conducting some experiments to make derivatives of an explosive substance called nickel hydrazine perchlorate. They made a very dangerous mistake: they created 10 grams of the substance, despite the warning of the supervisor not to make more than 100 milligrams. When one of the students crushed the substance with a pestle, a terrible explosion occurred. Fortunately no one died, but the student suffered from burns and lost three fingers.

**Try the virtual chemistry lab of Praxilabs**

Get Started Praxilabs For FREE



3:30

## What is Laboratory Accidents?

Laboratories accidents may be the result of carelessness. Some common types of injuries include chemical burns, cuts from broken glass, inhalation of toxic fumes, absorption of chemicals through the skin, and ingestion of toxic chemicals.
Scientific laboratories contain dangerous chemicals that may lead to most of the common lab accidents such as strong acids, neurotoxins, in addition to various equipment such as natural gas-guzzling Bunsen burners, high-pressure cookers called autoclaves, and some types of explosive materials.

Biology laboratories often contain infectious organisms, posing a threat to students and teachers. So there are some safety tips that must be observed to protect those in the laboratory from exposure to any risk. Despite these strict rules some unintended laboratory accidents may sometimes occur.

Try Praxilabs Virtual Labs and be Safe!

## Types of Laboratory Accidents

In science laboratories, there are many materials that have hazard potential include:

Toxic and poisonous chemicals – Flammable solvents – Corrosive liquids including strong acids – Compressed Gases – Highly reactive chemicals and explosive materials – Dangerous microbiological specimens – Radioactive materials.

Generally, science accidents result from the following factors (**Causes of accidents in the laboratory**):

Fires – Electrical short circuits and shocks – Leaks and spills – Unplanned storage- Use of defective material handling equipment – Careless handling of containers.

**So, we can classify accidents in the laboratory to:**

**Minor**

Most common type of lab accident, involves little material damage and/or minor injuries. They can result from improper use of equipment or storage of sensitive reagents. Examples: burns (either chemical or hot bodies), thermal runaways, volatile liquid bottle popping, corrosion of metal objects, etc.

**Major**

Will cause appreciable material damage to equipment and fittings and may cause serious body damage. Known major accidents include reaction vessels shattering during reaction and splashing their content in the fume hood/lab, small explosions, toxic leaks, severe rusting of metal objects from all around the lab, etc.

**Catastrophic**

Lead to high or complete damage of the lab, and serious injury or on rare occasion death. Common examples include fires, floods, explosions, etc.

## Laboratory accidents statistics

In ovember 18 issue of the journal Nature, According to “A review and critique of academic lab safety re ” , here are some of the article's more statistics:

3:30



# THE MOST FAMOUS 4 LABORATORY ACCIDENTS IN HISTORY

Last Updated on September 23, 2025 by Muhamed Elmesery

**Table of Contents**


1. What is Laboratory Accidents?
2. Types of Laboratory Accidents
   2.1. Minor
   2.2. Major
   2.3. Catastrophic
3. Laboratory accidents statistics
4. 1) The Explosion of A Chemistry Lab at Texas Tech University
5. 2) Mercury Poisoning Laboratory Accident
6. 3) Criticality Laboratory Accidents Los Alamos National Laboratory
7. 4) Marburg Virus
8. Provide Lab Safety with Virtual Labs


**W [illegible] Laboratory Accidents?**

Laboratories accidents may be the result of carelessness. Some common types of injuries include

J.P.A

CASO 26-CV-948-JDP

3:03

# Evolution of the chemical analysis of fire accelerants for forensic purposes

Document Quoted by Related

Author Alejandro Vargas-Ocampo, William Garzón-Méndez, Gonzalo Taborda-Ocampo

Post Master's in Chemistry, University of Caldas, Manizales, Caldas, Colombia/Director of the Chemistry Laboratory of the Technical Investigation Corps of the Attorney General's Office, Bogotá, Colombia/Professor, Department of Chemistry, Faculty of Exact and Natural Sciences, University of Caldas, Manizales, Caldas, Colombia

Pages 1-22

Colombia Forensics

Evolution of chemical analysis acceleratorIt's about fires. for forensic purposes

*Evolution of the chemical analysis of ignitable liquids for forensic purposes*

*Evolution of chemical analysis of flammable liquids for forensic purposes*

Alejandro Vargas-Ocampo, MSc[1,2]
William Garzón-Méndez, MSc[1,3]
Gonzalo TOcampo, PhD

**Received:** March 17, 2020
**Approved:** April 22, 2020
**Published:** July 14, 2020

**How to cite this article:** Vargas-Ocampo A, Garzón-Méndez WTaborda-Ocampo G. Evolution of the chemical analysis of fire accelerators for f purposesOrenses. Colomb. Forense. 2019;6(2):1-22.
doi: https://doi.org/10.16925/2145-9649.2019.02.01

Research article. https://doi.org/10.16925/2145-9649.2019.02.01

1 Master's degree in Chemistry, University of Caldas, Manizales, Caldas, Colombia
2 Director of the Chemistry Laboratory of the Technical Investigation Corps of the Attorney General's Office of the Nation, Bogotá, Colombia
3 Lecturer, Department of Chemistry, Faculty of Exact and Natural Sciences, University from Caldas, Manizales, Caldas, Colombia

Evolution of the chemical analysis of fire accelerants for forensic purposes

J.P.A

CASO 26-CV-948-JDP

3:18

cuantos viaje de la nasa han hecho

+4

La NASA ha realizado **6 misiones tripuladas de alunizaje** con éxito (Apolo 11, 12, 14, 15, 16 y 17) entre 1969 y 1972, logrando que 12 astronautas caminen sobre la Luna. En total, 9 misiones tripuladas viajaron al entorno lunar. Más recientemente, la misión Artemis II (2026) sobrevoló la Luna. BBC +2

**Datos Clave de Viajes a la Luna:**

- **Alunizajes tripulados:** 6 misiones con éxito.
- **Astronautas en la superficie:** 12 personas.
- **Total de misiones al entorno lunar:** 9 misiones tripuladas (Apolo 8 al 17, exceptuando Apolo 13 que no alunizó pero orbitó).
- **Programa Artemis:** Con la exitosa misión Artemis II en abril de 2026, la NASA retomó los viajes tripulados a la órbita lunar tras 50 años. National Geograp... +3

Además de los viajes lunares, la NASA ha lanzado cientos de misiones robóticas, el programa del Transbordador Espacial (135 misiones) y misiones frecuentes a la Estación Espacial Internacional (EEI).

**Viajes a la Luna: ¿cuántas veces hemos llegado y...**
4 nov 2025 — Sin embargo, en total han sido 6 las misiones que...
National Geographic Es...



**La misión Artemis II fue un éxito, pero ahora vien...**
12 abr 2026 — La misión Artemis II de la NASA ha logrado enviar a...
BBC






YouTube

Haz una pregunta

Principal Buscar Notificaciones Actividad

J.P.A

CASO 26-CV-948-JDP

2:52

Facebook
facebook.com

facebook Login




**CyberCuba News**
2 days ·

🔥Fire Destroys Historic USF Lab:

CiberCuba Explains:

• A large fire destroyed the Marine Science Laboratory at the University of South Florida, on the St. Petersburg campus.

• More than 200 firefighters responded to the emergency, and although the damage was devastating, no injuries or release of hazardous materials were reported

. **See more**

63 1 1

I like Comment

**Log in or sign up for Facebook to connect with friends, family, and peo...**

Login either Create a new account

2:48

Google Traductor   Idioma detectado: Inglés → Inglés   Traducción



Member Activities

## Taliban in Afghanistan and Growing Nuclear Risks in Pakistan – What's the Connection?

Pakistan   Middle East

6 Sep 2021 | Fear SETHI

### CAPS INDIA

APLN member **Manpreet Sethi** warns how the anarchy in Afghanistan and the rise of Taliban could potentially lead to growing nuclear risks in Pakistan. The original post is available on the Centre for Air Power Studies website here.

The 'Islamic Emirate of Afghanistan' does not have nuclear weapons, nor any civilian nuclear facilities. But, its neighbour Pakistan, which is also its supporter, friend, philosopher and guide has it all – a nuclear weapons arsenal, a fissile material stockpile, nuclear power plants, nuclear facilities for enrichment and reprocessing, as well as radiological material for civilian and scientific applications.

Over the last decade or so, Pakistan has claimed to have seriously invested in securing this material. At the four Nuclear Security Summits held under the leadership of former US President, Barack Obama, Pakistan pledged and undertook measures as warranted at the national and international levels to minimise possibilities of unauthorised access to nuclear and radiological material. USA provided it help to the tune of $100 million to ensure physical security of its nuclear sites. All these efforts will now stand to test as the threat to Pakistani nuclear assets could grow in face of Taliban's rise to power across the Durand line.

Two kinds of dangers loom large for nuclear Pakistan. The first arises from an unexpected external quarter since the traditional threat perception for Pakistan has only been from India. Ironically however, while nuclear deterrence between India and Pakistan is in place, the danger now arises from extant widespread anarchy in Afghanistan as terrorist organisations slug it out. After all, the Taliban comprises

J.P.A

CASO 26-CV-948-JDP

2:40

Naciones Unidas

# COVID-19, COVAX vaccines for Venezuela, Hepatitis... Wednesday's news




Asian Development Bank/Afriadi Hikmal
Health workers at a COVID-19 testing site in Jakarta, Indonesia

July 28, 2021 | Health

**The number of COVID-19 deaths worldwide increased by 21% last week. The Pan American Health Organization (PAHO) confirmed that Venezuela will receive the Chinese vaccines Sinovac and Sinopharm through COVAX. PAHO also warns that the region faces a "surge in health problems" if routine vaccination services are not restored.**

## COVID-19 deaths rise 20% in one week

The number of COVID-19 deaths worldwide increased by 21% last week compared to the previous week, with nearly **70,000 fatalities recorded** . Infections also rose by 8%.

According to the latest epidemiological report from the World Health Organization ( WHO ), COVID-19 deaths increased in all regions, **particularly in the Americas (29%)** and Southeast Asia (30%), while in Europe deaths remained at similar levels to the previous week.

The number of new cases last week was 3.8 million, mainly due to increases in the Americas (up 30%) and the Western Pacific (up 25%).

The countries that recorded the highest number of new coronavirus infections were **the United States,**

2:39

Naciones Unidas

"La única garantía contra el uso de las armas nucleares es su total eliminación", afirmó el Secretario General de la ONU António Guteres en un mensaje de vídeo dirigido a la celebración en el Monumento a la Paz de Hiroshima, en Japón, que se celebró este viernes.

La ceremonia anual recuerda el bombardeo atómico de la ciudad japonesa el 6 de agosto de 1945 durante la Segunda Guerra Mundial. El jefe de la ONU rememoró el impacto que causó esta acción bélica.

"En este día, hace setenta y seis años, un arma nuclear provocó un sufrimiento inimaginable a los habitantes de esta ciudad, matando a decenas de miles de personas al instante, a decenas de miles tras el bombardeo y a muchas más en los años siguientes", dijo el titular de la ONU.

El Secretario General expresó su profunda preocupación por la falta de avances hacia la consecución de un mundo libre de armas nucleares.

"Los Estados en posesión de armas nucleares han estado modernizando sus arsenales en los últimos años, provocando una nueva carrera armamentística. Sin embargo, las decisiones de la Federación Rusa y de los Estados Unidos de prorrogar el nuevo tratado START y de entablar un diálogo sobre el control de armas son unos primeros pasos bienvenidos para reducir el riesgo de catástrofe nuclear", dijo Guterres.

Finalmente llamó a los países que poseen arsenales nucleares a adoptar medidas de reducción del riesgo, tanto individual como conjuntamente.

## COVID-19: Más de 600 millones de vacunas suministradas en Asia Sudoriental



© UNICEF/Biju Boro | Esta mujer recibe su vacuna COVID-19 en Guwahati, India.

La Organización Mundial de la Salud ya ha administrado más de 500 millones de dosis de vacunas

2:39

Naciones Unidas

"Los primeros informes sugieren que los talibanes han capturado hoy la capital de la provincia de Nimroz. También se han producido intensos combates en el norte de Afganistán (...) Se trata de un claro intento de los talibanes de apoderarse de los centros urbanos con la fuerza de las armas. El número de víctimas de esta estrategia es extremadamente angustioso, y el mensaje político es profundamente perturbador", alertó.

Lyons recordó que se esperaba una disminución de la violencia cuando se firmó el acuerdo entre Estados Unidos y los talibanes en febrero de 2020, al inicio de las conversaciones entre el Gobierno y los talibanes, y cuando las tropas internacionales abandonaron el país, pero que en ninguno de los casos se ha producido el efecto deseado.

Al contrario, denunció que se ha producido un aumento del 50% en el número de víctimas civiles y predijo "que habrá muchas más a medida que las ciudades sean atacadas".

La diplomática canadiense añadió que al sufrimiento causado por la guerra hay que sumarle la creciente crisis humanitaria ya que 18,5 millones de personas, casi la mitad de la población del país, necesitan ayuda de emergencia. A esta dramática situación se le añade la grave sequía que afecta al país.

## Mali: La escasa protección estatal de los civiles amenaza la existencia del país



MINUSMA/Harandane Dicko | La situación de la seguridad en Malí se ha deteriorado hasta el punto de que la "propia supervivencia del Estado" está amenazada.

El experto independiente de la ONU sobre la situación de los derechos humanos en Mali avisó que la rápida propagación de la violencia en el país africano amenaza la propia supervivencia del estado, ya que el grave y continuo deterioro de la situación de seguridad "ha superado un umbral crítico".

Tras una visita de 11 días, Alioune Tine señaló que algunas de las personas con las que se reunió le

2:38

Naciones Unidas

# Afganistán en peligro, Mali, armas nucleares, Covid-19... Las noticias del viernes



UNAMA/Fraidoon Poya | Una familia cruza una calle polvorienta en Afganistán.

6 Agosto 2021 | Paz y seguridad

**La ONU advierte que la guerra en Afganistán ha entrado en una nueva fase "más mortífera y destructiva". La escasa protección estatal de los civiles amenaza la existencia de Mali, asegura un experto de la ONU. António Guterres recuerda que el único modo de acabar con las armas nucleares es eliminándolas. Crece la vacunación contra la COVID-19 en el sureste asiático.**

## La ONU alerta que Afganistán se encuentra en un peligroso punto de inflexión

Afganistán se encuentra en estos momentos en un peligroso punto de inflexión, advirtió este viernes ante el Consejo de Seguridad la representante especial del Secretario General para Afganistán, Deborah Lyons.

La responsable de la Misión de Asistencia de las Naciones Unidas en ese país recordó durante las últimas semanas la guerra en Afganistán ha entrado en una nueva fase "más mortífera y destructiva", y que durante los dos últimos meses los talibanes capturaron zonas rurales que sirvieron como base

J.P.A

CASO 26-CV-948-JDP

2:35

Factory in Germany suffers 'extreme danger' explosion; death toll rise...
es-us.noticias.yahoo.com

yahoo!notici Se tradujo la página español a inglés Deshacer Mail Login

NW. NOTICIAS

# Factory in Germany experienced an 'extremely dangerous' explosion; the toll is two dead and 31 dead

Newsweek Mexico
Tue, July 27, 2021, 4:59 pm EDT · 2 min read

Add Yahoo to Google



Germany explosion

An explosion at a waste treatment plant in Leverkusen, western Germany, left two dead, 31 injured, and five missing on Tuesday. At the time of this report, a huge plume of smoke was visible hours after the incident.

"The search for the missing continues intensely. Unfortunately, the hope of finding them alive is diminishing," stated Lars Friedrich, director of the Chempark site, where the Usenta recycling plant is located.

The origin of the fire that followed the explosion and ignited a solvent tank is still unknown; it was extinguished after several hours of intervention

J.P.A

CASO 26-CV-948-JDP

2:11

incendios de laboratorios en afganistan

Infobae
https://www.infobae.com

Ataque de talibanes provoca incendio en hospital afgano y destruye vacunas para COVID-19

23 jun 2021 — "Diferentes tipos de vacunas, incluidas las dosis destinadas a combatir la polio y COVID-19, fueron destruidas en el incendio", dijo Aziz Safai, ...

Miyamoto International
https://miyamotointernational.com

Terremoto en Afganistán: Actualización sobre la situación de los refugios y la recuperación en 2022

Terremoto de Afganistán de 2022: Conozca las necesidades de alojamiento, el progreso de la recuperación y las estrategias de resiliencia.

**Imágenes**




#ULTIMAHORA | Explosi...
Instagram




Pakistán atacó la c...
Instagram




Feroz incendio en edificio d...
El Vocero de Puert...



Debate | 🔥 Fuerte incen...
Instagram

Más imágenes >

La Nación
https://www.lanacion.com.py

Afganistán: explosión en un restaurante chino provoca siete muertos

19 ene 2026 — Una explosión en un restaurante chino en el centro de Kabul dejó al menos 7 muertos y más de una docena de heridos ayer lunes, ...

El Español
https://www.elespanol.com

De campos de amapolas a laboratorios de cristal: los afganos sortean la 'yihad' de los talibanes contra el opio

Principal | Buscar | Notificaciones 9+ | Actividad

J.P.A

CASO 26-CV-948-JDP

2:03

incendios de laboratorios en afganistan

EL PAÍS
https://elpais.com

Varios centenares de muertos en un ataque aéreo contra un centro sanitario de Kabul

17 mar 2026 — Varios hombres trasladan a un herido víctima del bombardeo contra el centro sanitario de Kabul. · Un cadáver yace entre los escombros del centro ...

The Guardian
https://www.theguardian.com

Todo ardía, la gente ardía»: testigos describen el ataque al centro de rehabilitación de drogas de Kabul | Afganistán

17 mar 2026 — Un ataque paquistaní contra la capital afgana deja 400 muertos, quienes murieron quemados en sus camas o aplastados por el derrumbe de los ...

Traducido por Google · **Ver original (English)**

El Mundo
https://www.elmundo.es

400 muertos y 250 heridos en el bombardeo al hospital de los adictos a la heroína de Afganistán | Internacional

17 mar 2026 — Luego llegaron otras explosiones que hicieron colapsar varios pisos y provocaron incendios en diferentes alas del complejo. Los equipos de ...

PBS
https://www.pbs.org

Afganistán acusa a Pakistán de llevar a cabo ataques aéreos que mataron a cientos de personas en Kabul.

16 mar 2026 — Los llamamientos internacionales a un alto el fuego no han sido atendidos. Pakistán desestimó la acusación de haber atacado un hospital, ...

Traducido por Google · **Ver original (English)**

SWI swissinfo.ch
https://www.swissinfo.ch

Las minas en Afganistán causaron 96 muertos en el último año, la mayoría de ellos niños

7 abr 2026 — Kabul, 7 abr (EFE).- Al menos 96 personas murieron y otras 378 resultaron heridas en Afganistán durante el último año debido a la explosión ...

RTVE.es
https://www.rtve.es

Principal Buscar Notificaciones Actividad

J.P.A

CASO 26-CV-948-JDP

1:46

Google

incendios de laboratorios en china

Modo IA | Todo | Imágenes | Noticias | Videos | Videos cortos | Maps | Restringir con | Comentar

SWI swissinfo.ch
https://www.swissinfo.ch

**Al menos tres muertos y dos heridos en un incendio en una planta química en China**

7 abr 2026 — Pekín, 7 abr (EFE).- Un incendio ocurrido este lunes en las instalaciones de una empresa de productos químicos de la ciudad de Yumen, ...

EL PAÍS
https://elpais.com

**Una explosión en una fábrica de fuegos artificiales en China causa al menos 26 muertos**

hace 2 días — El accidente se produjo el lunes por la tarde en un taller de la empresa de fabricación y exhibición de fuegos artificiales Huasheng, situada en ...

France 24
https://www.france24.com

**China: explosión en planta química deja al menos 19 muertos y varios heridos**

13 jul 2018 — Al menos 19 personas murieron luego de una explosión en una planta química en la ciudad de Yibín, al suroeste de China.

DW.com
https://www.dw.com

**China: Tres muertos tras incendio en planta de Huawei**

26 sept 2020 — El laboratorio realiza estudios sobre materiales, así como pruebas de las antenas 4G y 5G para la compañía china.

Facebook · TV Azteca Honduras
Más de 50 reacciones · hace 5 años

**#AztecaNoticiasHN Se registra un incendio en laboratorio de investigación en China. ¡Por ...**

AztecaNoticiasHN Se registra un incendio en laboratorio de investigación en China. ¡Por vos y por mi #YoUsoMascarilla!

RTVE.es

Principal | Buscar | Notificaciones | Actividad

J.P.A

CASO 26-CV-948-JDP

9:00

noticias de laboratorios en el mundo en llamas

de India

30 jun 2025 — Rescatistas buscan sobrevivientes tras una explosión y un incendio en una planta farmacéutica ... India alberga algunas de las principales ...

aacrjournals.org
https://aacrjournals.org

Laboratorios oncológicos del Instituto Weizmann destruidos y dañados por un misil iraní

30 jun 2025 — Un misil iraní impactó en el campus del Instituto Weizmann de Ciencias de Israel, destruyendo numerosos laboratorios de investigación ...

Traducido por Google · **Ver original (English)**

Telegrafi
https://telegrafi.com

Un hospital en llamas se incendió y el laboratorio de imágenes se quemó; no se reportaron heridos.

"Lo que se incendió fue la máquina de revelado de películas. Se sobrecalentó y provocó un incendio. El fuego empezó allí y luego se extendió a todo el ...

ABC
https://www.abc.es

Los devastadores incendios de Los Ángeles amenazan uno de los principales laboratorios de la NASA

9 ene 2025 — El Laboratorio de Propulsión a Reacción (JPL) permanece cerrado mientras las llamas arrasan todo en los alrededores.

**Más resultados de la búsqueda**

Los resultados están personalizados - Probar sin personalización

Puerto Rico

**Quebradas, Guayanilla** - De tu dispositivo

Actualizar ubicación

Comentario

Condiciones

Principal Buscar Notificaciones Actividad

9:02

ABC

# Los devastadores incendios de Los Ángeles amenazan uno de los principales laboratorios de la NASA

El Laboratorio de Propulsión a Reacción (JPL) permanece cerrado mientras las llamas arrasan todo en los alrededores. Cientos de trabajadores han sido evacuados de sus hogares y muchos y los han perdido

Guardar | Regala esta noticia



Imagen del incendio de Eaton en Altadena, California. (Reuters)

- Seis incendios envuelven Los Ángeles en llamas: «Es como me imaginaba que sería el infierno» ›

9:03

ABC

«El JPL está cerrado, salvo para el personal de emergencia. Hasta el momento no ha habido daños por los incendios (algunos por el viento), pero está muy cerca del laboratorio. Cientos de miembros del JPL han sido evacuados de sus hogares y muchos los han perdido. Un agradecimiento especial a nuestros equipos de emergencia. Por favor, téngannos en sus pensamientos y manténganse a salvo», anunció el miércoles el director del JPL, Laurie Leshin, a través de la red social X.

No se encontró

JPL is closed except for emergency personnel. No fire damage so far (some wind damage) but it is very close to the lab. Hundreds of JPLers have been evacuated from their homes & many have lost homes. Special thx to our emergency crews. Pls keep us in your thoughts & stay safe.
— Laurie Leshin (@LaurieofMars) January 8, 2025

El laboratorio, en el que trabajan unos 5.500 empleados, se encuentra dentro de la zona de evacuación obligatoria por el incendio de Eaton. Según un comunicado del centro, actualmente, las instalaciones, los laboratorios y el hardware del JPL están «protegidos y seguros». Las operaciones de la Red del Espacio Profundo, que normalmente se llevan a cabo allí, se han trasladado a un centro de operaciones de respaldo. A esta red pertenece la Estación de Seguimiento de la localidad madrileña de Robledo de Chavela.



9:03

ABC

Administrado por el Instituto Tecnológico de California (Caltech), el JPL se dedica a la investigación y al desarrollo de la tecnología automática que usa la NASA para la exploración del universo. Los rovers marcianos Spirit, Opportunity, Curiosity y Perseverance y muchas naves y satélites de la agencia estadounidense han sido desarrollados y operados por ingenieros y científicos de JPL. Sus naves espaciales han volado a todos los planetas del sistema solar, al Sol y al espacio interestelar para comprender mejor los orígenes del universo y de la vida. [Estas son las misiones actuales del JPL].

A partir del martes por la noche, se ordenó a los empleados que trabajaran desde casa, y solo una pequeña cantidad de personal «crítico» se encontraba en el lugar el miércoles por la mañana. «Nuestro Departamento de Servicios de Protección mantiene una comunicación constante con el centro de comando de emergencia de Eaton Fire, y el Laboratorio actualmente recibe asistencia del Departamento de Bomberos del Condado de Los Ángeles», indicaron desde el centro.

La pista de aterrizaje sobre el JPL se ha puesto a disposición de los helicópteros de extinción de incendios. Sin embargo, los vuelos se cancelaron debido a los fuertes vientos. «La seguridad de nuestros empleados es nuestra máxima prioridad. También tenemos presentes a nuestras comunidades vecinas, muchas de las cuales son el hogar de nuestros empleados y sus familias, mientras soportan los desafíos y la devastación de este incendio», señalaron desde el JPL.

# Fundamental Law of Constitutional Rulings OF LAWS

Constitutional Amendment and Amendment of Laws Process (Article V)

1. **The President influences the process** by proposing legislation, but **he does not have the power** to change the Constitution himself (he cannot veto or approve a constitutional amendment).
2. **The U.S. Congress** (House of Representatives and Senate) proposes amendments to the Constitution and has the power to create, eliminate, or modify federal laws. For their part, **federal courts** , with the Supreme Court at the head, interpret laws and can declare them unconstitutional if they violate the Magna Carta.

U.S. Constitution Amendment Mechanism (Article V):

1. **Proposal:** Requires a **two-thirds (2/3) majority** vote in both houses of Congress, or a national convention called by two-thirds of the state legislatures.
2. **Ratification:** Requires the approval of **three-quarters (3/4)** of the states ( **38 of the 50** states), either by their legislatures or by special state conventions.

**Modification or elimination of current federal laws:**

1. Unlike a constitutional amendment, an ordinary federal law only requires a **simple majority** in both houses of Congress and the **signature of the President** (or the overcoming of a presidential veto by two-thirds of both houses).

Lawsuits and actions against a Government and agencies that violate federal laws require investigative processes regarding citizens' rights. I request immediate action.

Request

The treaties must be mentioned for the benefit of the citizens eliminating the divisions between states

I request all necessary accommodations and resources, including vehicles, lodging, and trained personnel for representation, such as interpreters. I also request that my actions contribute to a better world, and that the necessary funds be provided to cover representation near the selected court.

I request a comprehensive fraud investigation of all banks worldwide registered with courts, and the submission of paper and digital reports from each. If no action is taken, I request an embargo. Given the progress we are making and to remain informed about the case, I request a 15-day period, as this is an emergency situation causing economic harm to citizens. This is a global crisis with evident regions experiencing famine, an emergency situation.

I request access to advanced medical resources and that all professionals be fully protected and ready for action. If a militia is formed for war defense, training of health specialists and the necessary equipment for emergency action are required. Advanced laboratories must be fully protected.

Eliminate borders, and just as there is public land transportation, we demand public air transportation, since we, as great nations, are equally owners of the natural resources the earth provides, including oil. Large companies are established with initial funding from a government that helps small and large businesses with their initial structure. Therefore, every citizen has a stake in labor services, tariffs, and taxes. Tariffs and taxes sustain a prospective hierarchy and, in a private, reflective manner, where a people, lacking access to time, education, and economic resources, cannot defend what is rightfully ours through labor. The world is advancing through generational efforts, where a greedy government seeks to confiscate and impoverish its citizens. Collect all registered weapons. If there are no illegal weapons due to negligence, there should also be no weapons on the streets, which are a focus of sales and profits. They should never have been created or handled in the first place, as a right to life, and their possession is illegal under constitutional law.

Since its purpose is to take life and extinguish large animals. For the protection of animals and human life.

I request that all arms sales records, taxes, and licensing be registered and monitored by all governments and nations.

I petition for a single union and zero war, a contribution to the theoretical frameworks of the established constitution, and amendments or contributions to the frameworks for the common good and good faith action in contribution to all presidential mandates.

Request all necessary information or spokespeople so that the statements reach those who demand them at the national level, since I establish the information of the presidents, but this requires a team, a team that must have and provide in case of constitutional violations and emergency the government that establishes the citizens in our defense.

In response to the petition, I will provide a handwritten document to prevent alteration or plagiarism. I request the signatures of all the prospective defendants listed herein, along with their fingerprints and signatures. May God grant me the objective of a just division, and may the actions in my petitions be carried out under the command of a single nation, free from divisions and wars, and may the state of emergency be implemented on the terms already mentioned in the petition.

Elimination of barriers between countries and global stability

I ask for all the titles of nations and the power of all military troops. For violations of laws and agreements in which governments provide oppressed people with their land and safe haven. The nations in power were created for action in good faith, and everything was distributed equally, with the workers' share being paid in the profits. People work and study to advance the planet. However, despite these advances, citizens continue to work in slave-like conditions, 8 to 12 hours a day. I request that my petition be attached to the lawsuits and that all my claims for stable national and international citizenship be granted. and guarantee me the petitions claimed and everything already mentioned therein I support proof of the actions that have been taken against me. The constitutional clause is not only for those of higher hierarchy, it is also

for those who understand the judicial processes, I hold an oath before my action that my intentions are in good faith and that the people deserve new doctrines deserving of freedom. For Constitutional violations within the norms makes me the owner of all the States I request that all my requests be granted. By this means I request that communications be made through email.

This violation is admissible to the loss of the Constitutional State, where by law of the natural state of the constitution cannot be altered in execution of prolonging social crises since they are uniform rules before the social and individual humanitarian law. Every country, state and regions that establishes constitutional laws establishes this norm which have violated the norms to civilization and lose the right of Constitutional State which I request before the world for the best intentions of constitutional dividend all business and execution under the courts that establish the order and welfare of the people.

All the goods will be held under my command as a legacy for the citizenry, I request my petition and recognition as a Licentiate of General Command of the Majority Constitution of the Founder.

# Western District of Wisconsin

Robert W Kastenmeier U.S Courthouse

120 N. Henry Street, Room 320 Madison Wi 53703

# Notificación y solicitud de autorización estatuto 28 U.S.C 1654

Petición sostenida y respetuosamente al Magisterio de circuito de cortes de los Estados Unidos. Se solicita a través de cuenta Pacer 9219908 la cual requiere subsección. La autorización de presentar mi demanda ante la circunstancia que sostiene las clasificaciones penales bajo las reglas constitucionales solicito una acción inmediata ya que mi demanda es sostenible a clasificación emergente codificación A, bajo diferentes criterios y fallos constitucionales la cual el magisterio debe de ser evaluado y investigado bajos los criterios de las normas y éticas adquirida bajo el poder constitucional. Se solicita el plebiscito de circuito abierto para que se enlacen los comunicados entre las Cortes. Mi acción sostiene los procesos adquiridos bajos las normas establecidas y modificaciones en el sistema de Poder Judicial. Mi demanda sostiene un gran ejemplo ante la historia de los criterios de civilización sostenible que por años anteriores se establece el peso Constitucional la cual se establecieron y tomaron los acuerdos. A todos los Estados de los Estados Unidos. Mi demanda va con el mejor de los objetivos cívicos de acto de buena fe y hacia el respeto a la humanidad y los mejores intereses convencionales, humanitarias. Mis criterios van sobre guardando la seguridad de sobrevivencia crecimiento evolutivo socio económico y bienestar de mejoras administrativas. El razonamiento humano de crecimiento a estabilidad sostenible, se basa en establecer no como herencia sino como derecho a las necesidades de bienestar para el ser humano. La división fundamental de la democracia se estableció con el objetivo del bienestar y conocimiento de jurado y civilización que son los poderes legislativos, ejecutivos, judiciales. Esta demanda va más allá de una petición si no de una defenza nacional he internacional ante las intenciones que han corrompido mi comunicado a retrasado la defenza de todo Estado de los Estados Unido donde mi registro planteado en el país de Puerto Rico promueve la acción de una nación sostenible bajo las normas clasificadas. Ante las noticias y discursos presidenciales se ha filtrado y han sustituido mi defenza como conquista de países. Donde quieren sostener mi silencio para seguir con dictaduras ciudadanas. Quien Por derecho y defenza ciudadana sostiene un discurso de acción hacia la libertad y no de dictadura. He tratado de llegar a los grandes jurados ya que esta acción y proyecto de investigación de mi defenza va más allá

de un movimiento de conquistas legales que desconocen los magisterios ya que se debe de sostener bajo clausulas. Mi silencio lo quieren sostener para dictaduras y no de riquezas fundamentales. Quien calla la voz de un ciudadano es parte de una dictadura sin fin. Respetuosamente nuestro propósito de vida y evolución a decaído ante la creación de criminales bajo normativas racionales e racionables más que una demanda es un legado que debemos de subsistir como derecho.

Presentado en Western Distrito of Wisconsin el 15 septiembres 2026

______________________________________

Lic General. Jamilette Perez Albino

608-609-8133

787-322-7612

CUENTA DE BANCO

1400346744241

Cuenta Pacer: 9219908

- Po Box 259241 Madison Wi 53725
- 2215 Woodview ct 7 53713

Jamilette.prndclaw@yahoo.com

FOTO



HUELLA



Entergado a: ______________________________

Fecha____________________hora____________

ACCION DE CERTIFIACION DE CORT