IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMILETTE PEREZ ALBINO,

Plaintiff,

v.

DONALD TRUMP ET AL,

Respondents.

ORDER

Case No. 26-cv-948-jdp

Plaintiff Jamilette Perez Albino has filed a proposed civil complaint. Plaintiff asks for leave to proceed without prepayment of fees or costs. However, I cannot determine whether plaintiff qualifies for indigent status. To make this determination, plaintiff must submit a financial affidavit, which I am enclosing with this order.

ORDER

IT IS ORDERED that plaintiff may have until October 7, 2026, in which to submit an affidavit of indigency and return it to the court. If plaintiff fails to provide this requested information in a timely fashion, then the court will deny plaintiff's request for leave to proceed without prepayment of fees or costs for failure to show that plaintiff is indigent.

Entered this 17th day of September 2026.

BY THE COURT:

s/

ANDREW R. WISEMAN
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

JAMILETTE PEREZ ALBINO,

Plaintiff,

v.

DONALD TRUMP ET AL,

Respondents.

ORDER

Case No. 26-cv-948-jdp

## NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

## I. Personal Information

1) Are you employed? □Yes □ No

2) Are you married? □ Yes □ No
If "Yes," is your spouse employed? □ Yes □ No

3) Do you have any dependents that you are responsible for supporting?
□ Yes □ No
If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| ____________ | ____________ | ______ | $__________ |
| ____________ | ____________ | ______ | $__________ |
| ____________ | ____________ | ______ | $__________ |

**II.** **Income** - If you are married, your answers ***must include your spouse's income.*** (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary? $ _______________

2) Provide the name and address of your employer(s):

_________________________________________________________________

3) State your spouse's total *monthly* wages or salary? $ _______________

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| ______________________________ | $ ______________ |
| ______________________________ | $ ______________ |

**III.** **Expenses** - If you are married or have dependents, ***your expenses should also include your household's expenses.*** (When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

| | |
|---|---|
| □ Rent or □ Mortgage | $ ______________________ |
| Car payment(s) | $ ______________________ |
| Alimony or court-ordered child support | $ ______________________ |
| Credit card payment(s) | $ ______________________ |

2) Do you have any other *monthly* expenses that you have not already listed?
□ Yes □ No

If "Yes," list them below:

| Expense | Amount |
|---|---|
| ____________________ | $ ____________________ |
| ____________________ | $ ____________________ |
| ____________________ | $ ____________________ |

3) What are your total *monthly* expenses? $____________________

**IV.** **Property** - If you are married, your answers must ***include your spouse's property.***

1) Do you own a car? □ Yes □ No If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| ____________________ | ________ | $____________ |
| ____________________ | ________ | $____________ |

2) Do you own your home(s)? □ Yes □ No

If "Yes," state the approximate value(s). $ ____________________

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)? $ ____________________

3) Do you have any cash or checking, savings, or other similar accounts?
□ Yes □ No

If "Yes," state the total of such sums. $____________________

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

□ Yes □ No

If "Yes," describe the property and the approximate value(s).

______________________________________________________________________

**V.** **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

I, ______________________, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

______________________________ ______________________________________

Date **Signature - Signed Under Penalty of Perjury**